IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>    Plaintiff,<br><br>  v.<br><br>**BONAN HUANG**<br>**NAN HUANG,**<br><br>    Defendants. | Case No. 2:15-cv-00269-MAK<br><br>**CERTIFICATE OF SERVICE OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER FREEZING ASSETS, GRANTING OTHER RELIEF, AND TO SHOW CAUSE; RELATED FILINGS; AND THE COURT'S JANUARY 21, 2015 ORDER** |

  I, Christopher R. Kelly, hereby certify that I caused true and correct copies of the following documents to be served on the persons identified below on the date and through the means identified in accordance with Paragraph II of the Court's Temporary Restraining Order Freezing Assets, Granting Other Relief, and To Show Cause, dated January 21, 2015.

1. Plaintiff's Motion for a Temporary Restraining Order Freezing Assets, Granting Other Relief, and To Show Cause (the "Motion");

2. Plaintiff's Memorandum of Law in Support of the Motion identified above;

3. the supporting Declaration of David L. Axelrod;

4. the supporting Declaration of Daniel L. Koster, with redacted and unredacted exhibits;

5. the proposed Order; and

6. the Temporary Restraining Order Freezing Assets, Granting Other Relief, and To Show Cause, dated January 21, 2015.

These documents were served on the following defendants on January 22, 2015, by e-mail and first-class mail at the following addresses:

>Bonan Huang
>4909 Westward Terrace
>Glenn Allen, VA 23059
>bonanhuang@gmail.com
>
>Nan Huang
>1306 Stoneycreek Drive
>Henrico, VA 23238
>huang.nan@gmail.com

On January 23, 2015, I caused a second set of the documents identified above to be sent by first-class mail to:

>Nan Huang
>2441 Hawkesbury Court
>Richmond, VA 23233

Dated: January 26, 2015                    Respectfully submitted,

>BY: s/ Christopher R. Kelly
>G. Jeffrey Boujoukos
>David L. Axelrod
>Christopher R. Kelly
>Securities and Exchange Commission
>Philadelphia Regional Office
>1617 JFK Boulevard, Suite 520
>Philadelphia, PA 19103
>Telephone: (215) 597-3100
>Facsimile: (215) 597-2740

## CERTIFICATE OF SERVICE

I hereby certify, this twenty-sixth day of January, 2015, that I caused to be served a true and correct copy of the foregoing by first-class mail and e-mail upon the following defendants:

Bonan Huang
4909 Westward Terrace
Glen Allen, VA 23059
bonanhuang@gmail.com
bonhuang@sina.cn

Nan Huang
2441 Hawkesbury Court
Richmond, VA 23233
huang.nan@gmail.com
araura@126.com


s/ Christopher R. Kelly
Christopher R. Kelly