IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION** | : | **CIVIL ACTION** |
| v. | : | |
| | : | NO. 15-269 |
| **BONAN HUANG, et al.** | : | |

### ORDER

**AND NOW**, this 29th day of 2015, after review of the parties' Joint Motion and Stipulation to Amend the January 21, 2015 Temporary Restraining Order (Doc. No. 10), pursuant to Federal Rule of Civil Procedure 65(b)(2), and upon the consent of the parties, it is **ORDERED** that the Joint Motion and Stipulation is **GRANTED**. It is further **ORDERED** as follows:

1. Paragraph I of the Court's January 21, 2015 Order (Doc. No. 3) is amended to reflect ". . .that Bonan Huang and Nan Huang, show cause, if there be any, to this Court on Tuesday, March 10, 2015 at 11 a.m. . . ."; further,

2. Paragraph III of the Court's January 21, 2015 Order (Doc. No. 3) is amended to reflect ". . . that Bonan Huang and Nan Huang shall file and serve any opposing papers in response to the Order to Show Case by no later than Friday, February 13, 2015, at 5:00 p.m."; further,

3. Paragraph III of the Court's January 21, 2015 Order (Doc. No. 3) is amended to reflect that "The Commission may have until Friday, February 20, 2015, at 5 p.m. to file and

serve, by the most expeditious means available, any reply papers upon Bonan Huang and Nan Huang or their counsel, if counsel shall made an appearance in this action."; further,

4. The terms of the January 21, 2015 Order (Doc. No. 3) shall remain in effect until otherwise superseded or amended by the subsequent Order of this Court; further,

5. The Court will hold a status conference by telephone on Monday, March 2, 2015 at 10:00 a.m. Counsel for the plaintiff is directed to initiate this call and dial Chambers at 267-299-7680 when all counsel are on the line.

_____
KEARNEY, J.