# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Securities And Exchange Commission | ) | |
|     Plaintiffs, | ) | |
| | ) | |
|                       v. | ) | No. 2:15-cv-00269-MAK |
| | ) | |
| Bonan Huang & Nan Huang, | ) | |
|     Defendants. | ) | |

## Motion for Pro Hac Vice

COMES NOW, the Defendants Bonan Huang & Nan Huang (the "Defendants") to request the admission *pro hac vice* of counsel Gregory Morvillo to represent them in conjunction with the undersigned in the captioned action. The Defendants require Mr. Morvillo's assistance due to his experience in advocating on behalf of defendants in security-related actions. The Securities and Exchange Commission, by Christopher R. Kelly, does not oppose this motion per a telephone call of 30 April 2015.

April 30, 2015

                                                                  /s/ Mark M. Billion_____
                                                                 BILLION LAW
                                                                 1 Int'l Plaza, Fl. 5
                                                                 Philadelphia, PA 19113
                                                                 Tel: 215.268.7722
                                                                Email: markbillion@billionlaw.com

APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Securities And Exchange Commission : CIVIL ACTION
:
v. :
Bonan Huang :
Nan Huang : NO. 2:15-cv-00269-MAK

ORDER

AND NOW, this            Day of            , 20    , it is hereby

ORDERED that the application of <u>Gregory Morvillo</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

     The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Gregory Morvillo___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Mark M. Billion | | 02/01/2014 | 315152 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

215.268.7722

1 Internantional Plaza, Fl. 5

Philadelphia, PA 19113

Sworn and subscribed before me this

___ Day of _____, 200__

_____
Notary Public

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:15-cv-00269-MAK

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, _____Gregory Morvillo_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| New York | 05/01/2003 | 4140836 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

I have never been suspended from the practice of law in any jurisdiction or received any public reprimand by the highest disciplinary authority of any bar in which the attorney has been a member; I have in fact read the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Rules of this Court and (b) agrees to be bound by both sets of Rules for the duration of this case; and that if granted pro hac vice status, the affiant/declarant will in good faith continue to advise Mr. Billion of all material developments therein

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| S.D. New York | 00/01/2003 | 4140836 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| E.D. New York | 00/01/2003 | 4140836 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for _____Bonan & Nan Huang, Defs_____

_(Applicant's Signature)_

02/11/2015
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

212.796.6351

Morvillo LLP, One World Financial Center Fl. 27

New York, NY 10281

Sworn and subscribed before me this

11th Day of March 2015

Notary Public

ELLEN MARIE MURPHY
Notary Public, State of New York
No. 02MU6267184
Qualified in New York County
Commission Expires August 13, 2016

ELLEN MARIE MURPHY
Notary Public, State of New York
No. 02MU6267184
Qualified in New York County
Commission Expires August 13, 2016

10/04

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Securities And Exchange Commission | : | CIVIL ACTION |
| | : | |
| v. | : | |
| Bonan Huang | : | |
| Nan Huang | : | NO. 2:15-cv-00269-MAK |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of  Gregory Morvillo

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

Securities And Exchange Commission, Through Counsel: Christopher R. Kelly

1617 JFK Bvld, Ste. 520

Philadelphia, PA 19103

/s/ Mark M. Billion
Signature of Attorney

Mark M. Billion
Name of Attorney

Bonan & Nan Huang
Name of Moving Party

30 April 2015
Date