IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | : CIVIL ACTION :  : |
| v. | : : : NO. 15-269 |
| BONAN HUANG, et al. | : |

# ORDER

**AND NOW,** this 15th day of June 2015, following today's Telephone Status Conference under this Court's April 29, 2015 Order (ECF Doc. No. 22), and mindful of counsels' good faith efforts to settle, it is **ORDERED** this Court's March 4, 2015 Scheduling Order (ECF Doc. No. 20) is **AMENDED** such that:

1. Paragraph 2: All fact and expert discovery shall be served, noticed and completed by **September 23, 2015**;[1]

2. Paragraph 5: Expert disclosures on any claim in which a party bears a burden of proof shall be made no later than **September 4, 2015** and all rebuttal expert disclosures no later than **September 18, 2015** with expert depositions completed by **September 23, 2015**;

3. Paragraph 7: All motions for summary judgment and *Daubert* motions, if any, shall be filed no later than **September 30, 2015** with all responses due no later than **October 15, 2015**;

4. Paragraph 8 is **vacated** as no longer necessary.

---

[1] Should *both* parties wish to extend any *discovery* deadlines (fact and/or expert) *without extending any other deadlines* (including the settlement conference) set forth in this Scheduling Order, the parties may agree to do so without seeking leave of the Court.

5. No later than **October 7, 2015**, counsel for each party shall exchange a list identifying each exhibit the party expects to offer at trial along with a reference to the Bates number or other identification of the documents used in discovery;

6. No later than **October 9, 2015**, each party shall file proposed jury instructions on substantive issues and proposed verdict forms or special interrogatories, with an electronic copy e-mailed in Word format to Chambers_of_Judge_Kearney@paed.uscourts.gov;

7. No later than **October 13, 2015**, each party shall file a pretrial memorandum compliant with this Court's Policies;

8. All motions in limine, proposed *voir dire* peculiar to your case, and objections to proposed jury instructions shall be filed on or before **October 16, 2015**. Responses, if any, shall be filed on or before **October 30, 2015**;

9. A final pretrial conference will be held on **November 5, 2015** at **4:30 P.M.** in Courtroom 5-D;

10. Counsel and the parties are attached for jury selection on **November 12, 2015 at 9:00 A.M.** followed by a four-day jury trial; and,

11. All other aspects of this Court's March 4, 2015 Order remain in effect.

KEARNEY, J.

2