IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION** | : | **CIVIL ACTION** |
| v. | : : : : | **NO. 15-269** |
| **BONAN HUANG, et al.** | : | |

## ORDER

**AND NOW**, this 6th day of August 2015, upon consideration of Defendants' Motion for an Emergency Protective Order (ECF Doc. No. 31), following a Telephone Conference in which all counsel presented argument and finding all counsel appear to be attempting to schedule depositions of parties and witnesses in China in good faith, it is **ORDERED** the Emergency Motion is **GRANTED,** although we note the request is **MOOT** as the deposition passed today.

**IT IS FURTHER ORDERED** the parties shall continue acting in good faith to depose the two Defendants and two spouse witnesses presently believed to be in China to be deposed in person at Plaintiff's request at a mutually agreeable location on or before **September 4, 2015,** with the Defendants producing all written discovery responses no longer protected by a blanket invocation of the Fifth Amendment, no later than a week before the first scheduled deposition.

KEARNEY, J.