## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION** | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 15-269** |
| **BONAN HUANG, et al.** | : | |

## ORDER

**AND NOW**, this 12th day of August 2015, it is **ORDERED** the Motion of Eugene Ingoglia, (Doc. No. 34) to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) is **GRANTED.**

_____
**KEARNEY, J.**