**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE** | : | **CIVIL ACTION** |
| **COMMISSION** | : | |
| v. | : | |
| | : | **NO. 15-269** |
| **BONAN HUANG, et al.** | : | |

## ORDER

**AND NOW**, this 2nd day of September 2015, upon consideration of Plaintiff's Motion to Compel Depositions and Discovery (ECF Doc. No. 36) and following today's Telephone Conference, it is **ORDERED** Plaintiff's Motion (ECF Doc. No. 36) is **GRANTED in part and DENIED in part**:

1.     On or before **September 16, 2015,** Defendants shall appear for a properly noticed deposition in any lawful venue;

2.     On or before **September 9, 2015,** Defendants shall, without waiving any privilege or admitting possession or access to information, fully respond to revised Interrogatories Nos. 5 and 6 to identify and describe in detail the basis for contending data or other information regarding the Consumer Retail Corporations was not "material" (Int. No. 5) and is "public information" (Int. No. 6);

3.     On or before **September 9, 2015**, Defendants shall produce all documents to which they do not assert a specifically identified privilege along with a detailed privilege log; Counsel shall promptly consult concerning the asserted privilege before Defendants move for a Protective Order on before **September 11, 2015** attaching their privilege log and a sampling of

documents withheld based on privilege with the challenged documents only produced to Chambers *in camera*; and, Plaintiff may reply on or before **September 16, 2015;**

4.      Defendants shall preserve all documents identifying their passcodes for their work-issued smartphones subject to possible production after our review of Defendants' specific assertion of the Fifth Amendment privilege on these documents in a memorandum not exceeding five (5) pages filed on or before **Wednesday, September 9, 2015** with Plaintiff filing a Reply not exceeding five (5) pages on or before **September 16, 2015;**[1] and,

5.      The scheduled September 9, 2015 Telephone Status Conference (ECF Doc. No. 20) is **ADJOURNED** until further Order of Court.

_____
KEARNEY, J.

---

[1] The Parties need to identify the discovery request for this passcode information.   At this stage, we understand Plaintiff's request is for documents relating to the passcode and require any such documents to be preserved until further Order..