IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | : CIVIL ACTION |
| v. | : |
| | : NO. 15-269 |
| BONAN HUANG, et al. | : |

## ORDER

**AND NOW**, this 23rd day of September 2015, upon consideration of Plaintiff's Motion to Compel (ECF Doc. No. 36), Defendants' Response (ECF Doc. No. 43), Plaintiff's Reply (ECF Doc. No. 45), after a telephone conference with all counsel, in accord with our September 2, 2015 Order (ECF Doc. No. 40), and for the reasons in the accompanying Opinion, it is **ORDERED** Plaintiff's Motion to Compel Defendants to disclose the passcodes for their personal smartphones (ECF Doc. No. 36) is **DENIED**.

KEARNEY, J.