IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | : CIVIL ACTION |
| v. | : |
| | : NO. 15-269 |
| BONAN HUANG, et al. | : |

# ORDER

**AND NOW**, this 15th day of October 2015, upon consideration of Plaintiff's Motion for Sanctions (ECF Doc. No. 52), Defendants' Opposition (ECF Doc. No. 53) and Plaintiff's Reply (ECF Doc. No. 54), it is **ORDERED** Plaintiff's Motion for Sanctions (ECF Doc. No. 52) is **GRANTED in part and DENIED in part.**

As a result of Defendants' refusal to participate in depositions and otherwise asserting Fifth Amendment rights in response to almost all specific written interrogatories, Defendants may not testify at trial, but may, subject to further Order, participate in trial through counsel who may attempt to challenge Plaintiff's burden of proof at trial.

KEARNEY, J.