IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>**Plaintiff,**<br><br>v.<br><br>BONAN HUANG, et al.<br><br>**Defendants.** | Case No.  2:15-cv-00269-MAK |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
MOTION FOR SUMMARY JUDGMENT AGAINST
<u>DEFENDANTS BONAN HUANG AND NAN HUANG</u>**

Plaintiff Securities and Exchange Commission (the "Commission"), by and through its undersigned counsel, hereby respectfully moves the Court for summary judgment against defendants Bonan Huang and Nan Huang pursuant to Federal Rule of Civil Procedure 56.  The Commission asks that the Court grant the relief set forth in the accompanying proposed form of order, which is incorporated into this motion as if fully set forth herein.

The Commission is filing a memorandum in support of this motion, as well as a Statement of Undisputed Facts and Appendix, with accompanying declarations and exhibits, which are all incorporated into this motion as if fully set forth herein.

        Respectfully submitted,

        /s/ Christopher R. Kelly
        David L. Axelrod
        Christopher R. Kelly

        Attorneys for Plaintiff:

        SECURITIES AND EXCHANGE COMMISSION
        Philadelphia Regional Office
        One Penn Center
        1617 JFK Blvd., Suite 520
        Philadelphia, PA 19103
        Telephone: (215) 597-3100

Dated: October 23, 2015