# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SECURITIES AND EXCHANGE
COMMISSION

               Plaintiff,

    v.

BONAN HUANG, et al.

               Defendants.

Case No.  2:15-cv-00269-MAK

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
APPENDIX TO MOTION FOR SUMMARY JUDGMENT AGAINST
DEFENDANTS BONAN HUANG AND NAN HUANG**

**PART 5 OF 10
(0487-0519)**

Cabela's Inc. Reports Record Fourth Quarter 2013 Results

penetration, merchandise margin improvement in 2014 and 2015, generating even further improvements in return on invested capital for years to come, the 2014 effective tax rate being between 33.0% and 34.0%, repurchasing up to 650,000 shares of its common stock in open market transactions through February 2015, first quarter 2014 earnings per diluted share being between $0.32 and $0.42, and full year 2014 earnings per diluted share increasing at a high single-digit or low double-digit rate versus 2013 adjusted earnings per diluted share of $3.32. Forward-looking statements involve risks and uncertainties that may cause the Company's actual results, performance, or financial condition to differ materially from the expectations of future results, performance, or financial condition that the Company expresses or implies in any forward-looking statements. These risks and uncertainties include, but are not limited to: the state of the economy and the level of discretionary consumer spending, including changes in consumer preferences, demand for firearms and ammunition, and demographic trends; adverse changes in the capital and credit markets or the availability of capital and credit; the Company's ability to successfully execute its omni-channel strategy; increasing competition in the outdoor sporting goods industry and for credit card products and reward programs; the cost of the Company's products, including increases in fuel prices; the availability of the Company's products due to political or financial instability in countries where the goods the Company sells are manufactured; supply and delivery shortages or interruptions, and other interruptions or disruptions to the Company's systems, processes, or controls, caused by system changes or other factors; increased or adverse government regulations, including regulations relating to firearms and ammunition; the Company's ability to protect its brand, intellectual property, and reputation; the Company's ability to prevent cybersecurity breaches and mitigate cybersecurity risks; the outcome of litigation, administrative, and/or regulatory matters (including a Commissioner's charge the Company received from the Chair of the U. S. Equal Employment Opportunity Commission in January 2011, audits by tax authorities, and compliance examinations by the Federal Deposit Insurance Corporation); the Company's ability to manage credit, liquidity, interest rate, operational, legal, regulatory capital, and compliance risks; the Company's ability to increase credit card receivables while managing credit quality; the Company's ability to securitize its credit card receivables at acceptable rates or access the deposits market at acceptable rates; the impact of legislation, regulation, and supervisory regulatory actions in the financial services industry, including the Dodd-Frank Wall Street Reform and Consumer Protection Act; and other risks, relevant factors, and uncertainties identified in the Company's filings with the SEC (including the information set forth in the "Risk Factors" section of the Company's Form 10-K for the fiscal year ended December 29, 2012), which filings are available at the Company's website at www.cabelas.com and the SEC's website at www.sec.gov. Given the risks and uncertainties surrounding forward-looking statements, you should not place undue reliance on these statements. The Company's forward-looking statements speak only as of the date they are made. Other than as required by law, the Company undertakes no obligation to update or revise forward-looking statements, whether as a result of new information, future events, or otherwise.

CABELA'S INCORPORATED AND SUBSIDIARIES
CONSOLIDATED STATEMENTS OF INCOME
(Dollars in Thousands Except Earnings Per Share)
(Unaudited)

|  | Three Months Ended | | Fiscal Year Ended | |
|  | December 28, 2013 | December 29, 2012 | December 28, 2013 | December 29, 2012 |
| --- | --- | --- | --- | --- |
| Revenue: |  |  |  |  |
| Merchandise sales | $1,081,094 | $1,048,651 | $3,205,632 | $2,778,903 |
| Financial Services revenue | 103,057 | 70,745 | 375,810 | 319,399 |
| Other revenue | 5,296 | 1,350 | 18,135 | 14,380 |

**Bloomberg Law**ᵃ

© 2015 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

Cabela's Inc. Reports Record Fourth Quarter 2013 Results

| | | | | |
|---|---|---|---|---|
| Total revenue | 1,189,447 | 1,120,746 | 3,599,577 | 3,112,682 |
| Cost of revenue: | | | | |
| Merchandise costs (exclusive of depreciation and amortization) | 685,486 | 668,730 | 2,027,192 | 1,769,161 |
| Cost of other revenue | 3,251 | 3 | 3,637 | 637 |
| Total cost of revenue (exclusive of depreciation and amortization) | 688,737 | 668,733 | 2,030,829 | 1,769,798 |
| Selling, distribution, and administrative expenses | 357,071 | 327,507 | 1,201,519 | 1,046,861 |
| Impairment and restructuring charges | 4,931 | 20,324 | 5,868 | 20,324 |
| Operating income | 138,708 | 104,182 | 361,361 | 275,699 |
| Interest expense, net | (7,605 ) | (3,948 ) | (21,854 ) | (20,123 ) |
| Other non-operating income, net | 346 | 1,999 | 4,021 | 6,138 |
| Income before provision for income taxes | 131,449 | 102,233 | 343,528 | 261,714 |
| Provision for income taxes | 51,337 | 34,201 | 119,138 | 88,201 |
| Net income | $80,112 | $68,032 | $224,390 | $173,513 |
| Earnings per basic share | $1.13 | $0.97 | $3.18 | $2.48 |
| Earnings per diluted share | $1.12 | $0.95 | $3.13 | $2.42 |
| Basic weighted average shares outstanding | 70,608,361 | 70,041,784 | 70,461,450 | 69,856,258 |
| Diluted weighted average shares outstanding | 71,727,820 | 71,700,567 | 71,778,543 | 71,709,873 |

CABELA'S INCORPORATED AND SUBSIDIARIES
CONSOLIDATED BALANCE SHEETS
(Dollars in Thousands Except Par Values)
(Unaudited)

| | December 28, 2013 | December 29, 2012 |
|---|---|---|
| ASSETS | | |
| CURRENT | | |
| Cash and cash equivalents | $199,072 | $288,750 |
| Restricted cash of the Trust | 23,191 | 17,292 |
| Accounts receivable, net | 42,868 | 46,081 |
| Credit card loans (includes restricted credit card loans of the Trust of $3,956,230 and $3,523,133), net of allowance for loan losses of $53,110 and $65,600 | 3,938,630 | 3,497,472 |
| Inventories | 644,883 | 552,575 |
| Prepaid expenses and other current assets | 90,438 | 132,694 |
| Income taxes receivable and deferred income taxes | 47,430 | 54,164 |
| Total current assets | 4,986,512 | 4,589,028 |
| Property and equipment, net | 1,287,545 | 1,021,656 |
| Economic development bonds | 78,504 | 85,041 |
| Other assets | 44,303 | 52,438 |
| Total assets | $6,396,864 | $5,748,163 |
| LIABILITIES AND STOCKHOLDERS' EQUITY | | |
| CURRENT | | |
| Accounts payable, including unpresented checks of $22,717 and $28,928 | $261,200 | $285,039 |

© 2015 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

Cabela's Inc. Reports Record Fourth Quarter 2013 Results

| | | |
|---|---|---|
| Gift instrument, credit card rewards and loyalty rewards programs | 291,444 | 262,653 |
| Accrued expenses | 204,073 | 180,906 |
| Time deposits | 297,645 | 367,350 |
| Current maturities of secured variable funding obligations of the Trust | 50,000 | 325,000 |
| Current maturities of long-term debt | 8,418 | 8,402 |
| Total current liabilities | 1,112,780 | 1,429,350 |
| Long-term time deposits | 771,717 | 680,668 |
| Secured long-term obligations of the Trust, less current maturities | 2,452,250 | 1,827,500 |
| Long-term debt, less current maturities | 322,647 | 328,133 |
| Deferred income taxes | 3,118 | 10,571 |
| Other long-term liabilities | 128,018 | 95,962 |

STOCKHOLDERS' EQUITY

| | | |
|---|---|---|
| Preferred stock, $0.01 par value; Authorized - 10,000,000 shares; Issued - none | - | - |
| Common stock, $0.01 par value: | | |
| Class A Voting, Authorized - 245,000,000 shares; | | |
| Issued - 70,630,866 and 70,545,558 shares | | |
| Outstanding - 70,630,866 and 70,053,144 shares | 706 | 705 |
| Additional paid-in capital | 346,535 | 351,161 |
| Retained earnings | 1,260,817 | 1,036,427 |
| Accumulated other comprehensive income | (1,724  ) | 5,542 |
| Treasury stock, at cost - none and 492,414 shares | - | (17,856  ) |
| Total stockholders' equity | 1,606,334 | 1,375,979 |
| Total liabilities and stockholders' equity | $6,396,864 | $5,748,163 |

CABELA'S INCORPORATED AND SUBSIDIARIES

SEGMENT INFORMATION

(Dollars in Thousands)

(Unaudited)

| | Three Months Ended | | Fiscal Year Ended | |
|---|---|---|---|---|
| | December 28, 2013 | December 29, 2012 | December 28, 2013 | December 29, 2012 |
| *Revenue:* | | | | |
| Retail | $711,772 | $663,593 | $2,233,322 | $1,849,582 |
| Direct | 369,736 | 385,477 | 973,614 | 930,943 |
| Financial Services | 103,057 | 70,745 | 375,810 | 319,399 |
| Other | 4,882 | 931 | 16,831 | 12,758 |
| Total revenue | $1,189,447 | $1,120,746 | $3,599,577 | $3,112,682 |
| *Operating Income (Loss):* | | | | |
| Retail | $148,952 | $144,151 | $428,361 | $345,040 |
| Direct | 52,315 | 61,678 | 157,227 | 155,237 |

© 2015 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

Cabela's Inc. Reports Record Fourth Quarter 2013 Results

| | | | | | |
|---|---|---|---|---|---|
| Financial Services | 25,204 | 674 | 104,402 | 74,182 | |
| Other | (87,763 ) | (102,321 ) | (328,629 ) | (298,760 ) | |
| Total operating income | $138,708 | $104,182 | $361,361 | $275,699 | |

*As a Percentage of Total Revenue:*

| | | | | | |
|---|---|---|---|---|---|
| Retail revenue | 59.8 % | 59.2 % | 62.0 % | 59.4 % | |
| Direct revenue | 31.1 | 34.4 | 27.1 | 29.9 | |
| Financial Services revenue | 8.7 | 6.3 | 10.4 | 10.3 | |
| Other revenue | 0.4 | 0.1 | 0.5 | 0.4 | |
| Total revenue | 100.0 % | 100.0 % | 100.0 % | 100.0 % | |

*As a Percentage of Segment Revenue:*

| | | | | | |
|---|---|---|---|---|---|
| Retail operating income | 20.9 % | 21.7 % | 19.2 % | 18.7 % | |
| Direct operating income | 14.1 | 16.0 | 16.1 | 16.7 | |
| Financial Services operating income | 24.5 | 1.0 | 27.8 | 23.2 | |
| Total operating income as a percentage of total revenue | 11.7 | 9.3 | 10.0 | 8.9 | |

**CABELA'S INCORPORATED AND SUBSIDIARIES**
**COMPONENTS OF FINANCIAL SERVICES SEGMENT REVENUE**
(Dollars in Thousands)
(Unaudited)

Financial Services revenue consists of activity from the Company's credit card operations and is comprised of interest and fee income, interchange income, other non-interest income, interest expense, provision for loan losses, and customer rewards costs. The following table details the components and amounts of Financial Services revenue for the periods presented below.

| | Three Months Ended | | Fiscal Year Ended | |
|---|---|---|---|---|
| | December 28, 2013 | December 29, 2012 | December 28, 2013 | December 29, 2012 |
| Interest and fee income | $ 92,970 | $ 79,562 | $ 343,353 | $ 301,699 |
| Interest expense | (16,968 ) | (13,713 ) | (63,831 ) | (54,092 ) |
| Provision for loan losses | (10,193 ) | (13,529 ) | (43,223 ) | (42,760 ) |
| Net interest income, net of provision for loan losses | 65,809 | 52,320 | 236,299 | 204,847 |
| Non-interest income: | | | | |
| Interchange income | 92,689 | 71,763 | 344,979 | 292,151 |
| Other non-interest income | 3,417 | 1,289 | 7,530 | 12,364 |
| Total non-interest income | 96,106 | 73,052 | 352,509 | 304,515 |
| Less: Customer rewards costs | (58,858 ) | (54,627 ) | (212,998 ) | (189,963 ) |
| Financial Services revenue | $ 103,057 | $ 70,745 | $ 375,810 | $ 319,399 |

The following table sets forth the components of Financial Services revenue as a percentage of average total credit card loans, including any accrued interest and fees, for the periods presented below.

| Three Months Ended | Fiscal Year Ended |
|---|---|

**Bloomberg Law**

© 2015 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

0490

Cabela's Inc. Reports Record Fourth Quarter 2013 Results

| | December 28, 2013 | | December 29, 2012 | | December 28, 2013 | | December 29, 2012 | |
|---|---|---|---|---|---|---|---|---|
| Interest and fee income | 10.0 | % | 9.7 | % | 9.8 | % | 9.7 | % |
| Interest expense | (1.8 | ) | (1.7 | ) | (1.8 | ) | (1.7 | ) |
| Provision for loan losses | (1.1 | ) | (1.6 | ) | (1.2 | ) | (1.4 | ) |
| Interchange income | 10.0 | | 8.7 | | 9.8 | | 9.4 | |
| Other non-interest income | 0.4 | | 0.2 | | 0.2 | | 0.4 | |
| Customer rewards costs | (6.4 | ) | (6.7 | ) | (6.1 | ) | (6.1 | ) |
| Financial Services revenue | 11.1 | % | 8.6 | % | 10.7 | % | 10.3 | % |

## CABELA'S INCORPORATED AND SUBSIDIARIES
## RECONCILIATION OF GAAP REPORTED TO NON-GAAP ADJUSTED REVENUE OF FINANCIAL SERVICES SEGMENT AND TOTAL REVENUE
(Dollars in Thousands)
(Unaudited)

In July 2012, the parties to the Visa antitrust litigation entered into a settlement agreement to resolve their claims. On December 13, 2013, the settlement received final court approval. The settlement agreement required, among other things, the distribution to class merchants of an amount equal to 10 basis points of default interchange for a period of eight consecutive months. As a result, we recorded a liability of $12.5 million as of December 29, 2012, to accrue for the settlement as a reduction of interchange income in the Financial Services segment. In 2013, certain plaintiffs opted out of the settlement resulting in our re-evaluation of the impact of the reduction of default interchange to the Company. In addition, we received interchange reduction reports from Visa for the period July 29, 2013, through the end of 2013. Based on re-evaluations due to opt-outs and analysis of the merchant charge volume from the Visa interchange reduction reports, we reduced the settlement liability by $0.317 million and $3.167 million, respectively, in the three months and fiscal year ended December 28, 2013.

To supplement the revenue components of our Financial Services segment presented according to generally accepted accounting principles ("GAAP"), we have disclosed three non-GAAP measures of operating results that exclude these adjustments to interchange income for the Visa settlement. Interchange income, total Financial Services revenue, and total revenue are presented below both as GAAP reported and excluding the adjustments to interchange income for the Visa settlement. In light of the nature and magnitude, we believe these items should be presented separately to enhance a reader's overall understanding of the Company's ongoing operations as they relate to its Financial Services segment. The following non-GAAP revenue amounts should be considered in conjunction with the GAAP revenue amounts.

| | December 28, 2013 | December 29, 2012 | Increase (Decrease) | % Change |
|---|---|---|---|---|
| **Three Months Ended:** | | | | |
| Interchange income, GAAP basis as reported | $92,689 | $71,763 | $20,926 | 29.2 % |
| Adjustment for Visa antitrust settlement | (317 | ) 12,500 | (12,817 | ) |
| Interchange income, non-GAAP adjusted | $92,372 | $84,263 | $8,109 | 9.6 |
| Total Financial Services revenue, GAAP basis as reported | $103,057 | $70,745 | $32,312 | 45.7 |
| Adjustment for Visa antitrust settlement | (317 | ) 12,500 | (12,817 | ) |
| Total Financial Services revenue, non-GAAP adjusted | $102,740 | $83,245 | $19,495 | 23.4 |

© 2015 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

0491

Cabela's Inc. Reports Record Fourth Quarter 2013 Results

| | | | | |
|---|---|---|---|---|
| Total revenue, GAAP basis as reported | $1,189,447 | $1,120,746 | $68,701 | 6.1 |
| Adjustment for Visa antitrust settlement | (317 ) | 12,500 | (12,817 ) | |
| Total revenue, non-GAAP adjusted | $1,189,130 | $1,133,246 | $55,884 | 4.9 |

**Fiscal Year Ended:**

| | | | | | |
|---|---|---|---|---|---|
| Interchange income, GAAP basis as reported | $344,979 | $292,151 | $52,828 | 18.1 | % |
| Adjustment for Visa antitrust settlement | (3,167 ) | 12,500 | (15,667 ) | | |
| Interchange income, non-GAAP adjusted | $341,812 | $304,651 | $37,161 | 12.2 | |
| Financial Services revenue, GAAP basis as reported | $375,810 | $319,399 | $56,411 | 17.7 | |
| Adjustment for Visa antitrust settlement | (3,167 ) | 12,500 | (15,667 ) | | |
| Financial Services revenue, non-GAAP adjusted | $372,643 | $331,899 | $40,744 | 12.3 | |
| Total revenue, GAAP basis as reported | $3,599,577 | $3,112,682 | $486,895 | 15.6 | |
| Adjustment for Visa antitrust settlement | (3,167 ) | 12,500 | (15,667 ) | | |
| Total revenue, non-GAAP adjusted | $3,596,410 | $3,125,182 | $471,228 | 15.1 | |

## CABELA'S INCORPORATED AND SUBSIDIARIES
## KEY STATISTICS OF FINANCIAL SERVICES BUSINESS
## (Unaudited)

Key statistics reflecting the performance of the Financial Services business are shown in the following charts for the periods presented below.

| | Three Months Ended | | | |
|---|---|---|---|---|
| | December 28, 2013 | December 29, 2012 | Increase (Decrease) | % Change |
| | (Dollars in Thousands Except Average Balance per Account ) | | | |
| Average balance of credit card loans (1) | $3,712,679 | $3,282,039 | $430,640 | 13.1  % |
| Average number of active credit card accounts | 1,776,200 | 1,635,200 | 141,000 | 8.6 |
| Average balance per active credit card account (1) | $2,090 | $2,007 | $83 | 4.1 |
| Net charge-offs on credit card loans (1) | $16,376 | $15,633 | $743 | 4.8 |
| Net charge-offs as a percentage of average credit card loans (1) | 1.76  % | 1.91  % | (0.15  )% | |

(1) Includes accrued interest and fees

| | Fiscal Year Ended | | | |
|---|---|---|---|---|
| | December 28, 2013 | December 29, 2012 | Increase (Decrease) | % Change |
| | (Dollars in Thousands Except Average Balance per Account ) | | | |
| Average balance of credit card loans (1) | $3,500,536 | $3,095,781 | $404,755 | 13.1  % |
| Average number of active credit card accounts | 1,688,843 | 1,537,209 | 151,634 | 9.9 |
| Average balance per active credit card account (1) | $2,073 | $2,014 | $59 | 2.9 |

© 2015 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

Cabela's Inc. Reports Record Fourth Quarter 2013 Results

| | | | | |
|---|---|---|---|---|
| Net charge-offs on credit card loans (1) | $ 63,152 | $ 57,803 | $ 5,349 | 9.3 |
| Net charge-offs as a percentage of average | | | | |
| credit card loans (1) | 1.80 | % 1.87 | % (0.07 | )% |

(1) Includes accrued interest and fees

CABELA'S INCORPORATED AND SUBSIDIARIES
RECONCILIATION OF NON-GAAP RETURN ON INVESTED CAPITAL
(Unaudited)

Return on invested capital ( "ROIC") is not a measure of financial performance under generally accepted accounting principles ("GAAP") and may not be defined and calculated by other companies in the same manner. ROIC should be considered supplemental to and not a substitute for financial information prepared in accordance with GAAP. We use ROIC as a measure of efficiency and effectiveness of our use of total capital.

We measure ROIC by dividing adjusted net income by average total capital. Adjusted net income is calculated by adding interest expense, rent expense, and Retail segment depreciation and amortization (all after tax) to reported GAAP net income excluding: (1) any losses on sales of assets, (2) any impairment charges or fixed asset write-downs, and (3) any accumulated amortization of deferred grant income caused by other than temporary impairment losses of economic development bonds (all after tax). Total capital is calculated by adding current maturities of long-term debt, operating leases capitalized at eight times next year's annual minimum lease payments, and total stockholders' equity to long-term debt (excluding all debt of the Financial Services segment) and then subtracting cash and cash equivalents (excluding cash and cash equivalents of the Financial Services segment). Average total capital is calculated as the sum of current and prior year ending total capital divided by two. The following table reconciles the components of ROIC to the most comparable GAAP financial measures.

| | Fiscal Year Ended | |
|---|---|---|
| | December 28, 2013 | December 29, 2012 |
| | (Dollars in Thousands) | |
| Net income as GAAP reported | $ 224,390 | $ 173,513 |
| Add back: | | |
| Interest expense | 21,889 | 20,171 |
| Rent expense | 14,319 | 13,605 |
| Depreciation and amortization - Retail segment | 54,882 | 46,997 |
| Exclude: | | |
| Impairment charges or fixed asset write-downs | 937 | 19,015 |
| Accumulated amortization of deferred grant income | 4,931 | 1,309 |
| | 96,958 | 101,097 |
| After tax effect | 63,314 | 67,027 |
| Effective tax rate | 34.7 % | 33.7 % |
| Adjusted net income, non-GAAP | $ 287,704 | $ 240,540 |
| Calculation of total capital: | | |
| Current maturities of long-term debt | $ 8,418 | $ 8,402 |
| Operating leases capitalized at 8x next year's annual minimum lease | 114,648 | 95,168 |

© 2015 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

Cabela's Inc. Reports Record Fourth Quarter 2013 Results

| | | | |
|---|---|---|---|
| payments | | | |
| Total stockholders' equity | 1,606,334 | | 1,375,979 |
| Long-term debt (excluding Financial Services segment) | 322,647 | | 328,133 |
| | 2,052,047 | | 1,807,682 |
| Less: | | | |
| Cash and cash equivalents | (199,072 | ) | (288,750 ) |
| Add back cash and cash equivalents at the Financial Services segment | 94,112 | | 91,365 |
| | (104,960 | ) | (197,385 ) |
| Adjusted total capital, non-GAAP | $ 1,947,087 | | $ 1,610,297 |
| Average total capital, non-GAAP | $ 1,778,692 | | $ 1,517,430 |
| Return on Invested Capital, non-GAAP | 16.2 | % | 15.9 % |

CABELA'S INCORPORATED AND SUBSIDIARIES
RECONCILIATION OF GAAP REPORTED TO NON-GAAP ADJUSTED FINANCIAL MEASURES (1)
(Unaudited)

To supplement our consolidated statements of income presented in accordance with generally accepted accounting principles ("GAAP"), we have disclosed non-GAAP adjusted financial measures of operating results that exclude certain items. Total revenue; selling, distribution, and administrative expenses; impairment and restructuring charges; operating income; interest expense, net; provision for income taxes; net income; and earnings per diluted share are presented below both as GAAP reported and non-GAAP financial measures excluding (i) adjustments to interchange income for the Visa settlement, (ii) certain employee related expenses, (iii) impairment losses primarily related to two retail stores and other property, (iv) adjustments to interest expense on certain unrecognized tax benefits, and (v) adjustments to the provision for income taxes related to changes in our assessments of uncertain tax positions. In light of the nature and magnitude, we believe these items should be presented separately to enhance a reader's overall understanding of the Company's ongoing operations. These non-GAAP adjusted financial measures should be considered in conjunction with the GAAP financial measures.

We believe these non-GAAP adjusted financial measures provide useful supplemental information to investors regarding the underlying business trends and performance of our ongoing operations and are useful for period-over-period comparisons of such operations. In addition, we evaluate results using non-GAAP adjusted operating income, adjusted net income, and adjusted earnings per diluted share. These non-GAAP adjusted financial measures should not be considered in isolation or as a substitute for operating income, net income, earnings per diluted share, or any other measure calculated in accordance with GAAP. The following table reconciles these financial measures to the related GAAP adjusted financial measures for the periods presented.

Reconciliation of GAAP Reported to Non-GAAP Adjusted Financial Measures(1)

| | Three Months Ended | | | | | |
|---|---|---|---|---|---|---|
| | December 28, 2013 | | | December 29, 2012 | | |
| | GAAP Basis As Reported | Non-GAAP Adjustments | Non-GAAP Amounts | GAAP Basis As Reported | Non-GAAP Adjustments | Non-GAAP Amounts |
| | (Dollars in Thousands Except Earnings Per Share) | | | | | |
| Total revenue (2) | $1,189,447 | $ (317 ) | $ 1,189,130 | $1,120,746 | $ 12,500 | $ 1,133,246 |

Cabela's Inc. Reports Record Fourth Quarter 2013 Results

| | | | | | | |
|---|---|---|---|---|---|---|
| Impairment and restructuring charges (3) | $4,931 | $ (4,931 ) | $- | $20,324 | $ (20,324 ) | $- |
| Operating income | $138,708 | $ 4,614 | $143,322 | $104,182 | $ 32,824 | $137,006 |
| Interest expense, net (4) | $(7,259 ) | $ 3,648 | $(3,611 ) | $(3,939 ) | $ - | $(3,939 ) |
| Income before provision for income taxes | $131,449 | $ 8,262 | $139,711 | $102,233 | $ 32,824 | $135,057 |
| Provision for income taxes (5) | $51,337 | $ (6,370 ) | $44,967 | $34,201 | $ 11,062 | $45,263 |
| Net income | $80,112 | $ 14,632 | $94,744 | $68,032 | $ 21,762 | $89,794 |
| Earnings per diluted share | $1.12 | $ 0.20 | $1.32 | $0.95 | $ 0.30 | $1.25 |

(footnotes follow on the next page)

Reconciliation of GAAP Reported to Non-GAAP Adjusted Financial Measures(1)

| | Fiscal Year Ended | | | | | |
|---|---|---|---|---|---|---|
| | December 28, 2013 | | | December 29, 2012 | | |
| | GAAP Basis As Reported | Non-GAAP Adjustments | Non-GAAP Amounts | GAAP Basis As Reported | Non-GAAP Adjustments | Non-GAAP Amounts |
| | (Dollars in Thousands Except Earnings Per Share) | | | | | |
| Total revenue (2) | $3,599,577 | $ (3,167 ) | $3,596,410 | $3,112,682 | $ 12,500 | $3,125,182 |
| Selling, distribution, and administrative expenses (6) | $1,201,519 | $ (735 ) | $1,200,784 | $1,046,861 | $ - | $1,046,861 |
| Impairment and restructuring charges (3) | $5,868 | $ (5,868 ) | $- | $20,324 | $ (20,324 ) | $- |
| Operating income | $361,361 | $ 3,436 | $364,797 | $275,699 | $ 32,824 | $308,523 |
| Interest Expense, net (4) | $(17,833 ) | $ 3,648 | $(14,185 ) | $(13,985 ) | $ - | $(13,985 ) |
| Income before provision for income taxes | $343,528 | $ 7,084 | $350,612 | $261,714 | $ 32,824 | $294,538 |
| Provision for income taxes (5) | $119,138 | $ (6,783 ) | $112,355 | $88,201 | $ 11,062 | $99,263 |
| Net income | $224,390 | $ 13,867 | $238,257 | $173,513 | $ 21,762 | $195,275 |
| Earnings per diluted share | $3.13 | $ 0.19 | $3.32 | $2.42 | $ 0.30 | $2.72 |

(1) The presentation includes non-GAAP financial measures. These non-GAAP financial measures are not prepared under any comprehensive set of accounting rules or principles, and do not reflect all of the amounts associated with the Company's results of operations as determined in accordance with GAAP.

(2) The amount for fiscal 2012 reflects an accrual for a reduction in interchange income recognized in the Financial Services segment related to the Visa antitrust litigation. The fiscal 2013 amounts reflect adjustments to the liability for the Visa settlement.

(3) For fiscal 2013, reflects impairment losses of $4,931 recognized in the three months ended December 28, 2013, related to a retail store site and $937 recognized in the second quarter of fiscal 2013 related to the closure and relocation of a retail store in May 2013. For fiscal 2012, reflects impairment losses primarily on other property and economic development bonds.

**Bloomberg Law®**

© 2015 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

0495

Cabela's Inc. Reports Record Fourth Quarter 2013 Results

(4) Reflects interest adjustments related to certain unrecognized tax benefits.

(5) Reflects the estimated income tax provision on the non-GAAP adjusted income before provision for income taxes, and for the three months and fiscal year ended December 28, 2013, tax adjustments related to changes in assessments of uncertain tax positions.

(6) Reflects certain employee related expenses primarily related to severance benefits.

Contact:

Cabela's Incorporated
Investors:
Chris Gay, 308-255-2905
or
Media:
Joe Arterburn, 308-255-1204

-0- Feb/13/2014 13:00 GMT

© 2015 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

0496

CAB US $    C **55.62**    +.69 ⟋⟍⟋⟍    N55.62/55.64N    32x30
..... On 20 Jan d Vol 1,059,524  O 55.26P   H 56.32P   L 55.26P   Val 58.925M

| CAB US Equity | | | 96) Export to Excel | | | Page 1/1  Historical Price | | |
|---|---|---|---|---|---|---|---|---|
| Cabela's Inc | | | | | | High | 71.03  on | 02/10/14 |
| Range   01/31/2014 - 02/28/2014 | | | Period   Daily | | | Low | 63.60  on | 02/03/14 |
| Market   Last Price | | | Currency   USD | | | Average | 66.247 | 1,497,388 |
| View   Dense (HP) | | | | | | Net Chg | -.54 | -0.81% |

| | Date | Last Price | Volume | | Date | Last Price | Volume | | Date | Last Price | Volume |
|---|---|---|---|---|---|---|---|---|---|---|---|
| F | 02/28/14 | 66.32 | 631,334 | F | 02/07/14 | 69.51 | 781,645 | | | | |
| T | 02/27/14 | 66.18 | 595,120 | T | 02/06/14 | 68.37 | 915,185 | | | | |
| W | 02/26/14 | 66.40 | 1,097,082 | W | 02/05/14 | 66.28 | 889,333 | | | | |
| T | 02/25/14 | 64.80 | 856,431 | T | 02/04/14 | 65.14 | 947,312 | | | | |
| M | 02/24/14 | 64.24 | 726,212 | M | 02/03/14 L | 63.60 | 1,375,710 | | | | |
| | | | | | | | | | | | |
| F | 02/21/14 | 64.77 | 906,283 | F | 01/31/14 | 66.86 | 498,228 | | | | |
| T | 02/20/14 | 64.27 | 882,227 | | | | | | | | |
| W | 02/19/14 | 64.03 | 1,360,950 | | | | | | | | |
| T | 02/18/14 | 64.23 | 1,172,630 | | | | | | | | |
| M | 02/17/14 | | | | | | | | | | |
| | | | | | | | | | | | |
| F | 02/14/14 | 64.26 | 1,807,009 | | | | | | | | |
| T | 02/13/14 | 64.26 | 9,725,838 | | | | | | | | |
| W | 02/12/14 | 69.81 | 1,446,627 | | | | | | | | |
| T | 02/11/14 | 70.58 | 1,386,049 | | | | | | | | |
| M | 02/10/14 H | 71.03 | 1,946,562 | | | | | | | | |

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2015 Bloomberg Finance L.P.
SN 861314 EST  GMT-5:00 G717-1044-1 20-Jan-2015 20:42:26

Chipotle Investor Relations - Press Release                                  Page 1 of 1



Print Page  |  Close Window

## PRESS RELEASE

**Chipotle Mexican Grill, Inc. to Announce Second Quarter 2014 Results on July 21, 2014**

DENVER--(BUSINESS WIRE)--Jun. 16, 2014-- Chipotle Mexican Grill, Inc. (NYSE: CMG), the national chain of burrito restaurants known for serving Food With Integrity, today announced that it will host a conference call to discuss second quarter 2014 financial results on Monday, July 21, 2014 at 4:30 PM Eastern time. A press release with second quarter 2014 financial results will be issued at approximately 4:00 PM Eastern time that same day.

The conference call can be accessed live over the phone by dialing 1-877-857-6161 or for international callers by dialing 1-719-325-4758. A replay will be available one hour after the call and can be accessed by dialing 1-877-870-5176 or 1-858-384-5517 for international callers; the password is 3291530. The replay will be available until July 28, 2014. The call will be webcast live from the Company's website at chipotle.com under the investor relations section. An archived webcast will be available one hour after the end of the call.

### About Chipotle

Steve Ells, founder, chairman and co-CEO, started Chipotle with the idea that food served fast did not have to be a typical fast food experience. Today, Chipotle continues to offer a focused menu of burritos, tacos, burrito bowls (a burrito without the tortilla) and salads made from fresh, high-quality raw ingredients, prepared using classic cooking methods and served in a distinctive atmosphere. Through our vision of Food With Integrity, Chipotle is seeking better food from using ingredients that are not only fresh, but that—where possible—are sustainably grown and raised responsibly with respect for the animals, the land, and the farmers who produce the food. In order to achieve this vision, we focus on building a special people culture that is centered on creating teams of top performers empowered to achieve high standards. This people culture not only leads to a better dining experience for our customers, it also allows us to develop future leaders from within. Chipotle opened with a single restaurant in 1993 and operates more than 1,600 restaurants, including 17 Chipotle restaurants outside the US, 6 ShopHouse Southeast Asian Kitchen restaurants, and is an investor in an entity that owns and operates one Pizzeria Locale. For more information, visit Chipotle.com.

Source: Chipotle Mexican Grill, Inc.

Chipotle Mexican Grill, Inc.
Alex Spong, 303-222-2552

0498

Bonan Huang Company C Query

**QueryText**

7/20/2014 11:32:23 PM    insert into kwo874_svm_agent_infosel case when (mrch_nm like '%chipotle%') then 'CMG'   when (mrch_nm like any ('%busch%garden%', '%seaworld%', '%adv%island%', '%aquatica%', '%water%country%', '%sesame%place%', '%discovery%cove%')) then 'SEA'   when (mrch_nm like %slumber%garden%liquidator%') then 'LL'   when (mrch_nm like '%netflix%') then 'NFL'   when (mrch_nm like '%redbox%' and mrch_catg_cd in (7841, 5968, 7993)) then 'OUT'   when (mrch_nm like any ('%shutterfly%', '%tinyprints%', '%weddingpaperdivas.com', 'MY PUBLISHER, INC.')) then 'SFL'   when (mrch_nm like '%zillow%') then 'Z'   when (mrch_nm like '%linkedin%' and mrch_catg_cd <> 7399) then 'LNK'   when ((mrch_nm like '%six%flag%' and mrch_catg_cd in (7996', '7523')) or mrch_nm = 'PAYPAL *SIXFLAGSENT') then 'SIX'   when (mrch_nm like '%priceline%' and mrch_catg_cd in (7011, 8999, 4722, 5969)) then 'PCL'   when ((mrch_nm like '%motherhood%' and mrch_catg_cd between 5261 and 5699) or mrch_nm like any ('%destinama%', '%peainthepod%', 'PAYPAL *PEA IN POD', 'PAYPAL *MOTHERHOODM')) then 'DES'   when (mrch_nm like any ('mcdonalds%', 'mcdonald's%')) then 'MCD'   when ((mrch_nm like '%gnc%' and mrch_catg_cd in (5499,5912,5999)) or mrch_nm in (GNC.COM', 'PAYPAL *GNC')) then 'GNC'   when (mrch_nm like '%h%h%gregg%') then 'HGG'   when (mrch_nm like '%tempur%pedic%') then 'TPX'   when (mrch_nm like '%vitacost%') then 'VIT'   when (mrch_nm like any ('%overstock.com%', '%overstockco%')) then 'OST'   when (mrch_nm like '%sherwi%will%') then 'SHW'   when (mrch_nm like any ('hotels.com %', '%*hotels.com%', 'CV * CLASSIC VACATIONS') or (mrch_nm like '%hotwire%' and mrch_catg_cd in (4722,5969)) or (mrch_nm like '%expedia%' and mrch_catg_cd in (4722,7999,7011,7311))) then '1EX'   when (mrch_nm LIKE ANY ('%Medifast%','%Take%Shape%life%')) then 'MED'   when mrch_nm LIKE ANY ('%smith%noble%','%BALLARD%DESIGNS%','%grandin%road%','%territory%ahead%','%chasing%fireflies%','FRONTGATE','%FRONTGATE CATALOG%','%TRAVELSMITH%','GAR*GARNET HILL','GARNET HILL-FRANCONIA','IMPROVEMENTS','%HSN OUTLET%','%IM *IMPROVEMENTS%','%GM*FRONTGATE%','51*GARNET HILL','BF*GARNET HILL','ADJ-HSN*%','HSN*%','%*HSN*','%*HSN FLX%') then 'HSN'   when ((mrch_nm LIKE ANY ('%safeway%') AND mrch_catg_cd IN ('5411','5541','5542','5814','5912','5921')) OR (mrch_nm LIKE ANY ('%Genuardi%%','%Randalls%','%Carrs%','%Vons%','%-Vons%') AND mrch_catg_cd in (2741, 5968, 8999)) then 'VPR'   end stk, trxn_dt, trxn_post_dt,SUM(CASE WHEN debit_cr_cd = 'D' THEN trxn_amt WHEN debit_cr_cd = 'C' THEN trxn_amt*(-1) END) as trxn_amt from mrch_catg2_postd_trxn a, pcdwt2_acct_stat_hist_bc bwhere (trxn_post_dt between date - 3 and date - 1)and stk is not null AND tsys_tcat_class_cd = 'PR' and mrch_cntry_cd like 'US%'and a.acct_id = b.acct_id and b.acct_sfx_num = 0 and SVC_OWNR_CD NOT IN ('000086','000087','000088','000089')group by 1,2,3;

0499

Nan Huang Company C Query

**QueryText**

7/20/2014 1:46:10 PM  CREATE MULTISET VOLATILE TABLE oao009_sta_trxn AS ( SELECT * FROM pcdw.t2_postd_trxn WHERE ( ( mrch_nm LIKE ( '%Chipotle%' ) AND mrch_nm NOT IN ( 'EL CHIPOTLE TAQUER' , 'SENOR CHIPOTLE' ) AND mrch_catg_cd = '5814' ) OR ( mrch_nm LIKE '%CHIPOTLE MEX%' ) ) AND trxn_post_dt BETWEEN '2013-06-15' AND '2013-07-15' AND tsys_tcat_class_cd IN ( 'PR' ) ) WITH DATA PRIMARY INDEX ( acct_id , trxn_post_dt ,

| AccountTypeDescri | TradeDate | SettlementD | ExecutionTin | ShortDescription | BuySe | Quantity | Price | PrincipalAmount |
|---|---|---|---|---|---|---|---|---|
| General Margin | 7/21/2014 | 7/22/2014 | 85550 | CMG 2014 Jul 25 C @ 587.500 BTO | 1 | 24 | -2400 |
| General Margin | 7/21/2014 | 7/22/2014 | 100922 | CMG 2014 Jul 25 C @ 587.500 BTO | 1 | 22 | -2200 |
| General Margin | 7/21/2014 | 7/22/2014 | 103103 | CMG 2014 Jul 25 C @ 585.000 BTO | 1 | 21.7 | -2170 |
| General Margin | 7/21/2014 | 7/22/2014 | 120331 | CMG 2014 Jul 25 C @ 582.500 BTO | 1 | 21.7 | -2170 |
| General Margin | 7/21/2014 | 7/22/2014 | 120449 | CMG 2014 Jul 25 C @ 582.500 BTO | 1 | 21.4 | -2140 |
| General Margin | 7/21/2014 | 7/22/2014 | 125633 | CMG 2014 Jul 25 C @ 585.000 STC | -1 | 21.5 | 2150 |
| General Margin | 7/21/2014 | 7/22/2014 | 130722 | CMG 2014 Jul 25 C @ 585.000 BTO | 1 | 22.8 | -2280 |
| General Margin | 7/21/2014 | 7/22/2014 | 131429 | CMG 2014 Jul 25 C @ 585.000 BTO | 1 | 22.8 | -2280 |
| General Margin | 7/21/2014 | 7/22/2014 | 142602 | CMG 2014 Jul 25 C @ 587.500 BTO | 1 | 21.7 | -2170 |
| General Margin | 7/21/2014 | 7/22/2014 | 143356 | CMG 2014 Jul 25 C @ 590.000 BTO | 1 | 20.1 | -2010 |
| General Margin | 7/22/2014 | 7/23/2014 | 83128 | CMG 2014 Jul 25 C @ 587.500 STC | -2 | 66.23 | 13246 |
| General Margin | 7/22/2014 | 7/23/2014 | 83249 | CMG 2014 Jul 25 C @ 587.500 STC | -1 | 73.5 | 7350 |
| General Margin | 7/22/2014 | 7/23/2014 | 83408 | CMG 2014 Jul 25 C @ 585.000 STC | -2 | 72 | 14400 |
| General Margin | 7/22/2014 | 7/23/2014 | 84452 | CMG 2014 Jul 25 C @ 590.000 STC | -1 | 65.5 | 6550 |
| General Margin | 7/22/2014 | 7/23/2014 | 90029 | CMG 2014 Jul 25 C @ 582.500 STC | -1 | 76 | 7600 |
| General Margin | 7/22/2014 | 7/23/2014 | 142840 | CMG 2014 Jul 25 C @ 582.500 STC | -1 | 75.2 | 7520 |

5PD91874

Account 5PD6XXX6 Trade Activity

| AccountTypeDescri | TradeDate | SettlementC | ExecutionTin | ShortDescription | BuySe | Quantity | Price | PrincipalAmount |
|---|---|---|---|---|---|---|---|---|
| Cash | 7/21/2014 | 7/22/2014 | 105429 | CMG 2014 Jul 25 C @ 597.500 | BTO | 3 | 16 | -4800 |
| Cash | 7/21/2014 | 7/22/2014 | 112930 | CMG 2014 Jul 25 C @ 597.500 | BTO | 3 | 15 | -4500 |
| Cash | 7/24/2014 | 7/25/2014 | 94904 | CMG 2014 Jul 25 C @ 597.500 | STC | -6 | 62.5 | 37500 |

5PD64046

| AccountTypeDescri | TradeDate | SettlementI | ExecutionTin | ShortDescription | BuySe | Quantity | Price | PrincipalAmount |
|---|---|---|---|---|---|---|---|---|
| Cash | 7/21/2014 | 7/22/2014 | 91016 | CMG 2014 Aug 1 C @ 600.000 | BTO | 1 | 19 | -1900 |
| Cash | 7/21/2014 | 7/22/2014 | 91857 | CMG 2014 Jul 25 C @ 597.500 | BTO | 3 | 17 | -5100 |
| Cash | 7/21/2014 | 7/24/2014 | 143505 | ███████████████ | S | -50 | 588 | 29400 |
| Cash | 7/21/2014 | 7/22/2014 | 143637 | CMG 2014 Jul 25 C @ 597.500 | BTO | 3 | 16.7 | -5010 |
| Cash | 7/21/2014 | 7/22/2014 | 143800 | CMG 2014 Jul 25 C @ 597.500 | BTO | 3 | 17 | -5100 |
| Cash | 7/21/2014 | 7/22/2014 | 144702 | CMG 2014 Jul 25 C @ 597.500 | BTO | 3 | 17.5 | -5250 |
| Cash | 7/24/2014 | 7/25/2014 | 125635 | CMG 2014 Jul 25 C @ 597.500 | STC | -12 | 65 | 78000 |
| Cash | 7/31/2014 | 8/1/2014 | 131216 | CMG 2014 Aug 1 C @ 600.000 | STC | -1 | 75.2 | 7520 |

| AccountTypeDescri | TradeDate | SettlementI | ExecutionTin | ShortDescription | BuySe | Quantity | Price | PrincipalAmount |
|---|---|---|---|---|---|---|---|---|
| General Margin | 7/21/2014 | 7/22/2014 | 83514 | CMG 2014 Aug 1 C @ 600.000 | BTO | 2 | 22 | -4400 |
| General Margin | 7/21/2014 | 7/22/2014 | 83847 | CMG 2014 Aug 1 C @ 600.000 | BTO | 3 | 20 | -6000 |
| General Margin | 7/21/2014 | 7/22/2014 | 84034 | CMG 2014 Jul 25 C @ 600.000 | BTO | 3 | 17.5 | -5250 |
| General Margin | 7/21/2014 | 7/22/2014 | 91455 | CMG 2014 Jul 25 C @ 617.500 | BTO | 2 | 10 | -2000 |
| General Margin | 7/21/2014 | 7/22/2014 | 91918 | CMG 2014 Aug 1 C @ 600.000 | BTO | 3 | 17.3 | -5190 |
| General Margin | 7/21/2014 | 7/22/2014 | 143424 | CMG 2014 Jul 25 C @ 615.000 | BTO | 2 | 10 | -2000 |
| General Margin | 7/23/2014 | 7/24/2014 | 85420 | CMG 2014 Jul 25 C @ 600.000 | STC | -3 | 59.6 | 17880 |
| General Margin | 7/23/2014 | 7/24/2014 | 85523 | CMG 2014 Jul 25 C @ 617.500 | STC | -2 | 43.5 | 8700 |
| General Margin | 7/23/2014 | 7/24/2014 | 85523 | CMG 2014 Jul 25 C @ 615.000 | STC | -2 | 46 | 9200 |
| General Margin | 7/24/2014 | 7/25/2014 | 125625 | CMG 2014 Aug 1 C @ 600.000 | STC | -3 | 62.5 | 18750 |
| General Margin | 7/30/2014 | 7/31/2014 | 144940 | CMG 2014 Aug 1 C @ 600.000 | STC | -2 | 82.3 | 16460 |

# Chipotle Mexican Grill, Inc. Announces Second Quarter 2014 Results

**Published: Jul 21 2014 16:02:00**

**Chipotle Mexican Grill, Inc. Announces Second Quarter 2014 Results**

**Business Wire**

**DENVER -- July 21, 2014**

Chipotle Mexican Grill, Inc. (NYSE: CMG) today reported financial results for its second quarter ended June 30, 2014.

Highlights for the second quarter of 2014 as compared to the second quarter of 2013 include:

- Revenue increased 28.6% to $1.05 billion
- Comparable restaurant sales increased 17.3%
- Restaurant level operating margin was 27.3%, a decrease of 30 basis points
- Net income was $110.3 million, an increase of 25.5%
- Diluted earnings per share was $3.50, an increase of 24.1%
- Opened 45 new restaurants

Highlights for the six months ended June 30, 2014 as compared to the prior year include:

- Revenue increased 26.6% to $1.95 billion
- Comparable restaurant sales increased 15.5%
- Restaurant level operating margin was 26.7%, a decrease of 30 basis points
- Net income was $193.3 million, an increase of 17.6%
- Diluted earnings per share was $6.14, an increase of 16.5%
- Opened 89 new restaurants

"We're pleased that we continued to drive excellent results in the second quarter, including one of our strongest sales comps as a public company. These extraordinary results are made possible by our special food culture, innovative people culture, and strong business model that are not only creating significant shareholder value, but also helping us realize our vision to change the way people think about and eat fast food," said Steve Ells, Founder, Chairman and co-CEO of Chipotle.

Monty Moran, co-CEO, continued, "Empowered teams of top performers can accomplish amazing things. Our Restaurateurs form the foundation of Chipotle's culture, setting a standard for everyone else to follow. We are deeply committed to these leaders and the unique people culture they are building in their restaurants, which not only helps provide our guests with an exceptional dining experience, but also enables us to deliver great results to our shareholders."

Second quarter 2014 results

Revenue for the quarter was $1.05 billion, up 28.6% from the second quarter of 2013. The growth in revenue was driven by a 17.3% increase in comparable restaurant sales and from new restaurants not in the comparable base. Comparable restaurant sales growth was driven primarily by increased traffic and to a lesser

© 2015 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

0505

Chipotle Mexican Grill, Inc. Announces Second Quarter 2014 Results

extent from an increase in average check, which includes the benefit of the nationwide menu price increases that were fully rolled out by the end of the quarter.

We opened 45 new restaurants during the quarter, bringing the total restaurant count to 1,681.

Food costs were 34.6% of revenue, an increase of 150 basis points, driven by increased prices for beef, avocados, and dairy, partially offset by the menu price increase and lower tomatillo prices.

Restaurant level operating margin was 27.3% in the quarter, a decrease of 30 basis points from the second quarter of 2013. The decrease was primarily driven by higher food and marketing costs, partially offset by favorable sales leverage in labor and occupancy costs.

G & A costs were 7.1% of revenue, an increase of 90 basis points due to higher stock compensation and bonus expenses, partially offset by favorable sales leverage.

Net income for the second quarter of 2014 was $110.3 million, or $3.50 per diluted share, compared to $87.9 million, or $2.82 per diluted share, in the second quarter of 2013.

**Results for the six months ended June 30, 2014**

Revenue for the first six months of 2014 was $1.95 billion, up 26.6% from the prior year period. The growth in revenue was the result of a 15.5% increase in comparable restaurant sales and from new restaurants not in the comparable base. Comparable restaurant sales growth was primarily driven by increased traffic and to a lesser extent from an increase in our average check.

During the first six months of the year, we opened 89 new restaurants, bringing the total restaurant count to 1,681.

Restaurant level operating margin was 26.7% for the first six months, a decrease of 30 basis points from the prior year period. The decrease was primarily from higher food costs, primarily beef, avocados, and dairy, and higher marketing costs partially offset by favorable sales leverage in labor and occupancy costs.

G & A costs for the first six months were 7.3% of revenue, or an increase of 110 basis points from the prior year period. The increase was from higher stock based compensation expense and higher bonus costs.

Net income for the first six months of 2014 was $193.3 million, or $6.14 per diluted share, compared to $164.4 million, or $5.27 per diluted share, in the first six months of 2013.

Net cash generated from operating activities was $360.4 million, an increase of 34.6% from last year.

**Outlook**

For 2014, management expects the following:

- 180 - 195 new restaurant openings
- Mid-teens comparable restaurant sales increases
- An effective full year tax rate of approximately 39.1%

**Definitions**

**Bloomberg Law**

© 2015 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

Chipotle Mexican Grill, Inc. Announces Second Quarter 2014 Results

The following definitions apply to these terms as used throughout this release:

**Comparable restaurant sales** represent the change in period-over-period sales for the comparable restaurant base. A restaurant becomes comparable in its 13 th full calendar month of operation.

**Average restaurant sales** refers to the average trailing 12-month sales for restaurants in operation for at least 12 full calendar months.

**Restaurant level operating margin** represents total revenue less restaurant operating costs, expressed as a percent of total revenue.

Conference Call

Chipotle will host a conference call to discuss the second quarter 2014 financial results on Monday, July 21, 2014 at 4:30 PM Eastern time.

The conference call can be accessed live over the phone by dialing 1-877-857-6161 or for international callers by dialing 1-719-325-4758. A replay will be available one hour after the call and can be accessed by dialing 1-877-870-5176 or 1-858-384-5517 for international callers; the password is 3291530. The replay will be available until July 28, 2014. The call will be webcast live from the company's website at chipotle.com under the investor relations section. An archived webcast will be available one hour after the end of the call.

About Chipotle

Steve Ells, founder, chairman and co-CEO, started Chipotle with the idea that food served fast did not have to be a typical fast food experience. Today, Chipotle continues to offer a focused menu of burritos, tacos, burrito bowls (a burrito without the tortilla) and salads made from fresh, high-quality raw ingredients, prepared using classic cooking methods and served in a distinctive atmosphere. Through our vision of Food With Integrity, Chipotle is seeking better food from using ingredients that are not only fresh, but that-where possible-are sustainably grown and raised responsibly with respect for the animals, the land, and the farmers who produce the food. In order to achieve this vision, we focus on building a special people culture that is centered on creating teams of top performers empowered to achieve high standards. This people culture not only leads to a better dining experience for our customers, it also allows us to develop future leaders from within. Chipotle opened with a single restaurant in 1993 and operates more than 1,600 restaurants, including 17 Chipotle restaurants outside the US, and seven ShopHouse Southeast Asian Kitchen restaurants, and is an investor in an entity that owns and operates one Pizzeria Locale. For more information, visit Chipotle.com.

Forward-Looking Statements

*Certain statements in this press release, including statements under the heading "Outlook" of our expected number of new restaurant openings, comparable restaurant sales increases, and effective tax rates in 2014, are forward-looking statements as defined in the Private Securities Litigation Reform Act of 1995. We use words such as "anticipate", "believe", "could", "should", "estimate", "expect", "intend", "may", "predict", "project", "target", and similar terms and phrases, including references to assumptions, to identify forward-looking statements. The forward-looking statements in this press release are based on information available to us as of the date any such statements are made and we assume no obligation to update these forward-looking statements. These statements are subject to risks and uncertainties that could cause actual results to differ materially from those described in the statements. These risks and uncertainties include, but are not limited to, the following: the uncertainty of our ability to achieve expected levels of comparable restaurant sales increases*

**Bloomberg Law**

© 2015 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

0507

Chipotle Mexican Grill, Inc. Announces Second Quarter 2014 Results

*due to factors such as decreased consumer spending and economic uncertainty, our possible inability to increase menu prices or realize the benefits of menu price increases, or the impact of competition; factors that could affect our ability to achieve and manage our planned expansion, such as the availability of a sufficient number of suitable new restaurant sites and the availability of qualified employees; the performance of new restaurants and their impact on existing restaurant sales; increases in the cost of food ingredients and other key supplies; the potential for increased labor costs or difficulty retaining qualified employees, including as a result of immigration enforcement activities; the risk of food-borne illnesses and other health concerns about our food; risks relating to our expansion into new markets; the impact of federal, state or local government regulations relating to our employees, our restaurant design, or the sale of food or alcoholic beverages; risks associated with our Food With Integrity strategy, including supply shortages and potential liabilities related to advertising claims and other marketing activities related to Food With Integrity; security risks associated with the acceptance of electronic payment cards or electronic storage of confidential customer or employee information; the effect of competition in the restaurant industry; risks relating to litigation; risks relating to our insurance coverage and self-insurance; our dependence on key personnel; risks related to our marketing and advertising strategies; the effects of continuing economic uncertainty on our business and on our suppliers, landlords and potential developers; the uncertainty of our ability to protect our name, logo and other proprietary information or the reputation of our brand; the potential effects of inclement weather; and other risk factors described from time to time in our SEC reports, including our most recent annual report on Form 10-K and subsequent quarterly reports on Form 10-Q, all of which are available in the Investors section of our Web site at chipotle.com*

**Chipotle Mexican Grill, Inc.**

**Condensed Consolidated Statement of Income and Comprehensive Income**

**(in thousands, except per share data)**

**(unaudited)**

| | Three months ended June 30 | | | |
|---|---|---|---|---|
| | 2014 | | 2013 | |
| Revenue | $1,050,073 | 100.0 % | $816,786 | 100.0 % |
| Restaurant operating costs | | | | |
| (Exclusive of depreciation and amortization shown separately below): | | | | |
| Food, beverage and packaging | 363,148 | 34.6 | 270,510 | 33.1 |
| Labor | 228,529 | 21.8 | 185,804 | 22.7 |
| Occupancy | 56,254 | 5.4 | 48,564 | 5.9 |
| Other operating costs | 115,418 | 11.0 | 86,296 | 10.6 |
| General and administrative expenses | 74,879 | 7.1 | 50,952 | 6.2 |
| Depreciation and amortization | 27,009 | 2.6 | 23,597 | 2.9 |
| Pre-opening costs | 3,392 | 0.3 | 3,246 | 0.4 |
| Loss on disposal of assets | 1,602 | 0.2 | 1,399 | 0.2 |
| Total operating expenses | 870,231 | 82.9 | 670,368 | 82.1 |
| Income from operations | 179,842 | 17.1 | 146,418 | 17.9 |
| Interest and other income (expense), net | 1,144 | 0.1 | 330 | - |
| Income before income taxes | 180,986 | 17.2 | 146,748 | 18.0 |

**Bloomberg Law**®   © 2015 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

0508

Chipotle Mexican Grill, Inc. Announces Second Quarter 2014 Results

| | | | | | | |
|---|---|---|---|---|---|---|
| Provision for income taxes | (70,716 | ) (6.7 | ) | (58,895 ) | (7.2 | ) |
| Net income | $110,270 | 10.5 | % | $87,853 | 10.8 | % |
| Earnings per share: | | | | | | |
| Basic | $3.55 | | | $2.84 | | |
| Diluted | $3.50 | | | $2.82 | | |
| Weighted average common shares outstanding: | | | | | | |
| Basic | 31,049 | | | 30,901 | | |
| Diluted | 31,474 | | | 31,176 | | |
| Comprehensive income | $110,139 | | | $87,820 | | |

**Chipotle Mexican Grill, Inc.**

**Condensed Consolidated Statement of Income and Comprehensive Income**

(in thousands, except per share data)

(unaudited)

| | Six Months ended June 30 | | | | | |
|---|---|---|---|---|---|---|
| | 2014 | | | 2013 | | |
| Revenue | $1,954,236 | 100.0 | % | $1,543,537 | 100.0 | % |
| Restaurant operating costs | | | | | | |
| (Exclusive of depreciation and amortization shown separately below): | | | | | | |
| Food, beverage and packaging | 674,940 | 34.5 | | 510,099 | 33.0 | |
| Labor | 436,737 | 22.3 | | 357,273 | 23.1 | |
| Occupancy | 111,100 | 5.7 | | 96,184 | 6.2 | |
| Other operating costs | 210,555 | 10.8 | | 162,952 | 10.6 | |
| General and administrative expenses | 141,796 | 7.3 | | 95,163 | 6.2 | |
| Depreciation and amortization | 52,763 | 2.7 | | 46,533 | 3.0 | |
| Pre-opening costs | 7,692 | 0.4 | | 6,132 | 0.4 | |
| Loss on disposal of assets | 3,161 | 0.2 | | 2,739 | 0.2 | |
| Total operating expenses | 1,638,744 | 83.9 | | 1,277,075 | 82.7 | |
| Income from operations | 315,492 | 16.1 | | 266,462 | 17.3 | |
| Interest and other income (expense), net | 1,833 | 0.1 | | 596 | 0.0 | |
| Income before income taxes | 317,325 | 16.2 | | 267,058 | 17.3 | |
| Provision for income taxes | (123,986 | ) (6.3 | ) | (102,621 ) | (6.6 | ) |
| Net income | $193,339 | 9.9 | % | $164,437 | 10.7 | % |
| Earnings per share: | | | | | | |
| Basic | $6.23 | | | $5.31 | | |
| Diluted | $6.14 | | | $5.27 | | |
| Weighted average common shares outstanding: | | | | | | |
| Basic | 31,055 | | | 30,956 | | |
| Diluted | 31,480 | | | 31,202 | | |
| Comprehensive income | $193,687 | | | $163,300 | | |

**Chipotle Mexican Grill, Inc.**

**Bloomberg Law®**

© 2015 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

0509

Chipotle Mexican Grill, Inc. Announces Second Quarter 2014 Results

**Condensed Consolidated Balance Sheet**

**(in thousands, except per share data)**

| | June 30 2014 (unaudited) | December 31 2013 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $470,050 | $323,203 |
| Accounts receivable, net of allowance for doubtful accounts of $1,172 and $1,190 as of | 20,242 | 24,016 |
| June 30, 2014 and December 31, 2013, respectively | | |
| Inventory | 15,522 | 13,044 |
| Current deferred tax asset | 14,739 | 13,212 |
| Prepaid expenses and other current assets | 36,966 | 34,204 |
| Income tax receivable | - | 3,657 |
| Investments | 334,580 | 254,971 |
| Total current assets | 892,099 | 666,307 |
| Leasehold improvements, property and equipment, net | 1,011,916 | 963,238 |
| Long term investments | 304,108 | 313,863 |
| Other assets | 47,520 | 43,933 |
| Goodwill | 21,939 | 21,939 |
| Total assets | $2,277,582 | $2,009,280 |
| Liabilities and shareholders' equity | | |
| Current liabilities: | | |
| Accounts payable | $77,648 | $59,022 |
| Accrued payroll and benefits | 86,383 | 67,195 |
| Accrued liabilities | 69,638 | 73,011 |
| Income tax payable | 7,867 | - |
| Total current liabilities | 241,536 | 199,228 |
| Deferred rent | 205,304 | 192,739 |
| Deferred income tax liability | 50,838 | 55,434 |
| Other liabilities | 26,870 | 23,591 |
| Total liabilities | 524,548 | 470,992 |
| Shareholders' equity: | | |
| Preferred stock, $0.01 par value, 600,000 shares authorized, no shares issued as of | | |
| June 30, 2014 and December 31, 2013, respectively | - | - |
| Common stock $0.01 par value, 230,000 shares authorized, and 35,327 and 35,245 | | |
| shares issued as of June 30, 2014 and December 31, 2013, respectively | 353 | 352 |
| Additional paid-in capital | 991,190 | 919,840 |
| Treasury stock, at cost, 4,308 and 4,212 common shares at June 30, 2014 and | | |

© 2015 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

Chipotle Mexican Grill, Inc. Announces Second Quarter 2014 Results

| | | |
|---|---:|---:|
| December 31, 2013, respectively | (710,713 ) | (660,421 ) |
| Accumulated other comprehensive income | 1,968 | 1,620 |
| Retained earnings | 1,470,236 | 1,276,897 |
| Total shareholders' equity | 1,753,034 | 1,538,288 |
| Total liabilities and shareholders' equity | $2,277,582 | $2,009,280 |

**Chipotle Mexican Grill, Inc.**

**Condensed Consolidated Statement of Cash Flows**

(unaudited)

(in thousands)

| | Six months ended June 30 | |
|---|---:|---:|
| | 2014 | 2013 |
| **Operating activities** | | |
| Net income | $ 193,339 | $ 164,437 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | |
| Depreciation and amortization | 52,763 | 46,533 |
| Deferred income tax provision (benefit) | (6,124 ) | 7,301 |
| Loss on disposal of assets | 3,161 | 2,739 |
| Bad debt allowance | (18 ) | 39 |
| Stock-based compensation expense | 61,401 | 34,333 |
| Excess tax benefit on stock-based compensation | (9,516 ) | (4,251 ) |
| Other | 3 | 262 |
| Changes in operating assets and liabilities: | | |
| Accounts receivable | 3,754 | 1,795 |
| Inventory | (2,476 ) | (181 ) |
| Prepaid expenses and other current assets | (2,744 ) | (7,596 ) |
| Other assets | (3,574 ) | (3,365 ) |
| Accounts payable | 17,696 | 6,078 |
| Accrued liabilities | 15,781 | (12,551 ) |
| Income tax payable/receivable | 21,041 | 17,688 |
| Deferred rent | 12,584 | 11,794 |
| Other long-term liabilities | 3,360 | 2,698 |
| Net cash provided by operating activities | 360,431 | 267,753 |
| **Investing activities** | | |
| Purchases of leasehold improvements, property and equipment | (102,840 ) | (80,130 ) |
| Purchases of investments | (191,281 ) | (230,397 ) |
| Maturities of investments | 121,250 | 78,750 |
| Net cash used in investing activities | (172,871 ) | (231,777 ) |
| **Financing activities** | | |
| Acquisition of treasury stock | (50,292 ) | (81,065 ) |
| Excess tax benefit on stock-based compensation | 9,516 | 4,251 |
| Other financing proceeds (payments) | (55 ) | 191 |

© 2015 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

Chipotle Mexican Grill, Inc. Announces Second Quarter 2014 Results

| | | | |
|---|---|---|---|
| Net cash used in financing activities | (40,831 | ) | (76,623 | ) |
| Effect of exchange rate changes on cash and cash equivalents | 118 | | (274 | ) |
| Net change in cash and cash equivalents | 146,847 | | (40,921 | ) |
| Cash and cash equivalents at beginning of period | 323,203 | | 322,553 | |
| Cash and cash equivalents at end of period | $ 470,050 | | $ 281,632 | |
| Supplemental disclosures of cash flow information | | | | |
| Increase (decrease) in purchases of leasehold improvements, property and equipment accrued in accounts payable | $ 917 | | $ (1,432 | ) |

Chipotle Mexican Grill, Inc.

Supplemental Financial and Other Data

(dollars in thousands)

| | For the three months ended | | | | |
|---|---|---|---|---|---|
| | Jun. 30, 2014 | Mar.31, 2014 | Dec.31, 2013 | Sep. 30, 2013 | Jun. 30, 2013 |
| Number of restaurants opened | 45 | 44 | 56 | 37 | 44 |
| Restaurant relocations | (1 ) | (2 ) | - | - | - |
| Number of restaurants at end of period | 1,681 | 1,637 | 1,595 | 1,539 | 1,502 |
| Average restaurant sales | $2,307 | $2,226 | $2,169 | $2,140 | $2,119 |
| Comparable restaurant sales increases | 17.3 % | 13.4 % | 9.3 % | 6.2 % | 5.5 % |

Contact:

Chipotle Mexican Grill, Inc.
Investor Relations:
Alex Spong, 303-222-2552

-0- Jul/21/2014 20:02 GMT

© 2015 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

CMG US $   C **705.78**   -5.33   〜〜〜   N705.95 /706.09N      2x1

..... On 20 Jan d Vol 340,926   O 714.89K  H 716.00N  L 702.50T  Val 241.274M

| CMG US Equity | | | 96) Export to Excel | | | | Page 1/1  Historical Price | |
|---|---|---|---|---|---|---|---|---|
| Chipotle Mexican Grill Inc | | | | | | High | ↘683.68 | on  08/13/14 |
| Range | 07/15/2014 | 08/15/2014 | Period | Daily | | Low | 581.65 | on  07/17/14 |
| Market | Last Price | Volume | Currency | USD | | Average | 656.614 | 501,921 |
| View | Dense (HP) | | | | | Net Chg | 80.73 | 13.51% |

| | Date | Last Price | Volume | | Date | Last Price | Volume | Date | Last Price | Volume |
|---|---|---|---|---|---|---|---|---|---|---|
| F | 08/15/14 | 678.18 | 331,797 | F | 07/25/14 | 673.58 | 595,978 | | | |
| T | 08/14/14 | 679.29 | 304,018 | T | 07/24/14 | 660.20 | 374,176 | | | |
| W | 08/13/14 H | 683.68 | 387,477 | W | 07/23/14 | 661.27 | 554,826 | | | |
| T | 08/12/14 | 676.23 | 225,912 | T | 07/22/14 | 659.77 | 2,261,545 | | | |
| M | 08/11/14 | 680.54 | 355,465 | M | 07/21/14 | 589.93 | 1,099,630 | | | |
| | | | | | | | | | | |
| F | 08/08/14 | 669.70 | 354,191 | F | 07/18/14 | 592.42 | 432,611 | | | |
| T | 08/07/14 | 671.84 | 289,834 | T | 07/17/14 L | 581.65 | 415,600 | | | |
| W | 08/06/14 | 673.00 | 374,786 | W | 07/16/14 | 590.47 | 387,161 | | | |
| T | 08/05/14 | 674.71 | 334,478 | T | 07/15/14 | 597.45 | 558,729 | | | |
| M | 08/04/14 | 682.98 | 446,046 | | | | | | | |
| | | | | | | | | | | |
| F | 08/01/14 | 675.14 | 341,686 | | | | | | | |
| T | 07/31/14 | 672.50 | 462,615 | | | | | | | |
| W | 07/30/14 | 681.83 | 404,344 | | | | | | | |
| T | 07/29/14 | 674.36 | 282,508 | | | | | | | |
| M | 07/28/14 | 678.01 | 470,692 | | | | | | | |

PAGE120,539 UNITED AIRLINES FLIGHT NUMBER 0807 NAME HUANG/JI P D I FOR 17JAN15 RUN DATE 19JAN15

```
*****************************************
EMHA PNR,NVP6E7 CR16JAN 2047Z WEB BY SU CO
DA66E5 UA
***1.1HUANG/NANMR
FONE-WEB8233999/EH804
  WEB*45520300 DO NOT REMOVE-AGENCY CLAIM
  NOT ALLOWED/N000
RCVD-COCOM-US/JU012588-GUID/2B0FD0FEFF964F
  8B83952CBF337E47FE
TKT -T/FOR - INVOICE/540801XXXXXX4578/2435
  1542494/0001//1007.80
G FX-SSRFQTVUAHK/UAJU012588-HUANG/NANMR]01
  .01
  SSRDOCSUAHK1/////18JAN79/M//HUANG/NAN-1H
  UANG/NANMR
  SSRZBRDUANN1IADPEK0807S17JAN-1HUANG/NANM
  R.2$PRIORITY/BOARDINGS
  SSRCTCEYYHK1/HUANG.NAN//GMAIL.COM-1HUANG
  /NANMR
  SSRCTCMYYHK1/13308600958-1HUANG/NANMR
RMKS-SMC540801XXXXXX4578/1016
  WEB*CO COM RESERVATIONS - US
  AVAILABILITY SOURCE - ITA
  WEB CLIENT IP 173.53.21.155 - APPLYFORMS
  OFPAYMENT
  EMAIL RQSTD HUANG.NAN-AT-GMAIL.COM
  04 REMARKS ADDED BY WEB SU CO 16JAN 2047
  Z DA66E5
  RBY16JAN*APPR CC MC 012808/VP01/$1007.80
   WEBCO
  PB TKT ORDERID*1E0E3AC2-D8D8-4E2E-B117-C
  0BEC70BBB07
  02 REMARKS ADDED BY WEB SU CO 16JAN 2047
  Z DA6663
  CDM: PNR SENT TO ACCERTIFY CDM41
  01 REMARKS ADDED BY CDM GS 41 16JAN 2047
  Z DA8988
  CDM: CDM APPROVED TO TICKET -PROCESS OVR
  IDE- CDM41
  01 REMARKS ADDED BY CDM GS 41 16JAN 2101
  Z DAB992
  16JAN/1501/EMAIL-REQUEST ACKNOWLEDGED*ET
  KT
  01 REMARKS ADDED BY WEC SU ER 16JAN 2101
  Z D11D8A
ONDF-SSRPSPTUAHK/$O-HUANG/NANMR$N-HUANG/NA
  N$D-P/G55428684$E-220621$C-CN$B-790118$G
  -M]01.01
```

```
1 UA 807S 17JAN IADPEK HK 1 1225. 1540.
*****        PNR HISTORY        **********
X8 500P/18JAN
A5 $MC540801XXXXXX4578/1016
RCCOCOM-US/JU012586-GUID/2B0FD0FEFF964F
     8B83952CBF337E47FE
WEB SU CO 16JAN 2047Z DA6663 UA
A5 WEB CLIENT IP 173.53.21.155 - APPLYFORM
   SOFPAYMENT
X5 WEB CLIENT IP 173.53.21.155 - REQUESTRE
   CEIPTS
X5 ORIGINALLY ADDED BY WEB SU CO 16JAN 204
   7Z DA66E5
RCCOCOM-US/JU012586-GUID/2B0FD0FEFF964F
     8B83952CBF337E47FE
WEB SU CO 16JAN 2047Z DA6663 UA
A3 SSRZBRDUANN1IADPEK0807S17JAN-1HUANG/NAN
   MR.2$PRIORITY/BOARDINGS
RCVD-
HQS AS 7R 16JAN 2049Z DA3E85 UA
X7 TAS/1200N/16JAN/AI*NAN HUANG*2441 HAWKE
   SBURY CT*HENRICO VA 23233-2427
XF WEB8233999/H804
RCVD-
WEC SU ET 16JAN 2101Z DA2B68 UA
XP SSRPSPTUAHK/$O-HUANG/NANMR$N-HUANG/NAN$
   B-790118$G-M]01.01
RCVD-
IAD PD LC 17JAN 1610Z
A3 SSRCTCEYYHK1/HUANG.NAN//GMAIL.COM-1HUAN
   G/NANMR
A3 SSRCTCMYYHK1/13308600958-1HUANG/NANMR
RCVD-QPTPD
QPT PD 7O 17JAN 1611Z DA35FA UA
.....  APIS INFORMATION ......
***********
FNAME:NAN
LNAME:HUANG
DOB:790118 GENDER:M NAT:CHN RESIDENT:CHN
TYPE:P   NUMBER:G55428684
ISS DATE:        EXPIRY:220621   PLACE:CHN
HIST 1 ---- PARSDATE:16JAN  CITYCODE:WEB
HIST 2 ---- DUTYCODE:SU    LINIATA:DA6
.....  PDC INFORMATION  ......
FNAME:NAN
LNAME:HUANG
17JAN 08.10.33 USOU 000Z CLR R 0807/17JAN
    IAD PEK EVH
```

```
FNAME:NAN
LNAME:HUANG
16JAN 17.19.21 USOU 000Z CLR R 0807/17JAN
    IAD PEK ENL
FNAME:NAN
LNAME:HUANG
16JAN 17.19.21 USOU 000Z CLR R 0807/17JAN
    IAD PEK ENL
FNAME:NAN
LNAME:HUANG
16JAN 13.01.31 USOU 000Z CLR R 0807/17JAN
    IAD PEK ENL
FNAME:NAN
LNAME:HUANG
16JAN 12.47.16 USOU 000Z CLR R 0807/17JAN
    IAD PEK ENL
FNAME:NAN
LNAME:HUANG
16JAN 12.47.13 USOU 000Z CLR R 0807/17JAN
    IAD PEK ENL
.... QUEUE HISTORY ....
SYSQ/ETK/10
-ADR VERIF 16JAN2047Z
E
-ETK GS 41 16JAN2047Z DA8986 CDM/10
SYSQ/ETK/10
-ADR VERIF 16JAN2049Z
QR
-ETK GS 41 16JAN2049Z DA8988 CDM/10
QEP/ETK/25
-*** GS 41 16JAN2101Z DA8992 CDM/**
QR
-ETK SU ET 16JAN2101Z DA2B68 WEC/25
QEP/ETK/31
-*** SU ET 16JAN2101Z DA2B68 WEC/**
QR
-ETK SU ET 16JAN2101Z DA2BA7 TBM/31
STORED FARE DATA FOLLOWS
TOTAL FARE - USD1007.80
FARE QUOTE- AUTOPRICED - I
WEB SU CO 16JAN2047Z DA66E5 UA
     USD FARE                 TAX - USD
               USD TTL
1 - 805.00                   XT202.80
              1007.80
WAS UA BJS 805.00SKW0IEM7 NUC 805.00 END R
  OE 1.00 XT 17.70US 5.6
0AY 175.00XQ 4.50XF IAD4.5
```

```
V S 1 NOT VALID BEFORE/AFTER 17JAN
 PSGR1
  ENDORSE1-  NONREF/0VALUEAFTDPT/CHGFEE
END FARE QUOTE RECORD DATA
.................................................
.... ETKT CREATED 17JAN 1755Z IAD BY PD SS
        UA
 HUANG/NANMR           01624351542494
              #1 OF 1 16JAN15
  IAD UA 807S 17JAN1225PGK SKWOIEN7
        NVB17JAN NVA17JAN USED
   PEK
FARE-USD  TAX      TAX          TTL-USD
 805.00 202.80                  1007.80
FC  /FC WAS UA BJS 805.00SKWOIEN7 NUC 805.
   00 END ROE 1.00 XT17.70US5.60AY175.00YQ
   4.50XF IAD4.5
FP CCCAXXXXXXXXXXXXX4578/1016/N01290B
E1 NONREF/0VALUEAFTDPT/CHGFEE
.... ETKT HISTORY .......................
 HUANG/NANMR           01624351542494
                       $USD 1007.80
FP CCCAXXXXXXXXXXXXX4578/1016/N01280B
AI*NAN HUANG*2441 HAWKESBURY CT*HENRICO VA
 23233-2427*
WEC SU ET 16JAN 2101Z DA2B68 UA
T:$XXXXXXXXXXXX4578/1016/N01280B:VP01:ET
CPN 1     CHECKED-IN
IAD PD LC 17JAN 1611Z D1D2F6 UA
CPN 1     LIFTED
          17JAN 1649Z        UA
CPN 1     UA USED
IAD PD SS 17JAN 1755Z        UA
CPN 1     ADJ PUR UTE FR 17JAN15 TO 24JAN15
IAD PD SS 17JAN 1755Z        UA
*************************************************
```

SEC-UNITED-E-0000004

**United Airlines, Inc**

E-Ticket 1 OF 1

HUANG/NANNAN

| Tkt | ? | CPUI | Cpn | Stop | Orig | Dest | Mktg Carr |
|---|---|---|---|---|---|---|---|
| 01624351542249 | | F | 1 | | IAD | PEK | UA |

FOP Type: CC
FOP Acct: 540801D0B344578

```
+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +
PAGE7341 UNITED AIRLINES          FLIGHT NUMBER 0807              A C I   P O I   FOR   17JAN15    RUN DATE 19JAN15
ID     PASSENGER NAME DET     PTY SUR CLS TO-FLT FR-FLT    ID     PASSENGER NAME DST     PTY SUR CLS TO-FLT FR-FLT
+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +

H398  HUANG/NANMR  PEK          01 01  S
      000.HU012588 IAD TO PEK S  N 35H
H375  HUANG/NANMR  PEK          01 01  S
      0            IAD TO PEK S  N 35H
+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +
```

SEC-UNITED-E-0000006

0517

PAGE123,731 UNITED AIRLINES        FLIGHT NUMBER 0807      NAME HSU/SHIH          P  D ·I  FOR  22JAN15      RUN DATE 24JAN15

```
******************************************
EMHA PNR.DGSH7F CR22JAN 1150Z WEB BY SU CO
DA3BE3 UA
***1.1HUANG/BONAN
FONE-WEB2703979/EH804
   WEB*45520300 DO NOT REMOVE-AGENCY CLAIM
   NOT ALLOWED/N000
RCVD-COCOM-US/GUEST-GUID/F45E14A4889F46A4B
   23D7A5DDC5F3F83
TKT -T/FQR - INVOICE/414720XXXXXX3478/2435
   8195294/0001//967.80
G FX-SSRDOCSUAHK1/////29JUN82/M//HUANG/BON
   AN-1HUANG/BONAN
RMKS-$VI414720XXXXXX3478/1117
   WEB*CO COM RESERVATIONS - US
   AVAILABILITY SOURCE - ITA
   WEB CLIENT IP 100.7.6.225 - APPLYFORMSOF
PAYMENT
   EMAIL RQSTD BONANHUANG-AT-GMAIL.COM
   04 REMARKS ADDED BY WEB SU CO 22JAN 1150
   Z DA3BE3
   RBY22JAN*APPR CC VI 00186D/VP06/$967.80
   WEBCO
   PB TKT ORDERID*57DBACB7-2874-4F6F-AB23-5
   BE30AF1A1EE
   02 REMARKS ADDED BY WEB SU CO 22JAN 1150
   Z DA6601
   CDM: PNR SENT TO ACCERTIFY CDM41
   01 REMARKS ADDED BY CDM GS 41 22JAN 1150
   Z DAB995
   CDM: CDM APPROVED TO TICKET --A- CDM43
   01 REMARKS ADDED BY CDM GS 43 22JAN 1151
   Z DA9A0
   22JAN/0551/EMAIL-REQUEST ACKNOWLEDGED*ET
   KT
   01 REMARKS ADDED BY WEC SU ER 22JAN 1151
   Z D11D4E
UNDF-SSRPSPTUAHK/$O-HUANG/BONAN$N-HUANG/BO
   NAN$P-P/G37371910$E-190914$C-CN$B-820629
   $G-M|01.01
   1 UA 807S 22JAN IADPEK HK 1 1225. 1540.
*****     PNR HISTORY      **********
X8 500P/24JAN
A5 $VI414720XXXXXX3478/1117
RCCOCOM-US/GUEST-GUID/F45E14A4889F46A4B
   23D7A5DDC5F3F83
WEB SU CO 22JAN 1150Z DA6601 UA
A5 WEB CLIENT IP 100.7.6.225 - APPLYFORMSO
```

```
FPAYMENT
X5 WEB CLIENT IP 100.7.6.225 - REQUESTRECE
   IPTS
X5 ORIGINALLY ADDED BY WEB SU CO 22JAN 115
   0Z DA3BE3
RCCOCOM-US/GUEST-GUID/F45E14A4889F46A4B
   23D7A5DDC5F3F83
WEB SU CO 22JAN 1150Z DA6601 UA
X7 TAE/1200N/22JAN/AI*BONAN HUANG*9705 TIM
   BER PASS*GLEN ALLEN VA 23060-3131
XF WEB2703979/H804
RCVD-
WEC SU ET 22JAN 1151Z DA2B80 UA
XP SSRPSPTUAHK/$O-HUANG/BONAN$N-HUANG/BONA
   N$B-820629$G-M|01.01
RCVD-
IAD PD LC 22JAN 1429Z
..... APIS INFORMATION ......
***********
FNAME:BONAN
LNAME:HUANG
DOB:820629 GENDER:M NAT:CHN RESIDENT:CHN
TYPE:P  NUMBER:G37371910
ISS DATE:    EXPIRY:190914  PLACE:CHN
HIST 1 ---- PARSDATE:22JAN  CITYCODE:WEB
HIST 2 ---- DUTYCODE:SU   LINIATA:DA3
..... PDC INFORMATION ......
FNAME:BONAN
LNAME:HUANG
22JAN 06.29.11 USOU 000Z CLR R 0807/22JAN
   IAD PEK EYH
FNAME:BONAN
LNAME:HUANG
22JAN 03.51.19 USOU 000Z CLR R 0807/22JAN
   IAD PEK ENL
FNAME:BONAN
LNAME:HUANG
22JAN 03.50.14 USOU 000Z CLR R 0807/22JAN
   IAD PEK ENL
FNAME:BONAN
LNAME:HUANG
22JAN 03.50.00 USOU 000Z CLR R 0807/22JAN
   IAD PEK ENL
.... QUEUE HISTORY ....
SYSQ/ETK/10
-ADR VERIF 22JAN1150Z
QXI*ALRDY ON Q
-ETK GS 41 22JAN1150Z DAB995 CDM/10
```

```
E
-ETK GS 41 22JAN1150Z DAB995 CDM/10
QEP/ETK/26
-*** GS 43 22JAN1151Z DAB9A0 CDM/**
QR
-ETK SU ET 22JAN1151Z DA2B80 WEC/26
QEP/ETK/31
-*** SU ET 22JAN1151Z DA2B80 WEC/**
QR
-ETK SU ET 22JAN1151Z DA2BA7 TBM/31
STORED FARE DATA FOLLOWS
TOTAL FARE - USD967.80
FARE QUOTE- AUTOPRICED - I
WEB SU CO 22JAN1150Z DA3BE3 UA
   USD FARE        TAX - USD
           USD TTL
1 - 765.00             XT202.80
      967.80
WAS UA BJS 765.0SKX0IEM7 NUC 765.00 END R
OE 1.00 XT 17.70US 5.6
0AY 175.00YQ 4.50XF IAD4.5
V S 1 NOT VALID BEFORE/AFTER 22JAN
PSGR1
  ENDORSE1-  NONREF/0VALUEAFTDPT/CHGFEE
END FARE QUOTE RECORD DATA
............................................
.... ETKT CREATED 22JAN 1755Z IAD BY PD SS
UA
HUANG/BONAN            01624358195294
                      #1 OF 1 22JAN15
IAD UA 807S 22JAN1225POK SKX0IEM7
           NVB22JAN NVA22JAN USED
PEK
FARE-USD TAX    TAX          TTL-USD
765.00 202.80                   967.80
FC  /FC WAS UA BJS 765.00SKX0IEM7 NUC 765.
00 END ROE 1.00 XT17.70US.60AY175.00YQ
4.50XF IAD4.5
FP CCVIXXXXXXXXXXX3478/1117/N00186D
E1 NONREF/0VALUEAFTDPT/CHGFEE
.... ETKT HISTORY ......................
HUANG/BONAN            01624358195294
                       $USD  967.80
FP CCVIXXXXXXXXXXX3478/1117/N00186D
AI*BONAN HUANG*9705 TIMBER PASS*GLEN ALLEN
VA 23060-3131*
WEC SU ET 22JAN 1151Z DA2B80 UA
T:$XXXXXXXXXXXX3478/1117/N00186D06|Q1|E
```

SEC-UNITED-P-0000012

```
     T
CPN 1    CHECKED-IN
IAD PD LC 22JAN 1429Z D1D2F8 UA
CPN 1    LIFTED
         22JAN 1648Z        UA
CPN 1    UA USED
IAD PD SS 22JAN 1755Z       UA
CPN 1    ADJ PUR DTE FR 22JAN15 TO 29JAN15
IAD PD SS 22JAN 1755Z       UA
*****************************************
```

SEC-UNITED-P-000013

0519