# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SECURITIES AND EXCHANGE
COMMISSION

       Plaintiff,

  v.

BONAN HUANG, et al.

       Defendants.

Case No.  2:15-cv-00269-MAK

## PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S APPENDIX TO MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS BONAN HUANG AND NAN HUANG

### PART 6 OF 10
### (0520-0561)

| 0162435819529 | Conjunction Ticket(s) / | Origin / Destination IAD/PEK | Booking Reference DGSH7F | Book/Tktg Agnt 00000000  00000000 |
|---|---|---|---|---|
| Name of Passenger  Not Transferable HUANG/BONAN | Issued in Exchange for: | Date of Issue 22-Jan-15 | Total Tickets              1 TCN Prorated          Y | Place of Issue / Sale WEC      WEB |
| | Original Sale Info: | Tour Code | Pro. Src:      A - Apex Update Tkt Outlet    Company E-Ticket Bkg Outlet   Company | CO.com      US |
| Restrictions / Endorsements NONREF/0VALUEAFTDPT/CHGFEE | | | | |

| Cpn | Loc | Dest | OP/Mrk Carr | Flt.No | Flt. Dt. | Bkg / tktg / flwn | FareBasis | / Discount | Dart Sector Value | Used Ind. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | IAD | PEK | UA   UA | 807 | 22Jan15 | S   S   S | SKX0IEM7 | | $940.00 | Y |

| | | Fare Calculation Area |
|---|---|---|
| USD | 765.00 | |
| ca | 0.00 | /FC WAS UA BJS 765.00SKX0IEM7 NUC 765.00 END ROE 1.00 XT17.70US5.60AY175.00YQ4.50XF IAD4.5 |
| ot | 175.00 | |
| xy | 0.00 | |
| zp | 0.00 | |
| xf | 4.50 | |
| xa | 0.00 | |
| ay | 5.60 | Form of Payment:   Cash/Chk   Crdt/Crd   Crd Card.Amt   Apprvl.Cd.   Expr.Dte.   UatpNrm.   CommAmt/Pct. |
| us | 17.70 | VI   C        $0.00   4147 20XXXXXX3478   $967.80                                 $0.00        0.00% |
| | 0.00 | 016 |
| USD | 967.80 | TcnNum  0000000000000      0162435819529 |

| FOP Type | FOP Acct | | FOP Amt - USD |
|---|---|---|---|
| CC | 4147202192523478  Encrypt | | 967.80 |

## ⊟ COUPONS

| Tkt | ? | CPUI | Cpn | Stop | Orig | Dest | Mktg Carr | Oprg Carr | Mktg Flt Num | Oprg Flt Num | Flt Date | Bkng Class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0162435819529 | 🔍 | F | 1 | | IAD | PEK | UA | UA | 0807 | 0807 | 1/22/2015 | S |

SEC-UNITED-P-0000014

```
PAGE8327 UNITED AIRLINES          FLIGHT NUMBER 0807              A  C  I    P  D  I  FOR    22JAN15      RUN DATE 24JAN15
  ID    PASSENGER NAME DST        PTY SUR CLS TO-FLT FR-FLT      ID    PASSENGER NAME DST          PTY SUR CLS TO-FLT FR-FLT


H116  HUANG/BONAN  PEK         01  01  S
         0             IAD TO PEK S  N 38H
```

SEC-UNITED-P-0000015

CMG Analyst Estimates | Chipotle Mexican Grill, Inc. Co Stock - Yahoo! Finance       Page 1 of 2

Case 2:15-cv-00269-MAK    Document 57-8    Filed 10/23/15    Page 4 of 43



Home    Mail    Search    News    Sports    Finance    Weather    Games    Answers    Screen    Flickr    Mobile    |    More

Search Finance      Search Web    Mail

Finance Home    My Portfolio    My Quotes News    Market Data    Yahoo Originals    Business & Finance    Personal Finance    CNBC    Contributo

Enter Symbol      Look Up                                   Thu, Oct 22, 2015, 4:45PM EDT - U.S. Markets closed    Report an I

**Chipotle Mexican Grill, Inc. (CMG)** - NYSE ★ Watchlist

**650.62**    **15.05(2.26%)** 4:00PM EDT
After Hours : 651.79    1.17 (0.18%) 4:29PM EDT

## Analyst Estimates

Get Analyst Estimates for:                GO

| Earnings Est | Current Qtr. Dec 15 | Next Qtr. Mar 16 | Current Year Dec 15 | Next Year Dec 16 |
|---|---|---|---|---|
| Avg. Estimate | 4.38 | 4.64 | 17.32 | 20.50 |
| No. of Analysts | 29.00 | 21.00 | 32.00 | 32.00 |
| Low Estimate | 4.14 | 4.13 | 17.06 | 19.32 |
| High Estimate | 4.58 | 4.90 | 17.69 | 21.65 |
| Year Ago EPS | 3.84 | 3.88 | 14.13 | 17.32 |

| Revenue Est | Current Qtr. Dec 15 | Next Qtr. Mar 16 | Current Year Dec 15 | Next Year Dec 16 |
|---|---|---|---|---|
| Avg. Estimate | 1.21B | 1.25B | 4.72B | 5.40B |
| No. of Analysts | 26 | 21 | 29 | 29 |
| Low Estimate | 1.19B | 1.22B | 4.70B | 5.29B |
| High Estimate | 1.24B | 1.27B | 4.77B | 5.51B |
| Year Ago Sales | 1.07B | 1.09B | 4.11B | 4.72B |
| Sales Growth (year/est) | 13.20% | 14.70% | 14.80% | 14.50% |

| Earnings History | Dec 14 | Mar 15 | Jun 15 | Sep 15 |
|---|---|---|---|---|
| EPS Est | 3.79 | 3.66 | 4.44 | 4.62 |
| EPS Actual | 3.84 | 3.88 | 4.45 | 4.59 |
| Difference | 0.05 | 0.22 | 0.01 | -0.03 |
| Surprise % | 1.30% | 6.00% | 0.20% | -0.60% |

| EPS Trends | Current Qtr. Dec 15 | Next Qtr. Mar 16 | Current Year Dec 15 | Next Year Dec 16 |
|---|---|---|---|---|
| Current Estimate | 4.38 | 4.64 | 17.32 | 20.50 |
| 7 Days Ago | 4.39 | 4.63 | 17.36 | 20.65 |
| 30 Days Ago | 4.39 | 4.62 | 17.35 | 20.66 |
| 60 Days Ago | 4.38 | 4.62 | 17.36 | 20.67 |
| 90 Days Ago | 4.37 | 4.60 | 17.35 | 20.60 |

| EPS Revisions | Current Qtr. Dec 15 | Next Qtr. Mar 16 | Current Year Dec 15 | Next Year Dec 16 |
|---|---|---|---|---|
| Up Last 7 Days | 8 | 6 | 8 | 3 |
| Up Last 30 Days | 9 | 8 | 8 | 3 |
| Down Last 30 Days | 11 | 7 | 15 | 17 |
| Down Last 90 Days | N/A | N/A | N/A | N/A |

| Growth Est | CMG | Industry | Sector | S&P 500 |
|---|---|---|---|---|
| Current Qtr. | 14.10% | 15.80% | -26.90% | 2.70% |
| Next Qtr. | 19.60% | 114.00% | 23.70% | 5.70% |
| This Year | 22.60% | 13.00% | 10.10% | -1.60% |
| Next Year | 18.40% | 16.00% | 15.90% | 9.90% |
| Past 5 Years (per annum) | 25.18% | N/A | N/A | N/A |

wheels when you want them

✓ cars where you work, play & travel

✓ gas & insurance included

✓ save $$$ vs. owning a car

get $25 free driving

zipcar

CMG Analyst Estimates | Chipotle Mexican Grill, Inc. Co Stock - Yahoo! Finance      Page 2 of 2

Case 2:15-cv-00269-MAK   Document 57-8   Filed 10/23/15   Page 5 of 43

| | | | | |
|---|---|---|---|---|
| Next 5 Years (per annum) | 20.82% | 15.39% | 15.28% | 6.13% |
| Price/Earnings (avg. for comparison categories) | 38.43 | 16.97 | 21.59 | 15.86 |
| PEG Ratio (avg. for comparison categories) | 1.85 | 2.23 | 2.31 | 1.37 |

Currency in USD.

**Ad Topics That Might Interest You...**

1. CMG Stock History

2. CMG Stock Report

3. Buy CMG Stock

4. Best Retirement Funds

5. Ten Best Income Funds

6. High CD Rates Today

7. ETF Trading For Beginners

8. Top Rated Mutual Funds

Feedback                                                                 ads

Privacy - About Our Ads - Terms - Send Feedback - Yahoo! - ABC News Network

Quotes are **real-time** for NASDAQ, NYSE, and NYSE MKT. See also delay times for other exchanges. All information provided "as is" for informational purposes only, not intended for trading purposes or advice. Neither Yahoo! nor any of independent providers is liable for any informational errors, incompleteness, or delays, or for any actions taken in reliance on information contained herein. By accessing the Yahoo! site, you agree not to redistribute the information found therein.

Fundamental company data provided by Capital IQ. Historical chart data and daily updates provided by Commodity Systems, Inc. (CSI). International historical chart data, daily updates, fund summary, fund performance, dividend data and Morningstar Index data provided by Morningstar, Inc. International historical chart data, daily updates, fundAnalyst estimates data provided by Thomson Financial Network. All data povided by Thomson Financial Network is based solely upon research information provided by third party analysts. Yahoo! has not reviewed, and in no way endorses the validity of such data. Yahoo! and ThomsonFN shall not be liable for any actions taken in reliance thereon. Copyright © 2010 Briefing.com. All rights reserved.

0523

Print Page   Close Window

# RESTORATION HARDWARE

RESTORATION HARDWARE HOLDINGS, INC. REPORTS RECORD SECOND QUARTER AND INCREASES EARNINGS GUIDANCE FOR FISCAL 2013

*Q2 Net Revenues Increased 30%; Q2 Comparable Store Sales Increased 26%; Q2 Adjusted Diluted EPS Increased 48% to $0.49*

*Company Increases Fiscal 2013 Adjusted Diluted EPS Guidance to $1.65 to $1.70 from Previous Guidance of $1.41 to $1.47*

CORTE MADERA, Calif.--(BUSINESS WIRE)--Sep. 10, 2013-- Restoration Hardware Holdings, Inc. (NYSE: RH) today announced financial results for the second quarter ended August 3, 2013.

## Second Quarter Highlights

- **Net revenues increased 30% on top of a 24% increase for the same period last year**
  - **Comparable store sales increased 26% on top of 31% growth for the same period last year**
  - **Direct revenues increased 33% on top of a 29% increase for the same period last year**
- **Adjusted operating income increased 56% to $34.2 million from $21.9 million for the same period last year; GAAP operating loss of $27.8 million from operating income of $19.7 million for the same period last year**
- **Adjusted net income increased 62% to $19.8 million from $12.2 million for the same period last year; GAAP net loss of $17.8 million from net income of $17.6 million for the same period last year**
- **Adjusted diluted earnings per share increased 48% to $0.49 compared to $0.33 last year; GAAP diluted loss per share of $0.46**

Gary Friedman, Chairman, Creator, Curator, and Co-Chief Executive Officer, said, "We are pleased to announce record financial results for the second quarter. Our industry-leading performance is a reflection of our ability to innovate, curate and integrate new products and businesses offering an unmatched customer experience. We continued to take market share during the quarter, delivering 30% growth in net revenues driven by a comp store sales increase of 26% on top of 31% comp growth last year and 17% percent in 2011. We significantly expanded our operating margin and increased adjusted net income by 62% while at the same time continued to invest in our infrastructure and new businesses to support our future growth."

Mr. Friedman continued, "Due to the current strength of our business, the continued evolution of our Source Book model, and the enhanced ability to connect with our customers through digital and electronic marketing, we are moving to a once per year mailing of our Source Books. We believe this decision will result in a step change effect in our earnings and cash flow model, allowing us to reach double-digit operating margins and free cash flow positive significantly ahead of our prior expectations. We are eliminating the mailing of our Fall 2013 Source Books and plan to mail an annual edition each Spring. Concurrently, we are raising our earnings estimates for the remainder of 2013 to reflect our current business trends and the associated cost savings."

Carlos Alberini, Co-Chief Executive Officer, commented, "Our business momentum remains very strong and provides good visibility into the back half of the year. Our expected top line growth, coupled with a more efficient cost structure, positions us to drive a significant and sustainable expansion in our operating margins, and over 60% growth in our adjusted EPS for this year. This latest step change to our business gives us even more confidence in the power of our model and in our ability to surpass the long-term financial goals we have set for our Company, including adjusted earnings growth in the mid to high twenties annually."

Mr. Alberini concluded, "As we look forward, the transformation of our real estate remains our top priority and the true key to unlocking the value of our dominant assortment. Our existing Full Line Design Galleries continue to be highly productive and are driving strong results in each market. Los Angeles and Houston delivered comps in excess of 29% during the second quarter, ahead of the rest of our chain. Also, our new locations in Scottsdale, Boston and Indianapolis continue to perform ahead of expectations. We plan to open new Full Line Design Galleries in Greenwich, Atlanta and Los Angeles in 2014 and are currently in negotiations for more than 30 locations in other key markets. We continue to believe we can open more than 10 locations a year, beginning in 2015. Our next generation Full Line Design Galleries will be larger and showcase our dominant assortment and new businesses, and they will

0524

provide opportunities for higher sales, increased earnings, lower capital investment and higher ROIC in each market."

## Second Quarter Fiscal 2013 Financial Results

**Revenue** - Net revenues for the second quarter of fiscal 2013 increased 30% to $382.1 million from $292.9 million for the second quarter of fiscal 2012. This is on top of a 24% increase in net revenues for the second quarter of fiscal 2012.

- Comparable store sales increased 26% for the second quarter of fiscal 2013. This growth is on top of an increase of 31% in comparable store sales for the second quarter of fiscal 2012.
- As of August 3, 2013, the Company operated a total of 70 retail stores, consisting of 62 Galleries, 5 Full Line Design Galleries and 3 Baby & Child Galleries, as well as 17 outlet stores throughout the United States and Canada. This compares to a total of 73 retail stores, consisting of 70 Galleries, 2 Full Line Design Galleries and 2 Baby & Child Galleries, as well as 10 outlet stores open at the end of the second quarter of fiscal 2012.
- Direct revenues increased 33% in the second quarter of fiscal 2013. This growth is on top of the 29% increase in direct revenues for the second quarter of fiscal 2012.

**Operating Income (Loss)*** - Adjusted operating income for the second quarter of fiscal 2013 increased 56% to $34.2 million compared to $21.9 million for the second quarter of fiscal 2012. Including the impact of variable and one-time non-cash stock-based compensation charges and costs related to the Company's follow-on offerings, the GAAP operating loss reached $27.8 million compared to GAAP operating income of $19.7 million for the prior year fiscal quarter.

**EBITDA*** - Adjusted EBITDA for the second quarter of fiscal 2013 increased 42% to $40.8 million compared to adjusted EBITDA of $28.7 million for the second quarter of fiscal 2012. Including the impact of variable and one-time non-cash stock-based compensation charges and costs related to the Company's follow-on offerings, EBITDA for the quarter was a loss of $21.2 million compared to positive EBITDA of $26.1 million for the prior year fiscal quarter.

**Net Income (Loss)*** - Adjusted net income increased 62% to $19.8 million for the second quarter of fiscal 2013 from $12.2 million for the second quarter of fiscal 2012. Adjusted net income is calculated using a 40% effective tax rate. GAAP net loss for the second quarter of fiscal 2013 was $17.8 million compared to GAAP net income of $17.6 million for the second quarter of fiscal 2012.

**Earnings Per Share*** - Adjusted diluted EPS increased 48% to $0.49 for the second quarter of fiscal 2013 from $0.33 for the second quarter of fiscal 2012. GAAP diluted EPS for the second quarter of fiscal 2013 was a loss of $0.46.

## First Half Fiscal 2013 Financial Results

**Revenue** - Net revenues for the six months ended August 3, 2013 increased 34% to $683.4 million from $510.8 million for the first half of fiscal 2012. This is on top of a 22% increase in net revenues for the first half of fiscal 2012.

- Comparable store sales increased 33% for the first half of fiscal 2013. This growth compares to an increase of 29% in comparable store sales for the first half of fiscal 2012.
- Direct revenues increased 35% in the first half of fiscal 2013. This growth is on top of the 25% increase in direct revenues for the first half of fiscal 2012.

**Operating Income (Loss)*** - Adjusted operating income for the first half of fiscal 2013 increased 82% to $38.8 million compared to $21.3 million in the first half of fiscal 2012. Including the impact of variable and one-time non-cash stock-based compensation charges and costs related to the Company's follow-on offerings, GAAP operating loss was $27.3 million compared to GAAP operating income of $17.6 million for the year ago period.

**EBITDA*** - Adjusted EBITDA for the first half of fiscal 2013 increased 49% to $52.0 million compared to adjusted EBITDA of $34.9 million for the first half of fiscal 2012. Including the impact of variable and one-time non-cash stock-based compensation charges and costs related to the Company's follow-on offerings, EBITDA for the first half of 2013 was a loss of $14.0 million compared to positive EBITDA of $30.5 million for the prior year period.

**Net Income (Loss)*** - Adjusted net income increased 102% to $22.1 million for the first half of fiscal 2013 from $10.9 million for the first half of fiscal 2012. GAAP net loss for the first half of fiscal 2013 was $18.0 million compared to GAAP net income of $13.9 million for the year ago period.

**Earnings Per Share*** - Adjusted diluted EPS increased 87% to $0.56 for the first half of fiscal 2013 from $0.30 for

0525

the same period last year. GAAP diluted EPS during the first half of fiscal 2013 was a loss of $0.47.

**Outlook**

The Company is providing the following guidance for the third quarter of fiscal 2013:

- Net revenues in the range of $385 million to $395 million
- Adjusted net income in the range of $11.2 million to $12.0 million
- Adjusted diluted EPS in the range of $0.27 to $0.29

The Company is providing the following guidance for the fourth quarter of fiscal 2013:

- Net revenues in the range of $490 million to $500 million
- Adjusted net income in the range of $34.3 million to $35.5 million
- Adjusted diluted EPS in the range of $0.81 to $0.84

The Company is increasing its guidance for the fiscal year ending February 1, 2014:

- Net revenues in the range of $1.56 billion to $1.58 billion.
- Adjusted net income in the range of $67.6 million to $69.5 million
- Adjusted diluted EPS in the range of $1.65 to $1.70

Note: The Company's adjusted net income and adjusted diluted earnings per share guidance does not include charges and costs which are expected to be similar to those charges and costs excluded from adjusted net income and adjusted diluted earnings in prior quarters. The Company's fiscal year 2013 will include 52 weeks compared to fiscal year 2012 which included 53 weeks.

**Conference Call and Webcast Information**

Restoration Hardware Holdings, Inc. will host a conference call at 2:00 p.m. PT (5:00 p.m. ET) today to discuss the second quarter results. Interested parties may access the call by dialing (866) 394-6658 (United States/Canada) or (706) 679-9188 (International). A live broadcast of Restoration Hardware's quarterly conference call will also be available online at the Company's website www.restorationhardware.com under Investor Relations. A replay of the conference call will be available through September 24, 2013 by dialing (855) 859-2056 or (404) 537-3406 and entering passcode 45774673 as well as on the Company's investor relations website.

**About Restoration Hardware Holdings, Inc.**

RH (Restoration Hardware Holdings, Inc. - NYSE:RH) is a curator of design, taste and style in the luxury lifestyle market. The Company offers collections through its retail galleries, source books, and online at RH.com.

**\*Non-GAAP Financial Measures**

To supplement its consolidated financial statements, which are prepared and presented in accordance with Generally Accepted Accounting Principles (GAAP), the Company uses the following non-GAAP financial measures: adjusted operating income, EBITDA, adjusted EBITDA, adjusted net income, pro forma EPS and adjusted diluted EPS (collectively the "non-GAAP financial measures"). The presentation of this financial information is not intended to be considered in isolation or as a substitute for, or superior to, the financial information prepared and presented in accordance with GAAP. The Company uses these non-GAAP financial measures for financial and operational decision making and as a means to evaluate period-to-period comparisons. The Company believes that they provide useful information about operating results, enhance the overall understanding of past financial performance and future prospects, and allow for greater transparency with respect to key metrics used by management in its financial and operational decision making. The non-GAAP financial measures used by the Company in this press release may be different from the methods used by other companies.

For more information on the non-GAAP financial measures, please see the Reconciliation of GAAP to non-GAAP Financial Measures tables in this press release. These accompanying tables include details on the GAAP financial measures that are most directly comparable to non-GAAP financial measures and the related reconciliations between these financial measures. With respect to the Company's adjusted net income and adjusted diluted EPS guidance for the third fiscal quarter, the fourth fiscal quarter and the full year of fiscal 2013, the Company is not able to provide a reconciliation of these non-GAAP financial measures to GAAP without unreasonable effort as our estimated results are preliminary and may change as we complete the quarter close process and management's review of our financial statements.

## Forward-Looking Statements

This release contains forward-looking statements within the meaning of the federal securities laws including statements related to the expected benefits to the Company's earnings and cash flow model of moving to a once per year mailing of Source Books, the Company's ability to surpass long-term financial goals, the Company's plans to open Full Line Design Galleries in Greenwich, Atlanta and Los Angeles in 2014, the Company's belief that it can open more than 10 locations a year beginning in 2015, the expectations that the next generation of Full Line Design Galleries will be larger and provide opportunities for higher sales, increased earnings, lower capital investment and higher ROIC in each market, and the Company's future financial guidance, including for the third fiscal quarter of 2013, the fourth fiscal quarter of 2013 and the full year ending February 1, 2014. You can identify forward-looking statements by the fact that they do not relate strictly to historical or current facts. These statements may include words such as "anticipate," "estimate," "expect," "project," "plan," "intend," "believe," "may," "will," "should," "likely" and other words and terms of similar meaning in connection with any discussion of the timing or nature of future events. We cannot assure you that future developments affecting us will be those that we have anticipated. Important risks and uncertainties that could cause actual results to differ materially from our expectations include, among others, recent changes in general economic conditions and the impact on consumer confidence and consumer spending, changes in customer demand for our products, our ability to anticipate consumer preferences and buying trends, risks related to the number of new business initiatives we are undertaking, risks in the implementation or our real estate portfolio transformation, delays in store openings, as well as those risks and uncertainties disclosed under the sections entitled "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations" in Restoration Hardware Holdings' Form 10-K filed with the Securities and Exchange Commission on April 29, 2013, and similar disclosures in subsequent reports filed with the SEC, which are available on our investor relations website at ir.restorationhardware.com and on the SEC website at www.sec.gov. Any forward-looking statement made by us in this press release speaks only as of the date on which we make it. We undertake no obligation to publicly update any forward-looking statement, whether as a result of new information, future developments or otherwise, except as may be required by any applicable securities laws.

**RESTORATION HARDWARE HOLDINGS, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(In thousands, except share and per share amounts)**
**(Unaudited)**

| | Three Months Ended | | | | Six Months Ended | | | |
|---|---|---|---|---|---|---|---|---|
| | August 3, 2013 | % of Net Revenues | July 28, 2012 | % of Net Revenues | August 3, 2013 | % of Net Revenues | July 28, 2012 | % of Net Revenues |
| Net revenues | $ 382,098 | 100.0% | $ 292,906 | 100.0% | $ 683,435 | 100.0% | $ 510,820 | 100.0% |
| Cost of goods sold | 242,872 | 63.6% | 178,779 | 61.0% | 442,332 | 64.7% | 321,425 | 62.9% |
| Gross profit | 139,226 | 36.4% | 114,127 | 39.0% | 241,103 | 35.3% | 189,395 | 37.1% |
| Selling, general and administrative expenses | 167,006 | 43.7% | 94,465 | 32.3% | 268,372 | 39.3% | 171,830 | 33.7% |
| Income (loss) from operations | (27,780) | -7.3% | 19,662 | 6.7% | (27,269) | -4.0% | 17,565 | 3.4% |
| Interest expense | (1,191) | -0.2% | (1,479) | -0.5% | (2,031) | -0.3% | (3,054) | -0.6% |
| Income (loss) before income taxes | (28,971) | -7.5% | 18,183 | 6.2% | (29,300) | -4.3% | 14,511 | 2.8% |
| Income tax expense (benefit) | (11,136) | -2.8% | 567 | 0.2% | (11,304) | -1.7% | 623 | 0.1% |
| Net income (loss) | $ (17,835) | -4.7% | $ 17,616 | 6.0% | $ (17,996) | -2.6% | $ 13,888 | 2.7% |

Weighted-average shares used in computing basic and diluted net

| | | | |
|---|---|---|---|
| income (loss) per share | 38,712,000 | 1,000 | 38,394,013 | 1,000 |

| | | | |
|---|---|---|---|
| Basic and diluted net income (loss) per share | $ (0.46) | $ 17,616 | $ (0.47) | $ 13,888 |

| | | | |
|---|---|---|---|
| Pro forma weighted-average shares used in computing pro forma basic and diluted net income per share [a] | 36,971,500 | | 36,971,500 | |
| Pro forma basic and diluted net income per share | $ 0.48 | | $ 0.38 | |

[a] On a pro forma basis, basic and diluted shares outstanding for the three and six months ended July 28, 2012 include (1) the impact of the Company's reorganization, as further described in the Company's final prospectus filed with the Securities and Exchange Commission on November 5, 2012 (the "Reorganization"), as well as (2) the 4,782,609 shares of common stock that the Company issued and sold on November 7, 2012 in its initial public offering, as if such events had been completed as of the beginning of the respective periods and the common stock resulting therefrom was outstanding for the respective periods.

### RESTORATION HARDWARE HOLDINGS, INC.
### CONDENSED CONSOLIDATED BALANCE SHEETS
### (In thousands)
### (Unaudited)

| | August 3, 2013 | February 2, 2013 | July 28, 2012 |
|---|---|---|---|
| **ASSETS** | | | |
| Cash and cash equivalents | $ 15,012 | $ 8,354 | $ 10,102 |
| Merchandise inventories | 406,676 | 353,329 | 275,485 |
| Other current assets | 155,715 | 131,075 | 98,604 |
| Total current assets | 577,403 | 492,758 | 384,191 |
| Property and equipment—net | 154,008 | 111,406 | 87,904 |
| Goodwill and other intangibles | 171,730 | 172,724 | 174,125 |
| Other assets | 26,223 | 12,725 | 4,655 |
| **Total assets** | $ 929,364 | $ 789,613 | $650,875 |
| | | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | |
| Accounts payable and accrued expenses | $ 205,551 | $ 145,353 | $117,175 |
| Other current liabilities | 91,455 | 74,071 | 68,239 |
| Total current liabilities | 297,006 | 219,424 | 185,414 |
| Revolving line of credit and term loan | 87,575 | 82,501 | 144,452 |
| Other long term liabilities | 45,410 | 36,077 | 55,885 |
| **Total liabilities** | 429,991 | 338,002 | 385,751 |
| | | | |
| **Stockholders' equity** | 499,373 | 451,611 | 265,124 |
| **Total liabilities and stockholders' equity** | $ 929,364 | $ 789,613 | $650,875 |

### RESTORATION HARDWARE HOLDINGS, INC.
### CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS
### (In thousands)
### (Unaudited)

|  | Six Months Ended | |
|---|---|---|
|  | August 3, 2013 | July 28, 2012 |
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | |
| Net income (loss) | $ (17,996) | $ 13,888 |
| Adjustments to reconcile net income (loss) to net cash provided by (used in) operating activities: | | |
| Depreciation and amortization | 13,228 | 12,892 |
| Stock-based compensation expense | 64,282 | 738 |
| Other non-cash items | (13,805) | 309 |
| Change in assets and liabilities: | | |
| Merchandise inventories | (53,483) | (29,639) |
| Accounts payable, accrued expenses, and other | 39,203 | (2,821) |
| Net cash provided by (used in) operating activities | 31,429 | (4,633) |
| | | |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | |
| Capital expenditures | (30,616) | (13,517) |
| Purchases of trademarks | — | (304) |
| Net cash used in investing activities | (30,616) | (13,821) |
| | | |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | |
| Net borrowings under revolving line of credit | 5,074 | 22,135 |
| Payments on capital leases | (760) | (2,104) |
| Stock options exercised | 695 | — |
| Excess tax benefit from exercise of stock options | 1,032 | — |
| Tax witholdings related to issuance of stock-based awards | (178) | — |
| Net cash provided by financing activities | 5,863 | 20,031 |
| Effects of foreign currency exchange rate translation | (18) | 13 |
| Net increase in cash and cash equivalents | 6,658 | 1,590 |
| Cash and cash equivalents | | |
| Beginning of period | 8,354 | 8,512 |
| End of period | $ 15,012 | $ 10,102 |

### RESTORATION HARDWARE HOLDINGS, INC.
### OPERATING METRICS AND OTHER DATA
### (Unaudited)

|  | Three Months Ended | | Six Months Ended | |
|---|---|---|---|---|
|  | August 3, 2013 | July 28, 2012 | August 3, 2013 | July 28, 2012 |
| **Growth in net revenues:** | | | | |
| Stores [a] | 28% | 21% | 33% | 19% |
| Direct | 33% | 29% | 35% | 25% |
| Total | 30% | 24% | 34% | 22% |
| **Retail [b]:** | | | | |
| Comparable store sales change [c] | 26% | 31% | 33% | 29% |
| Retail stores open at beginning of period | 70 | 74 | 71 | 74 |
| Stores opened | — | — | 2 | 3 |
| Stores closed | — | 1 | 3 | 4 |
| Retail stores open at end of period | 70 | 73 | 70 | 73 |
| Retail sales per leased selling square foot [d] | $ 353 | $ 281 | $ 638 | $ 481 |
| Total leased square footage at end of period (in thousands) | 796 | 792 | 796 | 792 |
| Total leased selling square footage at end of period (in thousands) [e] | 521 | 516 | 521 | 516 |
| **Direct:** | | | | |
| Catalogs circulated (in thousands) [f] | 7,995 | 225 | 7,995 | 15,131 |
| Catalog pages circulated (in millions) [f] | 5,691 | 54 | 5,691 | 7,417 |
| Direct as a percentage of net revenues [g] | 47% | 46% | 47% | 46% |

[a] Store data represents retail stores plus outlet stores. Net revenues for outlet stores for the three months ended August 3, 2013 and July 28, 2012 were $20.6 million and $13.4 million, respectively. Net revenues for outlet stores for the six months ended August 3, 2013 and July 28, 2012 were $35.0 million and $24.3 million, respectively.

10/14/2015    Restoration Hardware Investor Relations - News Release

[b] Retail data has been calculated based upon retail stores, which includes our Baby & Child stores and excludes outlet stores.

[c] Comparable store sales have been calculated based upon retail stores that were open at least fourteen full months as of the end of the reporting period and did not change square footage by more than 20% between periods. If a store is closed for seven days during a month, that month will be excluded from comparable store sales. Comparable store net revenues exclude revenues from outlet stores.

[d] Retail sales per leased selling square foot is calculated by dividing total net revenues for all retail stores, comparable and non-comparable, by the average leased selling square footage for the period.

[e] Leased selling square footage is retail space at our stores used to sell our products. Leased selling square footage excludes backrooms at retail stores used for storage, office space or similar matters. Leased selling square footage excludes exterior sales space located outside a store, such as courtyards, gardens and rooftops. Leased selling square footage includes approximately 4,500 square feet related to one owned store location.

[f] The catalogs and catalog pages circulated from period to period do not take into account different page sizes per catalog distributed. Page sizes and page counts vary for different catalog mailings and we sometimes mail different versions of a catalog at the same time. Accordingly, period to period comparisons of catalogs circulated and catalog pages circulated do not take these variations into account.

[g] Direct revenues include sales through our catalogs and websites.

**RESTORATION HARDWARE HOLDINGS, INC.**
**RECONCILIATION OF ADJUSTED INCOME STATEMENT ITEMS**
**(In thousands, except share and per share amounts)**
**(Unaudited)**

| | Three Months Ended | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Reported August 3, 2013 | Adjustments | Adjusted August 3, 2013 | % of Net Revenues | Reported July 28, 2012 | Adjustments | Adjusted July 28, 2012 | % of Net Revenues |
| Net revenues | $ 382,098 | $ — | $ 382,098 | 100.0% | $292,906 | $ — | $ 292,906 | 100.0% |
| Cost of goods sold | 242,872 | — | 242,872 | 63.6% | 178,779 | — | 178,779 | 61.0% |
| Gross profit | 139,226 | | 139,226 | 36.4% | 114,127 | | 114,127 | 39.0% |
| Selling, general and administrative expenses [a] | 167,006 | (61,960) | 105,046 | 27.5% | 94,465 | (2,226) | 92,239 | 31.5% |
| Income (loss) from operations | (27,780) | 61,960 | 34,180 | 8.9% | 19,662 | 2,226 | 21,888 | 7.5% |
| Interest expense | (1,191) | — | (1,191) | -0.2% | (1,479) | — | (1,479) | -0.5% |
| Income (loss) before income taxes | (28,971) | 61,960 | 32,989 | 8.7% | 18,183 | 2,226 | 20,409 | 7.0% |
| Income tax expense (benefit) [b] | (11,136) | 24,332 | 13,196 | 3.5% | 567 | 7,597 | 8,164 | 2.8% |
| Net income (loss) [c] | $ (17,835) | $ 37,628 | $ 19,793 | 5.2% | $ 17,616 | $ (5,371) | $ 12,245 | 4.2% |
| EBITDA [d] | $ (21,182) | | $ 40,778 | | $ 26,130 | | $ 28,738 | |

Weighted-average shares used in computing

| | | | | |
|---|---|---|---|---|
| basic net income (loss) per share [e] | 38,712,000 | 38,712,000 | 1,000 | 36,971,500 |
| Weighted-average shares used in computing diluted net income (loss) per share [e] | 38,712,000 | 40,696,706 | 1,000 | 36,971,500 |
| Basic net income (loss) per share | $ (0.46) | $ 0.51 | $ 17,616 | $ 0.33 |
| Diluted net income (loss) per share | $ (0.46) | $ 0.49 | $ 17,616 | $ 0.33 |

[a] The adjustments for selling, general, and administrative expenses include management and pre-initial public offering board fees, certain non-cash and other one-time compensation, follow-on offering fees, lease termination costs and special committee investigation and remediation costs. See table titled "Reconciliation of GAAP Net Income (Loss) to Adjusted Net Income" for additional details.

[b] Assumes a normalized tax rate of 40% for all periods presented. See table titled "Reconciliation of GAAP Net Income (Loss) to Adjusted Net Income" for additional details.

[c] Adjusted net income is a supplemental measure of financial performance that is not required by, or presented in accordance with, GAAP. We define adjusted net income as consolidated net income (loss) less non-recurring and other items. Adjusted net income is included in this press release because management believes that adjusted net income provides meaningful supplemental information for investors regarding the performance of our business and facilitates a meaningful evaluation of actual results on a comparable basis with historical results. Our management uses this non-GAAP financial measure in order to have comparable financial results to analyze changes in our underlying business from quarter to quarter.

[d] EBITDA and Adjusted EBITDA are supplemental measures of financial performance that are not required by, or presented in accordance with, GAAP. We define EBITDA as consolidated net income (loss) before depreciation and amortization, interest expense and provision for income taxes. Adjusted EBITDA reflects further adjustments to EBITDA to eliminate the impact of certain items including non-cash or other items that we do not consider representative of our ongoing financial performance. EBITDA and Adjusted EBITDA are included in this press release because they are key metrics used by management, our Board of Directors and our principal shareholders to assess our financial performance, and Adjusted EBITDA is used in connection with determining incentive compensation under our Management Incentive Program ("MIP"). Additionally, EBITDA is frequently used by analysts, investors and other interested parties to evaluate companies in our industry. We believe that Adjusted EBITDA provides useful information facilitating operating performance comparisons from period to period and company to company. We use EBITDA and Adjusted EBITDA, alongside other GAAP measures such as gross profit, operating income (loss) and net income (loss), to measure profitability, as a key profitability target in our annual and other budgets, and to compare our performance against that of peer companies. Please see the table titled "Reconciliation of Net Income (Loss) to EBITDA and Adjusted EBITDA" for further information.

[e] On an adjusted basis for the three months ended July 28, 2012, basic and diluted shares outstanding include (1) the impact of the Reorganization, as well as (2) the 4,782,609 shares of common stock that the Company issued and sold on November 7, 2012 in its initial public offering, as if such events had been completed as of the beginning of the period and the common stock resulting therefrom was outstanding for the period.

**RESTORATION HARDWARE HOLDINGS, INC.**
**RECONCILIATION OF ADJUSTED INCOME STATEMENT ITEMS**
**(In thousands, except share and per share amounts)**
**(Unaudited)**

| | Six Months Ended | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Reported August 3, 2013 | Adjustments | Adjusted August 3, 2013 | % of Net Revenues | Reported July 28, 2012 | Adjustments | Adjusted July 28, 2012 | % of Net Revenues |
| Net revenues | $ 683,435 | $ — | $ 683,435 | 100.0% | $510,820 | $ — | $ 510,820 | 100.0% |

10/14/2015

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Cost of goods sold | 442,332 | — | 442,332 | 64.7% | 321,425 | — | 321,425 | 62.9% |
| Gross profit | 241,103 | — | 241,103 | 35.3% | 189,395 | — | 189,395 | 37.1% |
| Selling, general and administrative expenses [a] | 268,372 | (66,050) | 202,322 | 29.6% | 171,830 | (3,690) | 168,140 | 32.9% |
| Income (loss) from operations | (27,269) | 66,050 | 38,781 | 5.7% | 17,565 | 3,690 | 21,255 | 4.2% |
| Interest expense | (2,031) | — | (2,031) | -0.3% | (3,054) | — | (3,054) | -0.6% |
| Income (loss) before income taxes | (29,300) | 66,050 | 36,750 | 5.4% | 14,511 | 3,690 | 18,201 | 3.6% |
| Income tax expense (benefit) [b] | (11,304) | 26,004 | 14,700 | 2.2% | 623 | 6,658 | 7,281 | 1.5% |
| Net income (loss) [c] | $ (17,996) | $ 40,046 | $ 22,050 | 3.2% | $ 13,888 | $ (2,968) | $ 10,920 | 2.1% |
| EBITDA [d] | $ (14,041) | | $ 52,009 | | $ 30,457 | | $ 34,897 | |
| Weighted-average shares used in computing basic net income (loss) per share [e] | 38,394,013 | | 38,394,013 | | 1,000 | | 36,971,500 | |
| Weighted-average shares used in computing diluted net income (loss) per share [e] | 38,394,013 | | 39,511,685 | | 1,000 | | 36,971,500 | |
| Basic net income (loss) per share | $ (0.47) | | $ 0.57 | | $ 13,888 | | $ 0.30 | |
| Diluted net income (loss) per share | $ (0.47) | | $ 0.56 | | $ 13,888 | | $ 0.30 | |

[a] The adjustments for selling, general, and administrative expenses include management and pre-initial public offering board fees, certain non-cash and other one-time compensation, follow-on offering fees, lease termination costs and special committee investigation and remediation costs. See table titled "Reconciliation of GAAP Net Income (Loss) to Adjusted Net Income" for additional details.

[b] Assumes a normalized tax rate of 40% for all periods presented. See table titled "Reconciliation of GAAP Net Income (Loss) to Adjusted Net Income" for additional details.

[c] Adjusted net income is a supplemental measure of financial performance that is not required by, or presented in accordance with, GAAP. We define adjusted net income as consolidated net income (loss) less non-recurring and other items. Adjusted net income is included in this press release because management believes that adjusted net income provides meaningful supplemental information for investors regarding the performance of our business and facilitates a meaningful evaluation of actual results on a comparable basis with historical results. Our management uses this non-GAAP financial measure in order to have comparable financial results to analyze changes in our underlying business from quarter to quarter.

[d] EBITDA and Adjusted EBITDA are supplemental measures of financial performance that are not required by, or presented in accordance with, GAAP. We define EBITDA as consolidated net income (loss) before depreciation and

amortization, interest expense and provision for income taxes. Adjusted EBITDA reflects further adjustments to EBITDA to eliminate the impact of certain items including non-cash or other items that we do not consider representative of our ongoing financial performance. EBITDA and Adjusted EBITDA are included in this press release because they are key metrics used by management, our Board of Directors and our principal shareholders to assess our financial performance, and Adjusted EBITDA is used in connection with determining incentive compensation under our MIP. Additionally, EBITDA is frequently used by analysts, investors and other interested parties to evaluate companies in our industry. We believe that Adjusted EBITDA provides useful information facilitating operating performance comparisons from period to period and company to company. We use EBITDA and Adjusted EBITDA, alongside other GAAP measures such as gross profit, operating income (loss) and net income (loss), to measure profitability, as a key profitability target in our annual and other budgets, and to compare our performance against that of peer companies. Please see the table titled "Reconciliation of Net Income (Loss) to EBITDA and Adjusted EBITDA" for further information.

[e] On an adjusted basis for the six months ended July 28, 2012, basic and diluted shares outstanding include (1) the impact of the Reorganization, as well as (2) the 4,782,609 shares of common stock that the Company issued and sold on November 7, 2012 in its initial public offering, as if such events had been completed as of the beginning of the period and the common stock resulting therefrom was outstanding for the period.

**RESTORATION HARDWARE HOLDINGS, INC.**
**RECONCILIATION OF NET INCOME (LOSS) TO OPERATING INCOME (LOSS)**
**AND ADJUSTED OPERATING INCOME**
**(In thousands)**
**(Unaudited)**

| | Three Months Ended | | Six Months Ended | |
| --- | --- | --- | --- | --- |
| | August 3, 2013 | July 28, 2012 | August 3, 2013 | July 28, 2012 |
| Net income (loss) | $ (17,835) | $ 17,616 | $ (17,996) | $13,888 |
| Interest expense | 1,191 | 1,479 | 2,031 | 3,054 |
| Income tax expense (benefit) | (11,136) | 567 | (11,304) | 623 |
| Operating income (loss) | (27,780) | 19,662 | (27,269) | 17,565 |
| Management and pre-IPO board fees [a] | — | 1,198 | — | 2,087 |
| Non-cash compensation [b] | 59,832 | — | 63,155 | — |
| Follow-on offering fees [c] | 2,128 | — | 2,895 | — |
| Lease termination costs [d] | — | (961) | — | (386) |
| Special committee investigation and remediation [e] | — | 1,989 | 1,989 | 1,989 |
| Adjusted operating income | $ 34,180 | $ 21,888 | $ 38,781 | $21,255 |

[a] Represents fees paid in accordance with our management services agreement with Home Holdings, LLC ("Home Holdings"), as well as fees and expense reimbursements paid to our Board of Directors prior to the initial public offering. All management fees were paid in full at the time of the initial public offering. Board fees and expenses subsequent to the initial public offering are not included in the above adjustments and are included in both the operating and adjusted operating income (loss) amounts.

[b] Includes non-cash compensation charges related to the performance-based vesting of certain shares granted to Mr. Friedman, as well as the one-time, fully vested option granted to Mr. Friedman upon his reappointment as Chairman and Co-Chief Executive Officer in July 2013. All other equity related awards granted to employees are not included in the above adjustments and are included in both the operating and adjusted operating income (loss) amounts.

[c] Represents legal and other professional fees incurred in connection with our follow-on offerings in May 2013 and July 2013.

[d] Includes lease termination costs for retail stores that were closed prior to their respective lease termination dates. The amounts in the three and six months ended July 28, 2012 relate to changes in estimates regarding liabilities for future lease payments for closed stores.

[e] Represents legal and other professional fees, incurred in connection with the investigation conducted by the special committee of the Board of Directors relating to Mr. Friedman and our subsequent remedial actions.

**RESTORATION HARDWARE HOLDINGS, INC.**
**RECONCILIATION OF NET INCOME (LOSS) TO EBITDA AND ADJUSTED EBITDA**
**(In thousands)**
**(Unaudited)**

| | Three Months Ended | | Six Months Ended | |
|---|---|---|---|---|
| | August 3, 2013 | July 28, 2012 | August 3, 2013 | July 28, 2012 |
| Net income (loss) | $ (17,835) | $ 17,616 | $ (17,996) | $13,888 |
| Depreciation and amortization | 6,598 | 6,468 | 13,228 | 12,892 |
| Interest expense | 1,191 | 1,479 | 2,031 | 3,054 |
| Income tax expense (benefit) | (11,136) | 567 | (11,304) | 623 |
| EBITDA [a] | (21,182) | 26,130 | (14,041) | 30,457 |
| Management and pre-IPO board fees [b] | — | 1,198 | — | 2,087 |
| Non-cash compensation [c] | 59,832 | 351 | 63,155 | 738 |
| Follow-on offering fees [d] | 2,128 | — | 2,895 | — |
| Lease termination costs [e] | — | (961) | — | (386) |
| Special committee investigation and remediation [f] | — | 1,989 | — | 1,989 |
| Other [g] | — | 31 | — | 12 |
| Adjusted EBITDA [a] | $ 40,778 | $ 28,738 | $ 52,009 | $34,897 |

[a] EBITDA and Adjusted EBITDA are supplemental measures of financial performance that are not required by, or presented in accordance with, GAAP. We define EBITDA as consolidated net income (loss) before depreciation and amortization, interest expense and provision for income taxes. Adjusted EBITDA reflects further adjustments to EBITDA to eliminate the impact of certain items including non-cash or other items that we do not consider representative of our ongoing financial performance. EBITDA and Adjusted EBITDA are included in this press release because they are key metrics used by management, our Board of Directors and our principal shareholders to assess our financial performance, and Adjusted EBITDA is used in connection with determining incentive compensation under our MIP. Additionally, EBITDA is frequently used by analysts, investors and other interested parties to evaluate companies in our industry. We believe that Adjusted EBITDA provides useful information facilitating operating performance comparisons from period to period and company to company. We use EBITDA and Adjusted EBITDA, alongside other GAAP measures such as gross profit, operating income (loss) and net income (loss), to measure profitability, as a key profitability target in our annual and other budgets, and to compare our performance against that of peer companies. EBITDA and Adjusted EBITDA are not GAAP measures of our financial performance or liquidity and should not be considered as alternatives to net income (loss), as a measure of financial performance, cash flows from operating activities, as a measure of liquidity, or any other performance measure derived in accordance with GAAP and they should not be construed as an implication that our future results will be unaffected by non-recurring and other items. Our measures of EBITDA and Adjusted EBITDA are not necessarily comparable to other similarly titled captions for other companies due to different methods of calculation.

[b] Represents fees paid in accordance with our management services agreement with Home Holdings, as well as fees and expense reimbursements paid to our Board of Directors prior to the initial public offering. All management fees were paid in full at the time of the initial public offering. Board fees and expenses subsequent to the initial public offering are not included in the above adjustments and are included in both the EBITDA and Adjusted EBITDA amounts.

[c] The three and six months ended August 3, 2013 include non-cash compensation charges related to the performance-based vesting of certain shares granted to Mr. Friedman, as well as the one-time, fully vested option granted to Mr. Friedman upon his reappointment as Chairman and Co-Chief Executive Officer in July 2013. The three and six months ended July 28, 2012 includes stock-based compensation expense incurred prior to the initial public offering. All other equity related awards granted to employees subsequent to the initial public offering are not included in the above adjustments and are included in both the EBITDA and Adjusted EBITDA amounts.

[d] Represents legal and other professional fees incurred in connection with our follow-on offerings in May 2013 and July 2013.

[e] Includes lease termination costs for retail stores that were closed prior to their respective lease termination dates. The amounts in the three and six months ended July 28, 2012 relate to changes in estimates regarding liabilities for future lease payments for closed stores.

[f] Represents legal and other professional fees, incurred in connection with the investigation conducted by the special committee of the Board of Directors relating to Mr. Friedman and our subsequent remedial actions.

[g] Represents certain other items which management believes are not indicative of our ongoing operating performance, which includes foreign exchange gains and losses for the three and six months ended July 28, 2012.

**RESTORATION HARDWARE HOLDINGS, INC.**
**RECONCILIATION OF GAAP NET INCOME (LOSS) TO ADJUSTED NET INCOME**
**(In thousands)**
**(Unaudited)**

| | Three Months Ended | | Six Months Ended | |
| --- | --- | --- | --- | --- |
| | August 3, 2013 | July 28, 2012 | August 3, 2013 | July 28, 2012 |
| GAAP net income (loss) | $ (17,835) | $ 17,616 | $ (17,996) | $13,888 |
| **Adjustments (pre-tax):** | | | | |
| Management and pre-IPO board fees [a] | $ — | $ 1,198 | $ — | $ 2,087 |
| Non-cash compensation [b] | 59,832 | — | 63,155 | — |
| Follow-on offering fees [c] | 2,128 | — | 2,895 | — |
| Lease termination costs [d] | — | (961) | — | (386) |
| Special committee investigation and remediation [e] | — | 1,989 | — | 1,989 |
| Subtotal adjusted items | 61,960 | 2,226 | 66,050 | 3,690 |
| Impact of income tax items [f] | (24,332) | (7,597) | (26,004) | (6,658) |
| Adjusted net income [g] | $ 19,793 | $ 12,245 | $ 22,050 | $10,920 |

[a] Represents fees paid in accordance with our management services agreement with Home Holdings, as well as fees and expense reimbursements paid to our Board of Directors prior to the initial public offering. All management fees were paid in full at the time of the initial public offering. Board fees and expenses subsequent to the initial public offering are not included in the above adjustments and are included in both the GAAP and adjusted net income (loss) amounts.

[b] Includes non-cash compensation charges related to the performance-based vesting of certain shares granted to Mr. Friedman, as well as the one-time, fully vested option granted to Mr. Friedman upon his reappointment as Chairman and Co-Chief Executive Officer in July 2013. All other equity related awards granted to employees are not included in the above adjustments and are included in both the GAAP and adjusted net income (loss) amounts.

[c] Represents legal and other professional fees incurred in connection with our follow-on offerings in May 2013 and July 2013.

[d] Includes lease termination costs for retail stores that were closed prior to their respective lease termination dates. The amounts in the three and six months ended July 28, 2012 relate to changes in estimates regarding liabilities for future lease payments for closed stores.

[e] Represents legal and other professional fees, incurred in connection with the investigation conducted by the special committee of the Board of Directors relating to Mr. Friedman and our subsequent remedial actions.

[f] Assumes a normalized tax rate of 40% for all periods presented.

[g] Adjusted net income is a supplemental measure of financial performance that is not required by, or presented in accordance with, GAAP. We define adjusted net income as consolidated net income (loss) less non-recurring and other items. Adjusted net income is included in this press release because management believes that adjusted net income provides meaningful supplemental information for investors regarding the performance of our business and facilitates a meaningful evaluation of actual results on a comparable basis with historical results. Our management uses this non-GAAP financial measure in order to have comparable financial results to analyze changes in our underlying business from quarter to quarter.

**RESTORATION HARDWARE HOLDINGS, INC.**
**RECONCILIATION OF NET INCOME (LOSS) PER SHARE TO**
**ADJUSTED NET INCOME PER SHARE**

(Unaudited)

| | Three Months Ended | | Six Months Ended | |
| --- | --- | --- | --- | --- |
| | August 3, 2013 | July 28, 2012 | August 3, 2013 | July 28, 2012 |
| GAAP diluted net loss per share | $ (0.46) | $ 17,616 | $ (0.47) | $13,888 |
| Pro forma diluted net income (loss) per share [a] | $ (0.44) | $ 0.48 | $ (0.46) | $ 0.38 |
| **EPS impact of adjustments (pre-tax):** | | | | |
| Management and pre-IPO board fees [b] | $ — | $ 0.03 | $ — | $ 0.06 |
| Non-cash compensation [c] | 1.47 | — | 1.60 | — |
| Follow-on offering fees [d] | 0.05 | — | 0.07 | — |
| Lease termination costs [e] | — | (0.03) | — | (0.01) |
| Special committee investigation and remediation [f] | — | 0.05 | — | 0.05 |
| Subtotal adjusted items | 1.52 | 0.05 | 1.67 | 0.10 |
| Impact of income tax items [g] | (0.59) | (0.20) | (0.65) | (0.18) |
| Adjusted diluted net income per share [h] | $ 0.49 | $ 0.33 | $ 0.56 | $ 0.30 |

[a] Pro forma diluted net loss per share for the three and six months ended August 3, 2013 is calculated based on GAAP net loss and diluted weighted-average shares of 40,696,706 and 39,511,685, respectively. Pro forma diluted net income per share for the three and six months ended July 28, 2012 is calculated based on GAAP net income and the Company's vested share count as if (1) the Reorganization and (2) initial public offering had been completed as of the beginning of the respective periods and the common stock resulting therefrom was outstanding for the respective periods.

[b] Represents fees paid in accordance with our management services agreement with Home Holdings, as well as fees and expense reimbursements paid to our Board of Directors prior to the initial public offering. All management fees were paid in full at the time of the initial public offering. Board fees and expenses subsequent to the initial public offering are not included in the above adjustments and are included in both the GAAP and adjusted net income (loss) amounts.

[c] Includes non-cash compensation charges related to the performance-based vesting of certain shares granted to Mr. Friedman, as well as the one-time, fully vested option granted to Mr. Friedman upon his reappointment as Chairman and Co-Chief Executive Officer in July 2013. All other equity related awards granted to employees are not included in the above adjustments and are included in both the GAAP and adjusted net income (loss) amounts.

[d] Represents legal and other professional fees incurred in connection with our follow-on offerings in May 2013 and July 2013.

[e] Includes lease termination costs for retail stores that were closed prior to their respective lease termination dates. The amounts in the three and six months ended July 28, 2012 relate to changes in estimates regarding liabilities for future lease payments for closed stores.

[f] Represents legal and other professional fees, incurred in connection with the investigation conducted by the special committee of the Board of Directors relating to Mr. Friedman and our subsequent remedial actions.

[g] Assumes a normalized tax rate of 40% for all periods presented.

[h] Adjusted diluted net income per share is a supplemental measure of financial performance that is not required by, or presented in accordance with GAAP. We define adjusted net income per share as consolidated net income (loss) less non-recurring and other items divided by the Company's post-initial public offering share count. Adjusted net income per share is included in this press release because management believes that adjusted net income per share provides meaningful supplemental information for investors regarding the performance of our business and facilitates a meaningful evaluation of actual results on a comparable basis with historical results. Our management uses this non-GAAP financial measure in order to have comparable financial results to analyze changes in our underlying business from quarter to quarter.

Source: Restoration Hardware Holdings, Inc.

Restoration Hardware Holdings, Inc.
Cammeron McLaughlin, 415-945-4998
VP, Investor Relations
cmclaughlin@restorationhardware.com

| | |
|---|---|
| **From**: | Huang, Bonan [/O=COF/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BONAN.HUANG] |
| **Sent**: | 4/8/2014 3:50:38 PM |
| **To**: | cooky wang [cookywang67@gmail.com] |
| **Subject**: | RE: from mayfield |

yes, from wechat next time

**From:** cooky wang [mailto:cookywang67@gmail.com]
**Sent:** Tuesday, April 08, 2014 11:50 AM
**To:** Huang, Bonan
**Subject:** Re: from mayfield

Limit Price:

$ 0.6

Duration:

Good until Cancelled

may i choose this one" GOOD UNTIL CANCELLED" , for RT , CALL 0.6 FOR 5

On Tue, Apr 8, 2014 at 11:43 AM, Huang, Bonan <Bonan.Huang@capitalone.com> wrote:

or RT, if you have guts ...

**From:** cooky wang [mailto:cookywang67@gmail.com]
**Sent:** Tuesday, April 08, 2014 11:43 AM

**To:** Huang, Bonan
**Subject:** Re: from mayfield

BSO~

On Tue, Apr 8, 2014 at 11:36 AM, Huang, Bonan <Bonan.Huang@capitalone.com> wrote:

theres no such stock. Why not LNKD? it's dropped so hard last several days.

Confidential Treatment Requested
by Capital One Financial Corp.

**From:** cooky wang [mailto:cookywang67@gmail.com]
**Sent:** Tuesday, April 08, 2014 11:36 AM
**To:** Huang, Bonan
**Subject:** Re: from mayfield


JPC ,haha


On Tue, Apr 8, 2014 at 11:20 AM, Huang, Bonan <Bonan.Huang@capitalone.com> wrote:

Now it's your call. :)


**From:** cooky wang [mailto:cookywang67@gmail.com]
**Sent:** Tuesday, April 08, 2014 10:52 AM
**To:** Huang, Bonan
**Subject:** from mayfield


Bring in 1 stock you have now or wish you had in the future so we can analyze stocks for the next 5 weeks


upon message is my professor sent to me :)

The information contained in this e-mail is confidential and/or proprietary to Capital One and/or its affiliates. The information transmitted herewith is intended only for use by the individual or entity to which it is addressed.  If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, dissemination, distribution, copying or other use of, or taking of any action in reliance upon this information is strictly prohibited. If you have received this communication in error, please contact the sender and delete the material from your computer.

The information contained in this e-mail is confidential and/or proprietary to Capital One and/or its affiliates. The information transmitted herewith is intended only for use by the individual or entity to which it is addressed.  If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, dissemination, distribution, copying or other use of, or taking of any action in reliance

upon this information is strictly prohibited. If you have received this communication in error, please contact the sender and delete the material from your computer.

The information contained in this e-mail is confidential and/or proprietary to Capital One and/or its affiliates. The information transmitted herewith is intended only for use by the individual or entity to which it is addressed.  If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, dissemination, distribution, copying or other use of, or taking of any action in reliance upon this information is strictly prohibited. If you have received this communication in error, please contact the sender and delete the material from your computer.

Confidential Treatment Requested
by Capital One Financial Corp.

| penson_id | ezorder_id | leg_id | description | ezactivity_id | position_type | quantity_entered |
|---|---|---|---|---|---|---|
| 4ZE89435 | 39026058 | 42282597 | FINL Stock | 44505721 | Buy to Open | 102 |
| 4ZE89435 | 39026058 | 42282597 | FINL Stock | 44506024 | Buy to Open | 102 |
| 4ZE89435 | 39024307 | 42286249 | DTE Stock | 44506210 | Buy to Open | 37 |
| 4ZE89435 | 39027364 | 42286992 | LF Stock | 44507802 | Buy to Open | 355 |
| 4ZE89435 | 39027728 | 42288094 | DTE Stock | 44516636 | Sell to Close | 37 |
| 4ZE89435 | 39048310 | 42310427 | ZAGG Stock | 44538118 | Buy to Open | 273 |
| 4ZE89435 | 39167542 | 42454110 | FINL Stock | 44701025 | Buy to Open | 102 |
| 4ZE89435 | 39167542 | 42454110 | FINL Stock | 44701027 | Sell to Close | 102 |
| 4ZE89435 | 39173221 | 42461308 | HUM Feb 12 87.500 Call | 44708155 | Buy to Open | 1 |
| 4ZE89435 | 39177030 | 42469070 | HUM Feb 12 87.500 Call | 44814746 | Sell to Close | 1 |
| 4ZE89435 | 39250694 | 42557820 | LF Stock | 44818729 | Buy to Open | 340 |
| 4ZE89435 | 39442574 | 42787027 | SBUX Feb 12 48.000 Call | 45073135 | Buy to Open | 1 |
| 4ZE89435 | 39477857 | 42828811 | SBUX Feb 12 48.000 Call | 45139583 | Sell to Close | 1 |
| 4ZE89435 | 39535904 | 42895918 | ZAGG Stock | 45216244 | Sell to Close | 273 |
| 4ZE89435 | 39535904 | 42895918 | ZAGG Stock | 45216245 | Sell to Close | 273 |
| 4ZE89435 | 39535904 | 42895918 | ZAGG Stock | 45216246 | Sell to Close | 273 |
| 4ZE89435 | 39535887 | 42896004 | LF Stock | 45218097 | Buy to Open | 400 |
| 4ZE89435 | 39535887 | 42896004 | LF Stock | 45219943 | Buy to Open | 400 |
| 4ZE89435 | 39897294 | 43327390 | LF Jun 12 10.000 Call | 45685474 | Buy to Open | 39 |
| 4ZE89435 | 40623202 | 44184470 | DG Apr 12 43.000 Call | 46621863 | Buy to Open | 3 |
| 4ZE89435 | 41363798 | 45060477 | LF Jun 12 10.000 Call | 47630846 | Sell to Close | 39 |
| 4ZE89435 | 41371187 | 45073968 | DG Nov 12 55.000 Call | 47643851 | Buy to Open | 14 |
| 4ZE89435 | 41713917 | 45478396 | LF Sep 12 10.000 Call | 48098452 | Buy to Open | 7 |
| 4ZE89435 | 41752050 | 45525497 | DG Apr 12 43.000 Call | 48176067 | Sell to Close | 3 |
| 4ZE89435 | 41791449 | 45573293 | JCP May 12 33.000 Put | 48228802 | Buy to Open | 8 |
| 4ZE89435 | 42028312 | 45867669 | JCP May 12 33.000 Put | 48556058 | Buy to Open | 8 |
| 4ZE89435 | 42028312 | 45867669 | JCP May 12 33.000 Put | 48556059 | Sell to Close | 8 |
| 4ZE89435 | 42033167 | 45865621 | JCP Apr 12 35.000 Put | 48556741 | Buy to Open | 10 |
| 4ZE89435 | 42033167 | 45865621 | JCP Apr 12 35.000 Put | 48556743 | Buy to Open | 10 |
| 4ZE89435 | 42033671 | 45866984 | JCP Apr 12 35.000 Put | 48558855 | Sell to Close | 10 |
| 4ZE89435 | 42047319 | 45883708 | NFLX May 12 100.000 Put | 48572762 | Buy to Open | 1 |
| 4ZE89435 | 42082705 | 45926418 | DG Nov 12 55.000 Call | 48621752 | Sell to Close | 14 |
| 4ZE89435 | 42096580 | 45942019 | NFLX May 12 105.000 Put | 48637034 | Buy to Open | 1 |
| 4ZE89435 | 42131739 | 45983079 | LF Stock | 48698329 | Sell to Close | 1095 |
| 4ZE89435 | 42136283 | 45993469 | COH May 12 75.000 Put | 48705089 | Buy to Open | 2 |
| 4ZE89435 | 42136283 | 45993469 | COH May 12 75.000 Put | 48705090 | Buy to Open | 2 |
| 4ZE89435 | 42136891 | 45994817 | COH May 12 75.000 Put | 48708980 | Sell to Close | 2 |
| 4ZE89435 | 42146428 | 46003583 | COH May 12 75.000 Put | 48720586 | Buy to Open | 2 |
| 4ZE89435 | 42146428 | 46003583 | COH May 12 75.000 Put | 48720587 | Buy to Open | 2 |
| 4ZE89435 | 42162549 | 46023584 | COH May 12 75.000 Put | 48736058 | Sell to Close | 2 |
| 4ZE89435 | 42160995 | 46031151 | NFLX May 12 105.000 Put | 48737830 | Sell to Close | 1 |
| 4ZE89435 | 42165743 | 46027001 | NFLX May 12 100.000 Put | 48738704 | Sell to Close | 1 |
| 4ZE89435 | 42195088 | 46067110 | JCP May 12 35.000 Put | 48776407 | Buy to Open | 5 |
| 4ZE89435 | 42213586 | 46084778 | JCP May 12 35.000 Put | 48794594 | Sell to Close | 5 |
| 4ZE89435 | 42244784 | 46123431 | JCP Jun 12 31.000 Put | 48835349 | Buy to Open | 20 |
| 4ZE89435 | 42471558 | 46397251 | JCP Jun 12 29.000 Put | 49129116 | Buy to Open | 20 |
| 4ZE89435 | 42476386 | 46406708 | JCP Jun 12 29.000 Put | 49138813 | Buy to Open | 19 |
| 4ZE89435 | 42568905 | 46510469 | JCP Jun 12 29.000 Put | 49245875 | Sell to Close | 29 |
| 4ZE89435 | 42568905 | 46510469 | JCP Jun 12 29.000 Put | 49246136 | Sell to Close | 29 |
| 4ZE89435 | 42594793 | 46544550 | RST May 12 10.000 Call | 49278709 | Buy to Open | 4 |
| 4ZE89435 | 42599216 | 46553203 | RST May 12 10.000 Call | 49291561 | Sell to Close | 4 |

| security_key | type | limit_price | order_type | status | created_date | created_time |
|---|---|---|---|---|---|---|
| FINL:::S | DAY | 19.49 | LIMIT | Filled | 01/11/2012 | 11:04:46.672 |
| FINL:::S | DAY | 19.49 | LIMIT | Filled | 01/11/2012 | 11:04:46.672 |
| DTE:::S | DAY | 53.71 | LIMIT | Filled | 01/11/2012 | 11:06:18.405 |
| LF:::S | DAY | 5.63 | LIMIT | Filled | 01/11/2012 | 11:23:24.993 |
| DTE:::S | GOOD_TILL_CANCEL | | | Filled | 01/11/2012 | 11:58:12.879 |
| ZAGG:::S | DAY | 7.31 | LIMIT | Filled | 01/12/2012 | 08:35:38.550 |
| FINL:::S | DAY | 19.1 | LIMIT | Filled | 01/18/2012 | 08:36:03.722 |
| FINL:::S | DAY | 19.1 | LIMIT | Filled | 01/18/2012 | 08:36:03.722 |
| HUM:20120218:875000:C | DAY | 8.2 | LIMIT | Filled | 01/18/2012 | 09:18:02.588 |
| HUM:20120218:875000:C | GOOD_TILL_CANCEL | | | Filled | 01/18/2012 | 10:26:54.968 |
| LF:::S | DAY | 5.425 | LIMIT | Filled | 01/20/2012 | 08:53:55.433 |
| SBUX:20120218:480000:C | DAY | 1.1 | LIMIT | Filled | 01/26/2012 | 10:05:21.897 |
| SBUX:20120218:480000:C | DAY | 0.71 | LIMIT | Filled | 01/27/2012 | 08:37:21.900 |
| ZAGG:::S | GOOD_TILL_CANCEL | | | Filled | 01/30/2012 | 08:44:31.892 |
| ZAGG:::S | GOOD_TILL_CANCEL | | | Filled | 01/30/2012 | 08:44:31.892 |
| ZAGG:::S | GOOD_TILL_CANCEL | | | Filled | 01/30/2012 | 08:44:31.892 |
| LF:::S | DAY | 5.56 | LIMIT | Filled | 01/30/2012 | 08:57:47.993 |
| LF:::S | DAY | 5.56 | LIMIT | Filled | 01/30/2012 | 08:57:47.993 |
| LF:20120616:100000:C | DAY | 0.2 | LIMIT | Filled | 02/09/2012 | 08:33:27.206 |
| DG:20120421:430000:C | DAY | 1.3 | LIMIT | Filled | 03/02/2012 | 13:06:32.763 |
| LF:20120616:100000:C | DAY | 0.25 | LIMIT | Filled | 03/27/2012 | 09:46:40.812 |
| DG:20121117:550000:C | DAY | 0.75 | LIMIT | Filled | 03/27/2012 | 11:55:52.011 |
| LF:20120922:100000:C | DAY | 0.6 | LIMIT | Filled | 04/09/2012 | 13:12:13.941 |
| DG:20120421:430000:C | DAY | 2.55 | LIMIT | Filled | 04/10/2012 | 12:40:14.605 |
| JCP:20120519:330000:P | DAY | 0.99 | LIMIT | Filled | 04/11/2012 | 11:48:39.435 |
| JCP:20120519:330000:P | DAY | | | Filled | 04/19/2012 | 09:35:26.672 |
| JCP:20120519:330000:P | DAY | | | Filled | 04/19/2012 | 09:35:26.672 |
| JCP:20120421:350000:P | DAY | 0.54 | LIMIT | Filled | 04/19/2012 | 09:44:29.238 |
| JCP:20120421:350000:P | DAY | 0.54 | LIMIT | Filled | 04/19/2012 | 09:44:29.238 |
| JCP:20120421:350000:P | DAY | 0.62 | LIMIT | Filled | 04/19/2012 | 09:58:28.147 |
| NFLX:20120519:1000000:P | DAY | 5.65 | LIMIT | Filled | 04/19/2012 | 12:15:06.670 |
| DG:20121117:550000:C | DAY | 0.75 | LIMIT | Filled | 04/20/2012 | 10:28:51.285 |
| NFLX:20120519:1050000:P | DAY | 8.15 | LIMIT | Filled | 04/20/2012 | 12:47:52.697 |
| LF:::S | DAY | 8.24 | LIMIT | Partially Filled | 04/23/2012 | 09:36:05.102 |
| COH:20120519:750000:P | DAY | 2.95 | LIMIT | Filled | 04/23/2012 | 10:22:32.107 |
| COH:20120519:750000:P | DAY | 2.95 | LIMIT | Filled | 04/23/2012 | 10:22:32.107 |
| COH:20120519:750000:P | DAY | 2.65 | LIMIT | Filled | 04/23/2012 | 11:08:26.001 |
| COH:20120519:750000:P | DAY | 2.55 | LIMIT | Filled | 04/23/2012 | 13:34:46.917 |
| COH:20120519:750000:P | DAY | 2.55 | LIMIT | Filled | 04/23/2012 | 13:34:46.917 |
| COH:20120519:750000:P | DAY | 2.7 | LIMIT | Filled | 04/24/2012 | 08:31:39.657 |
| NFLX:20120519:1050000:P | DAY | 18.3 | LIMIT | Filled | 04/24/2012 | 08:40:48.882 |
| NFLX:20120519:1000000:P | DAY | 14.2 | LIMIT | Filled | 04/24/2012 | 08:44:07.156 |
| JCP:20120519:350000:P | DAY | 2.03 | LIMIT | Filled | 04/24/2012 | 14:34:57.920 |
| JCP:20120519:350000:P | DAY | 1.31 | LIMIT | Filled | 04/25/2012 | 08:36:26.498 |
| JCP:20120616:310000:P | DAY | 0.49 | LIMIT | Filled | 04/25/2012 | 14:02:34.554 |
| JCP:20120616:290000:P | DAY | 0.48 | LIMIT | Filled | 05/03/2012 | 08:51:19.819 |
| JCP:20120616:290000:P | DAY | 0.46 | LIMIT | Filled | 05/03/2012 | 09:45:51.044 |
| JCP:20120616:290000:P | DAY | 0.52 | LIMIT | Filled | 05/07/2012 | 08:40:55.568 |
| JCP:20120616:290000:P | DAY | 0.52 | LIMIT | Filled | 05/07/2012 | 08:40:55.568 |
| RST:20120519:100000:C | DAY | 0.95 | LIMIT | Filled | 05/07/2012 | 14:59:35.451 |
| RST:20120519:100000:C | DAY | 1.65 | LIMIT | Filled | 05/08/2012 | 08:47:57.536 |

0542

| exchange_time | execution_date | execution_time | destination | exchange_name | execution_price | quantity_filled |
|---|---|---|---|---|---|---|
| 01/11/2012 11:04:50.000 | 01/11/2012 | 11:05:26.000 | citi | SBSH | 19.49 | 100 |
| 01/11/2012 11:05:26.000 | 01/11/2012 | 11:05:26.000 | citi | SBSH | 19.49 | 2 |
| 01/11/2012 11:08:32.000 | 01/11/2012 | 11:08:32.000 | ubs | O | 53.71 | 37 |
| 01/11/2012 11:26:16.000 | 01/11/2012 | 11:26:17.000 | ubs | O | 5.63 | 355 |
| 01/11/2012 13:24:05.000 | 01/11/2012 | 13:24:05.000 | citi | SBSH | 53.48 | -37 |
| 01/12/2012 08:37:00.000 | 01/12/2012 | 08:37:00.000 | citi | SBSH | 7.31 | 273 |
| 01/18/2012 08:37:33.000 | 01/18/2012 | 08:37:56.000 | citi | SBSH | 19.1 | -100 |
| 01/18/2012 08:37:56.000 | 01/18/2012 | 08:37:56.000 | citi | SBSH | 19.1 | -2 |
| 01/18/2012 09:18:02.000 | 01/18/2012 | 09:18:03.000 | citadel | AMEX | 8.2 | 1 |
| 01/20/2012 08:39:26.000 | 01/20/2012 | 08:39:26.000 | citadel | AMEX | 6.9 | -1 |
| 01/20/2012 08:53:55.000 | 01/20/2012 | 08:53:56.000 | ubs | O | 5.43 | 340 |
| 01/26/2012 10:05:23.000 | 01/26/2012 | 10:05:23.000 | citi | ISE | 1.1 | 1 |
| 01/27/2012 08:37:33.000 | 01/27/2012 | 08:37:34.000 | citi | PHLX | 0.71 | -1 |
| 01/30/2012 08:52:29.000 | 01/30/2012 | 08:52:29.000 | ubs | O | 8.7 | -90 |
| 01/30/2012 08:52:29.000 | 01/30/2012 | 08:52:29.000 | ubs | O | 8.6845 | -83 |
| 01/30/2012 08:52:29.000 | 01/30/2012 | 08:52:29.000 | ubs | O | 8.681 | -100 |
| 01/30/2012 09:04:11.000 | 01/30/2012 | 09:13:14.000 | ubs | O | 5.56 | 100 |
| 01/30/2012 09:13:13.000 | 01/30/2012 | 09:13:14.000 | ubs | O | 5.56 | 300 |
| 02/09/2012 08:33:27.000 | 02/09/2012 | 08:33:28.000 | citadel | CBOE | 0.2 | 39 |
| 03/02/2012 13:06:32.000 | 03/02/2012 | 13:06:33.000 | citi | PHLX | 1.3 | 3 |
| 03/27/2012 09:46:41.000 | 03/27/2012 | 09:46:42.000 | citadel | Z | 0.25 | -39 |
| 03/27/2012 11:55:52.000 | 03/27/2012 | 11:55:52.000 | citi | PHLX | 0.75 | 14 |
| 04/09/2012 13:12:14.000 | 04/09/2012 | 13:12:15.000 | citadel | Z | 0.6 | 7 |
| 04/10/2012 12:40:14.000 | 04/10/2012 | 12:40:15.000 | citi | PHLX | 2.55 | -3 |
| 04/11/2012 12:18:39.000 | 04/11/2012 | 12:18:39.000 | citi | NOM | 0.99 | 8 |
| 04/19/2012 09:39:15.000 | 04/19/2012 | 09:39:15.000 | citi | ARCA | 0.74 | -7 |
| 04/19/2012 09:39:15.000 | 04/19/2012 | 09:39:15.000 | citi | ARCA | 0.73 | -1 |
| 04/19/2012 09:44:29.000 | 04/19/2012 | 09:44:57.000 | citi | NOM | 0.54 | 1 |
| 04/19/2012 09:44:57.000 | 04/19/2012 | 09:44:57.000 | citi | NOM | 0.54 | 9 |
| 04/19/2012 09:58:29.000 | 04/19/2012 | 09:58:30.000 | citi | NOM | 0.62 | -10 |
| 04/19/2012 12:15:25.000 | 04/19/2012 | 12:15:25.000 | citadel | Z | 5.65 | 1 |
| 04/20/2012 10:28:52.000 | 04/20/2012 | 10:28:52.000 | citi | PHLX | 0.75 | -14 |
| 04/20/2012 12:47:56.000 | 04/20/2012 | 12:47:56.000 | citadel | Z | 8.15 | 1 |
| 04/23/2012 09:36:23.000 | 04/23/2012 | 09:37:37.000 | ubs | O | 8.24 | -100 |
| 04/23/2012 10:25:54.000 | 04/23/2012 | 10:25:55.000 | citi | PHLX | 2.95 | 1 |
| 04/23/2012 10:25:54.000 | 04/23/2012 | 10:25:55.000 | citi | PHLX | 2.95 | 1 |
| 04/23/2012 11:08:26.000 | 04/23/2012 | 11:08:27.000 | citi | PHLX | 2.65 | -2 |
| 04/23/2012 13:39:38.000 | 04/23/2012 | 13:39:39.000 | citi | PHLX | 2.55 | 1 |
| 04/23/2012 13:39:38.000 | 04/23/2012 | 13:39:39.000 | citi | PHLX | 2.55 | 1 |
| 04/24/2012 08:33:29.000 | 04/24/2012 | 08:33:29.000 | citi | CBOE | 3.6 | -2 |
| 04/24/2012 08:40:49.000 | 04/24/2012 | 08:40:50.000 | citadel | Z | 18.3 | -1 |
| 04/24/2012 08:44:18.000 | 04/24/2012 | 08:44:19.000 | citadel | Z | 14.2 | -1 |
| 04/24/2012 14:34:58.000 | 04/24/2012 | 14:34:59.000 | citi | NOM | 2.03 | 5 |
| 04/25/2012 08:36:26.000 | 04/25/2012 | 08:36:27.000 | citi | NOM | 1.31 | 5 |
| 04/25/2012 14:03:12.000 | 04/25/2012 | 14:03:13.000 | citi | NOM | 0.49 | 20 |
| 05/03/2012 08:51:40.000 | 05/03/2012 | 08:51:41.000 | citi | NOM | 0.48 | 20 |
| 05/03/2012 09:45:51.000 | 05/03/2012 | 09:45:52.000 | citi | NOM | 0.46 | 19 |
| 05/07/2012 08:40:55.000 | 05/07/2012 | 08:40:56.000 | citi | AMEX | 0.52 | -11 |
| 05/07/2012 08:40:55.000 | 05/07/2012 | 08:40:56.000 | citi | BOX | 0.52 | -18 |
| 05/07/2012 14:59:40.000 | 05/07/2012 | 14:59:41.000 | citadel | AMEX | 0.95 | 4 |
| 05/08/2012 08:48:12.000 | 05/08/2012 | 08:48:15.000 | citadel | Z | 1.65 | -1 |

| modifies_order | modified_by_order | client_ip |
|---|---|---|
| | | 199.244.214.59 |
| | | 199.244.214.59 |
| | | 199.244.214.59 |
| | | 199.244.214.59 |
| 39022152 | | 199.244.214.59 |
| | | 199.244.214.59 |
| | | 199.244.214.59 |
| | | 199.244.214.59 |
| 39173778 | | 199.244.214.59 |
| 39177589 | | 199.244.214.59 |
| 39253783 | | 199.244.214.59 |
| | | 199.244.214.59 |
| | | 199.244.214.59 |
| 39527256 | | 199.244.214.59 |
| 39527256 | | 199.244.214.59 |
| 39527256 | | 199.244.214.59 |
| 39538387 | | 199.244.214.59 |
| 39538387 | | 199.244.214.59 |
| 39898165 | | 199.244.214.59 |
| | | 198.228.194.234 |
| | | 199.244.214.112 |
| 41373738 | | 71.20.221.162 |
| 41711143 | | 199.244.214.105 |
| 41749410 | | 199.244.214.103 |
| 41793482 | | 199.244.214.109 |
| | | 199.244.214.109 |
| | | 199.244.214.109 |
| 42031233 | | 199.244.214.109 |
| 42031233 | | 199.244.214.109 |
| | | 199.244.214.109 |
| 42048197 | | 199.244.214.109 |
| | | 199.244.214.105 |
| 42090274 | | 199.244.214.105 |
| | | 199.244.214.110 |
| 42134801 | | 199.244.214.110 |
| 42134801 | | 199.244.214.110 |
| 42137972 | | 199.244.214.110 |
| | | 199.244.214.101 |
| | | 199.244.214.101 |
| | | 199.244.214.103 |
| | | 199.244.214.103 |
| | | 199.244.214.103 |
| | | 199.244.214.104 |
| 42209645 | | 199.244.214.105 |
| | | 199.244.214.100 |
| 42464534 | | 199.244.214.103 |
| | | 199.244.214.104 |
| 42567803 | | 199.244.214.109 |
| 42567803 | | 199.244.214.109 |
| | | 199.244.214.109 |
| 42602145 | | 24.127.13.116 |

| penson_id | ezorder_id | leg_id | description | ezactivity_id | position_type | quantity_entered |
|---|---|---|---|---|---|---|
| 5PD45586 | 44667029 | 49004750 | PETS Aug 12 12.500 Put | 51806977 | Buy to Open | 10 |
| 5PD45586 | 44681054 | 49020369 | UA Aug 12 45.000 Put | 51832684 | Buy to Open | 10 |
| 5PD45586 | 44681054 | 49020369 | UA Aug 12 45.000 Put | 51832685 | Buy to Open | 10 |
| 5PD45586 | 44692566 | 49037633 | PETS Aug 12 12.500 Put | 51861624 | Sell to Close | 10 |
| 5PD45586 | 44692566 | 49037633 | PETS Aug 12 12.500 Put | 51861625 | Sell to Close | 10 |
| 5PD45586 | 44713734 | 49058173 | UA Aug 12 45.000 Put | 51867807 | Buy to Open | 20 |
| 5PD45586 | 44768567 | 49131305 | STMP Aug 12 25.000 Call | 51930305 | Buy to Open | 20 |
| 5PD45586 | 44769747 | 49131985 | UA Aug 12 45.000 Put | 51939166 | Sell to Close | 30 |
| 5PD45586 | 44789386 | 49151920 | JCP Jul 12 22.000 Put(Weekly) | 51955704 | Buy to Open | 10 |
| 5PD45586 | 44789386 | 49151920 | JCP Jul 12 22.000 Put(Weekly) | 51955705 | Buy to Open | 10 |
| 5PD45586 | 44818938 | 49186910 | JCP Jul 12 22.000 Put(Weekly) | 51989546 | Sell to Close | 10 |
| 5PD45586 | 44819044 | 49188195 | FB Jul 12 27.000 Put(Weekly) | 51991293 | Buy to Open | 1 |
| 5PD45586 | 44819802 | 49192029 | FB Jul 12 27.000 Put(Weekly) | 51992132 | Buy to Open | 1 |
| 5PD45586 | 44850909 | 49227605 | FB Sep 12 23.000 Put | 52026009 | Buy to Open | 5 |
| 5PD45586 | 44871111 | 49254767 | FB Sep 12 23.000 Put | 52052211 | Buy to Open | 5 |
| 5PD45586 | 45008711 | 49415126 | JCP Aug 12 19.000 Put(Weekly) | 52247695 | Buy to Open | 10 |
| 5PD45586 | 45010544 | 49411421 | JCP Aug 12 19.000 Put(Weekly) | 52249715 | Buy to Open | 20 |
| 5PD45586 | 45010544 | 49411421 | JCP Aug 12 19.000 Put(Weekly) | 52249716 | Buy to Open | 20 |
| 5PD45586 | 45015082 | 49419346 | JCP Aug 12 18.000 Put(Weekly) | 52252107 | Buy to Open | 50 |
| 5PD45586 | 45015082 | 49419346 | JCP Aug 12 18.000 Put(Weekly) | 52252268 | Buy to Open | 50 |
| 5PD45586 | 45015082 | 49419346 | JCP Aug 12 18.000 Put(Weekly) | 52252269 | Buy to Open | 50 |
| 5PD45586 | 45015082 | 49419346 | JCP Aug 12 18.000 Put(Weekly) | 52252270 | Buy to Open | 50 |
| 5PD45586 | 45075655 | 49489187 | JCP Aug 12 20.000 Put(Weekly) | 52318305 | Buy to Open | 20 |
| 5PD45586 | 45075655 | 49489187 | JCP Aug 12 20.000 Put(Weekly) | 52318306 | Buy to Open | 20 |
| 5PD45586 | 45094167 | 49509920 | JCP Aug 12 14.000 Put | 52349867 | Buy to Open | 50 |
| 5PD45586 | 45205864 | 49643280 | JCP Nov 12 21.000 Put | 52474807 | Buy to Open | 20 |
| 5PD45586 | 45205788 | 49645277 | JCP Aug 12 18.000 Put | 52477011 | Buy to Open | 60 |
| 5PD45586 | 45209585 | 49648036 | JCP Aug 12 21.000 Put | 52477952 | Buy to Open | 100 |
| 5PD45586 | 45209585 | 49648036 | JCP Aug 12 21.000 Put | 52477954 | Buy to Open | 100 |
| 5PD45586 | 45209585 | 49648036 | JCP Aug 12 21.000 Put | 52477955 | Buy to Open | 100 |
| 5PD45586 | 45223847 | 49664698 | JCP Aug 12 19.000 Put(Weekly) | 52493014 | Buy to Open | 50 |
| 5PD45586 | 45234822 | 49679706 | JCP Aug 12 18.000 Put(Weekly) | 52505291 | Buy to Open | 200 |
| 5PD45586 | 45234844 | 49676240 | JCP Aug 12 19.000 Put(Weekly) | 52505514 | Buy to Open | 100 |
| 5PD45586 | 45234844 | 49676240 | JCP Aug 12 19.000 Put(Weekly) | 52505515 | Buy to Open | 100 |
| 5PD45586 | 45234844 | 49676240 | JCP Aug 12 19.000 Put(Weekly) | 52505516 | Buy to Open | 100 |
| 5PD45586 | 45234844 | 49676240 | JCP Aug 12 19.000 Put(Weekly) | 52505517 | Buy to Open | 100 |
| 5PD45586 | 45234844 | 49676240 | JCP Aug 12 19.000 Put(Weekly) | 52505518 | Buy to Open | 100 |
| 5PD45586 | 45234844 | 49676240 | JCP Aug 12 19.000 Put(Weekly) | 52505519 | Buy to Open | 100 |
| 5PD45586 | 45234844 | 49676240 | JCP Aug 12 19.000 Put(Weekly) | 52505520 | Buy to Open | 100 |
| 5PD45586 | 45234844 | 49676240 | JCP Aug 12 19.000 Put(Weekly) | 52505521 | Buy to Open | 100 |
| 5PD45586 | 45234844 | 49676240 | JCP Aug 12 19.000 Put(Weekly) | 52505522 | Buy to Open | 100 |
| 5PD45586 | 45234844 | 49676240 | JCP Aug 12 19.000 Put(Weekly) | 52505523 | Buy to Open | 100 |
| 5PD45586 | 45236256 | 49671701 | JCP Aug 12 19.000 Put(Weekly) | 52505607 | Buy to Open | 100 |
| 5PD45586 | 45830402 | 50381182 | ULTA Sep 12 90.000 Put | 53241735 | Buy to Open | 1 |
| 5PD45586 | 45863190 | 50426149 | ULTA Sep 12 90.000 Put | 53317939 | Sell to Close | 1 |
| 5PD45586 | 45889996 | 50453148 | MW Sep 12 32.000 Call | 53344234 | Buy to Open | 2 |
| 5PD45586 | 45890553 | 50453466 | MW Sep 12 32.000 Call | 53344370 | Buy to Open | 2 |
| 5PD45586 | 45887207 | 50454389 | MW Sep 12 32.000 Call | 53346445 | Buy to Open | 1 |
| 5PD45586 | 45906618 | 50471295 | MW Sep 12 32.000 Call | 53365969 | Sell to Close | 5 |
| 5PD45586 | 45906618 | 50471295 | MW Sep 12 32.000 Call | 53365970 | Sell to Close | 5 |
| 5PD45586 | 45906618 | 50471295 | MW Sep 12 32.000 Call | 53365973 | Sell to Close | 5 |

| security_key | type | limit_price | order_type | status | created_date | created_time |
|---|---|---|---|---|---|---|
| PETS:20120818:125000:P | DAY | 1.55 | LIMIT | Filled | 07/20/2012 | 14:46:06.338 |
| UA:20120818:450000:P | DAY | 2.3 | LIMIT | Filled | 07/23/2012 | 08:39:20.342 |
| UA:20120818:450000:P | DAY | 2.3 | LIMIT | Filled | 07/23/2012 | 08:39:20.342 |
| PETS:20120818:125000:P | DAY | 2.85 | LIMIT | Filled | 07/23/2012 | 10:31:26.313 |
| PETS:20120818:125000:P | DAY | 2.85 | LIMIT | Filled | 07/23/2012 | 10:31:26.313 |
| UA:20120818:450000:P | DAY | 2 | LIMIT | Filled | 07/23/2012 | 14:57:02.499 |
| STMP:20120818:250000:C | DAY | 1.2 | LIMIT | Filled | 07/25/2012 | 08:59:38.360 |
| UA:20120818:450000:P | DAY | 0.3 | LIMIT | Partially Filled | 07/25/2012 | 09:05:17.108 |
| JCP:20120727:220000:P | DAY | 0.65 | LIMIT | Filled | 07/25/2012 | 14:05:55.321 |
| JCP:20120727:220000:P | DAY | 0.65 | LIMIT | Filled | 07/25/2012 | 14:05:55.321 |
| JCP:20120727:220000:P | DAY | 0.7 | LIMIT | Filled | 07/26/2012 | 09:58:25.585 |
| FB:20120727:270000:P | DAY | 1.2 | LIMIT | Filled | 07/26/2012 | 10:26:24.078 |
| FB:20120727:270000:P | DAY | 1.15 | LIMIT | Filled | 07/26/2012 | 10:35:07.758 |
| FB:20120922:230000:P | DAY | 1.95 | LIMIT | Filled | 07/27/2012 | 08:33:36.878 |
| FB:20120922:230000:P | DAY | 1.4 | LIMIT | Filled | 07/27/2012 | 11:36:42.491 |
| JCP:20120810:190000:P | DAY | 0.4 | LIMIT | Filled | 08/02/2012 | 08:46:23.577 |
| JCP:20120810:190000:P | DAY | 0.44 | LIMIT | Filled | 08/02/2012 | 08:59:47.737 |
| JCP:20120810:190000:P | DAY | 0.44 | LIMIT | Filled | 08/02/2012 | 08:59:47.737 |
| JCP:20120810:180000:P | DAY | 0.33 | LIMIT | Filled | 08/02/2012 | 09:14:11.484 |
| JCP:20120810:180000:P | DAY | 0.33 | LIMIT | Filled | 08/02/2012 | 09:14:11.484 |
| JCP:20120810:180000:P | DAY | 0.33 | LIMIT | Filled | 08/02/2012 | 09:14:11.484 |
| JCP:20120810:180000:P | DAY | 0.33 | LIMIT | Filled | 08/02/2012 | 09:14:11.484 |
| JCP:20120810:200000:P | DAY | 0.77 | LIMIT | Filled | 08/03/2012 | 11:56:35.562 |
| JCP:20120810:200000:P | DAY | 0.77 | LIMIT | Filled | 08/03/2012 | 11:56:35.562 |
| JCP:20120818:140000:P | DAY | 0.06 | LIMIT | Filled | 08/06/2012 | 08:34:27.078 |
| JCP:20121117:210000:P | DAY | 2.64 | LIMIT | Filled | 08/09/2012 | 08:33:17.353 |
| JCP:20120818:180000:P | DAY | 0.35 | LIMIT | Filled | 08/09/2012 | 08:37:37.108 |
| JCP:20120818:210000:P | DAY | 1.2 | LIMIT | Filled | 08/09/2012 | 08:47:49.402 |
| JCP:20120818:210000:P | DAY | 1.2 | LIMIT | Filled | 08/09/2012 | 08:47:49.402 |
| JCP:20120818:210000:P | DAY | 1.2 | LIMIT | Filled | 08/09/2012 | 08:47:49.402 |
| JCP:20120810:190000:P | DAY | 0.35 | LIMIT | Filled | 08/09/2012 | 11:38:26.391 |
| JCP:20120810:180000:P | DAY | 0.17 | LIMIT | Partially Filled | 08/09/2012 | 14:56:52.868 |
| JCP:20120810:190000:P | DAY | 0.3 | LIMIT | Partially Filled | 08/09/2012 | 14:58:10.819 |
| JCP:20120810:190000:P | DAY | 0.3 | LIMIT | Partially Filled | 08/09/2012 | 14:58:10.819 |
| JCP:20120810:190000:P | DAY | 0.3 | LIMIT | Partially Filled | 08/09/2012 | 14:58:10.819 |
| JCP:20120810:190000:P | DAY | 0.3 | LIMIT | Partially Filled | 08/09/2012 | 14:58:10.819 |
| JCP:20120810:190000:P | DAY | 0.3 | LIMIT | Partially Filled | 08/09/2012 | 14:58:10.819 |
| JCP:20120810:190000:P | DAY | 0.3 | LIMIT | Partially Filled | 08/09/2012 | 14:58:10.819 |
| JCP:20120810:190000:P | DAY | 0.3 | LIMIT | Partially Filled | 08/09/2012 | 14:58:10.819 |
| JCP:20120810:190000:P | DAY | 0.3 | LIMIT | Partially Filled | 08/09/2012 | 14:58:10.819 |
| JCP:20120810:190000:P | DAY | 0.3 | LIMIT | Partially Filled | 08/09/2012 | 14:58:10.819 |
| JCP:20120810:190000:P | DAY | 0.3 | LIMIT | Partially Filled | 08/09/2012 | 14:58:10.819 |
| JCP:20120810:190000:P | DAY | 0.33 | LIMIT | Filled | 08/09/2012 | 14:59:38.501 |
| ULTA:20120922:900000:P | DAY | 2.8 | LIMIT | Filled | 09/04/2012 | 08:36:57.675 |
| ULTA:20120922:900000:P | DAY | 2.6 | LIMIT | Filled | 09/05/2012 | 08:42:40.523 |
| MW:20120922:320000:C | DAY | 1.8 | LIMIT | Filled | 09/05/2012 | 14:25:18.638 |
| MW:20120922:320000:C | DAY | 1.75 | LIMIT | Filled | 09/05/2012 | 14:25:56.135 |
| MW:20120922:320000:C | DAY | 1.75 | LIMIT | Filled | 09/05/2012 | 14:41:31.638 |
| MW:20120922:320000:C | DAY | 4.7 | LIMIT | Filled | 09/06/2012 | 09:14:59.666 |
| MW:20120922:320000:C | DAY | 4.7 | LIMIT | Filled | 09/06/2012 | 09:14:59.666 |
| MW:20120922:320000:C | DAY | 4.7 | LIMIT | Filled | 09/06/2012 | 09:14:59.666 |

0546

| exchange_time | execution_date | execution_time | destination | exchange_name | execution_price | quantity_filled |
|---|---|---|---|---|---|---|
| 07/20/2012 14:50:41.000 | 07/20/2012 | 14:50:41.000 | citadel | Z | 1.55 | 10 |
| 07/23/2012 08:39:20.000 | 07/23/2012 | 08:39:22.000 | citi | PHLX | 2.3 | 4 |
| 07/23/2012 08:39:21.000 | 07/23/2012 | 08:39:22.000 | citi | PHLX | 2.3 | 6 |
| 07/23/2012 13:34:00.000 | 07/23/2012 | 13:34:04.000 | citadel | Z | 2.85 | -3 |
| 07/23/2012 13:34:02.000 | 07/23/2012 | 13:34:04.000 | citadel | Z | 2.85 | -7 |
| 07/23/2012 14:57:02.000 | 07/23/2012 | 14:57:03.000 | citi | PHLX | 2 | 20 |
| 07/25/2012 09:03:40.000 | 07/25/2012 | 09:03:41.000 | citadel | Z | 1.2 | 20 |
| 07/25/2012 10:21:21.000 | 07/25/2012 | 15:02:31.000 | citi | PHLX | 0.3 | -20 |
| 07/25/2012 14:06:14.000 | 07/25/2012 | 14:06:14.000 | citi | ARCA | 0.65 | 1 |
| 07/25/2012 14:06:14.000 | 07/25/2012 | 14:06:14.000 | citi | ARCA | 0.65 | 9 |
| 07/26/2012 10:12:45.000 | 07/26/2012 | 10:12:46.000 | citi | ARCA | 0.7 | -10 |
| 07/26/2012 10:28:43.000 | 07/26/2012 | 10:28:43.000 | citi | PHLX | 1.2 | 1 |
| 07/26/2012 10:37:00.000 | 07/26/2012 | 10:37:00.000 | citi | PHLX | 1.15 | 1 |
| 07/27/2012 08:33:37.000 | 07/27/2012 | 08:33:37.000 | citi | PHLX | 1.95 | 5 |
| 07/27/2012 11:38:45.000 | 07/27/2012 | 11:38:45.000 | citi | PHLX | 1.4 | 5 |
| 08/02/2012 08:47:01.000 | 08/02/2012 | 08:47:01.000 | citi | ARCA | 0.4 | 10 |
| 08/02/2012 08:59:48.000 | 08/02/2012 | 08:59:55.000 | citi | ARCA | 0.44 | 19 |
| 08/02/2012 08:59:54.000 | 08/02/2012 | 08:59:55.000 | citi | ARCA | 0.44 | 1 |
| 08/02/2012 09:14:12.000 | 08/02/2012 | 09:14:13.000 | citi | AMEX | 0.33 | 11 |
| 08/02/2012 09:14:12.000 | 08/02/2012 | 09:14:13.000 | citi | ARCA | 0.33 | 6 |
| 08/02/2012 09:14:12.000 | 08/02/2012 | 09:14:13.000 | citi | C2 | 0.33 | 21 |
| 08/02/2012 09:14:12.000 | 08/02/2012 | 09:14:13.000 | citi | CBOE | 0.33 | 12 |
| 08/03/2012 11:58:37.000 | 08/03/2012 | 11:58:37.000 | citi | ARCA | 0.77 | 8 |
| 08/03/2012 11:58:37.000 | 08/03/2012 | 11:58:37.000 | citi | ARCA | 0.77 | 12 |
| 08/06/2012 08:51:25.000 | 08/06/2012 | 08:51:25.000 | citi | ARCA | 0.06 | 50 |
| 08/09/2012 08:34:07.000 | 08/09/2012 | 08:34:08.000 | citadel | Z | 2.64 | 20 |
| 08/09/2012 08:42:29.000 | 08/09/2012 | 08:42:30.000 | citadel | Z | 0.35 | 60 |
| 08/09/2012 08:47:50.000 | 08/09/2012 | 08:47:57.000 | citadel | Z | 1.2 | 7 |
| 08/09/2012 08:47:51.000 | 08/09/2012 | 08:47:57.000 | citadel | Z | 1.2 | 18 |
| 08/09/2012 08:47:56.000 | 08/09/2012 | 08:47:57.000 | citadel | Z | 1.2 | 75 |
| 08/09/2012 11:39:00.000 | 08/09/2012 | 11:39:01.000 | citadel | Z | 0.35 | 50 |
| 08/09/2012 14:56:53.000 | 08/09/2012 | 14:57:43.000 | citadel | ISE | 0.17 | 2 |
| 08/09/2012 14:58:11.000 | 08/09/2012 | 14:59:20.000 | citadel | BX | 0.3 | 1 |
| 08/09/2012 14:58:11.000 | 08/09/2012 | 14:59:20.000 | citadel | Z | 0.3 | 4 |
| 08/09/2012 14:58:11.000 | 08/09/2012 | 14:59:20.000 | citadel | ARCX | 0.3 | 4 |
| 08/09/2012 14:58:11.000 | 08/09/2012 | 14:59:20.000 | citadel | CBOE | 0.3 | 1 |
| 08/09/2012 14:58:11.000 | 08/09/2012 | 14:59:20.000 | citadel | NOM | 0.3 | 3 |
| 08/09/2012 14:58:11.000 | 08/09/2012 | 14:59:20.000 | citadel | ISE | 0.3 | 1 |
| 08/09/2012 14:58:11.000 | 08/09/2012 | 14:59:20.000 | citadel | PHLX | 0.3 | 1 |
| 08/09/2012 14:58:11.000 | 08/09/2012 | 14:59:20.000 | citadel | ARCX | 0.3 | 3 |
| 08/09/2012 14:58:11.000 | 08/09/2012 | 14:59:20.000 | citadel | BOX | 0.3 | 1 |
| 08/09/2012 14:58:11.000 | 08/09/2012 | 14:59:20.000 | citadel | AMEX | 0.3 | 1 |
| 08/09/2012 14:59:39.000 | 08/09/2012 | 14:59:40.000 | citadel | ISE | 0.33 | 100 |
| 09/04/2012 08:36:58.000 | 09/04/2012 | 08:36:58.000 | citadel | AMEX | 2.8 | 1 |
| 09/05/2012 08:42:40.000 | 09/05/2012 | 08:42:41.000 | citadel | AMEX | 2.6 | -1 |
| 09/05/2012 14:25:20.000 | 09/05/2012 | 14:25:20.000 | citadel | Z | 1.79 | 2 |
| 09/05/2012 14:26:28.000 | 09/05/2012 | 14:26:28.000 | citadel | Z | 1.75 | 2 |
| 09/05/2012 14:51:26.000 | 09/05/2012 | 14:51:27.000 | citadel | Z | 1.75 | 1 |
| 09/06/2012 09:21:57.000 | 09/06/2012 | 09:22:09.000 | citadel | Z | 4.7 | -2 |
| 09/06/2012 09:21:58.000 | 09/06/2012 | 09:22:09.000 | citadel | Z | 4.7 | -1 |
| 09/06/2012 09:22:02.000 | 09/06/2012 | 09:22:09.000 | citadel | Z | 4.7 | -1 |

| modifies_order | modified_by_order | client_ip |
|---|---|---|
| | | 199.244.214.105 |
| | | 199.244.214.112 |
| | | 199.244.214.112 |
| | | 199.244.214.112 |
| | | 199.244.214.112 |
| 44711144 | | 199.244.214.112 |
| | | 199.244.214.110 |
| | | 199.244.214.110 |
| | | 199.244.214.110 |
| | | 199.244.214.110 |
| | | 199.244.214.112 |
| | | 199.244.214.112 |
| | | 199.244.214.112 |
| | | 199.244.214.109 |
| | | 199.244.214.109 |
| | | 199.244.214.101 |
| | | 199.244.214.101 |
| | | 199.244.214.101 |
| | | 199.244.214.101 |
| | | 199.244.214.101 |
| | | 199.244.214.101 |
| | | 199.244.214.101 |
| | | 199.244.214.104 |
| | | 199.244.214.104 |
| | | 199.244.214.104 |
| | | 199.244.214.111 |
| 45203670 | | 199.244.214.111 |
| 45211693 | | 199.244.214.111 |
| 45211693 | | 199.244.214.111 |
| 45211693 | | 199.244.214.111 |
| | | 199.244.214.111 |
| | | 199.244.214.111 |
| | | 199.244.214.111 |
| | | 199.244.214.111 |
| | | 199.244.214.111 |
| | | 199.244.214.111 |
| | | 199.244.214.111 |
| | | 199.244.214.111 |
| | | 199.244.214.111 |
| | | 199.244.214.111 |
| | | 199.244.214.111 |
| | | 199.244.214.105 |
| | | 199.244.214.111 |
| | | 199.244.214.104 |
| | | 199.244.214.104 |
| | | 199.244.214.104 |
| | | 199.244.214.111 |
| | | 199.244.214.111 |

0548

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | |
| **Plaintiff,** | **Case No.  2:15-cv-00269-MAK** |
| **v.** | |
| **BONAN HUANG** **NAN HUANG,** | |
| **Defendants.** | |

### Plaintiff's First Set of Interrogatories Directed to Bonan Huang

Pursuant to Federal Rules of Civil Procedure 26 and 33, plaintiff Securities and Exchange Commission (the "Commission") hereby requests that defendant Bonan Huang answer the below interrogatories and serve his answers and any objections on plaintiff's counsel, Christopher R. Kelly, Esquire, at the Commission's Philadelphia Regional Office, 1617 JFK Blvd., Suite 520, Philadelphia, Pennsylvania, 19103, **within five days**, as ordered by the Court's Temporary Restraining Order Freezing Assets, Granting Other Relief, and Order to Show Cause, entered by the U.S. District Court for the Eastern District of Pennsylvania on January 21, 2015 in this matter captioned SEC v. Huang, Case No. 15-cv-269 (E.D. Pa.).  The Commission reserves the right to supplement these interrogatories at any time.

### Definitions

Unless a contrary meaning appears in the text, the following Definitions shall apply for purposes of these interrogatories:

A.     The term "Commission" means the Securities and Exchange Commission, the plaintiff in this Action.

B.     The term "Bonan Huang" means Bonan Huang, a defendant in this Action.  The

term also includes any of Bonan Huang's current or former employees, attorneys, agents, accountants, auditors, consultants, advisors, or representatives.

C.      The terms "you" and "your" refer to "Bonan Huang," as that term is defined above.

D.      The term "Capital One" means Capital One Financial Corporation.  The term "Capital One" includes any of Capital One Financial Corporation's current or former directors, officers, members, managers, partners, employees, attorneys, agents, accountants, auditors, consultants, advisors, or representatives and any of Capital One Financial Corporation's successors, predecessors, parents, subsidiaries, and affiliates or any of their respective current or former directors, officers, members, managers, partners, employees, attorneys, agents, accountants, auditors, consultants, advisors, or representatives.

E.      The phrase "this Action" means the above-captioned action, <u>SEC v. Huang</u>, No. 15-cv-269 (E.D. Pa.), pending in the U.S. District Court for the Eastern District of Pennsylvania.

F.      The term "Consumer Retail Corporations" shall mean the companies listed on Attachment A.

G.      The terms "person" or "persons" mean any natural person, legal person, corporation, partnership, general partnership, limited partnership, limited liability company, joint venture, business organization, firm, association, sole proprietorship, agency, board, authority, commission, or other entity of any kind.

H.      The terms "document" or "documents" mean any form of writing or recordation in any medium upon which information may be printed, recorded, or stored and shall include, without limitation, the following:  all writings (handwritten, typed, printed, or the like), all drawings, brochures, sales materials, graphs, graphics, charts, photographs, negative

2

photographs, audio tape, or digital recordings memorialized in any form of media, electronic communications, e-mail messages (and attachments thereto), and other data compilations and databases whether analog or digital or another format from which information can be obtained and translated, if necessary, into a reasonably usable form. The terms "document" and "documents" also include images, film, microfilm, microfiche, video tape, video disk, any digital recording format, and the like. Where multiple copies of a document exist and such copies are in any respect non-identical (due to modification, alteration, notation, marginalia, or for any other reason), each non-identical copy constitutes a separate document for purposes of these requests. The terms "document" and "documents" shall include any draft document or other non-final document. The terms "document" and "documents" shall include electronically stored information and tangible things.

I. The term "communication" means any conversation, correspondence, discussion, meeting, message, or other occurrence in which data, conclusions, information, opinions, or thoughts are exchanged between two or more persons, whether it be written, oral, electronically transmitted, or transmitted by some other means.

J. The terms "and" and "or" shall be construed in both the disjunctive and the conjunctive to permit the broadest possible reading of the interrogatory so as to bring within the scope of the interrogatory documents or responses that might otherwise be construed to be outside the scope of the interrogatory.

K. The term "concerning" means concerning, comprising, constituting, containing, commenting on, dealing with, describing, discussing, embodying, evidencing, illustrating, pertaining to, referring to, reflecting, regarding, relating to, responding to, stating, or supporting in any way, either directly or indirectly.

3

0551

L.      The terms "relating to" and "relate to" shall be construed in the broadest possible sense to mean, *inter alia*, concerning, referring to, embodying, constituting, describing, connected with, commenting on, responding to, evidencing, identifying, supporting, contradicting, and/or rebutting.

M.      The singular form of a particular word shall be construed to include the plural and vice versa so as to include any documents or responses that might otherwise be considered to be beyond the scope of a particular interrogatory.

N.      Any masculine, feminine, or neuter term includes all other genders.

O.      The term "all" shall be construed to mean all and each.

**Instructions**

A.      Where knowledge, information, or documents are requested, such request encompasses knowledge, information, or documents in your possession, custody, or control or in the possession, custody, or control of your current or former employees, attorneys, agents, accountants, auditors, consultants, advisors, or representatives.

B.      Answer each interrogatory fully.  If you object to any interrogatory, state the reasons for objection and answer to the extent the interrogatory is not objectionable.  If you are unable to answer an interrogatory fully, submit as much information as is available, explain why your answer is incomplete, and identify and describe all other sources of more complete information.

C.      With respect to any documents responsive to or relating to these interrogatories, if you are aware that such documents once existed, but have been destroyed, you are required to state when the documents were destroyed and otherwise identify the circumstances surrounding the destruction.

D.      With respect to any documents responsive to or relating to these interrogatories, if such documents are not in your possession, but you know or have reason to believe they exist, the documents should be identified to the extent possible indicating the circumstances of your knowledge or beliefs regarding the documents.

E.      If you decline to respond to any of the following interrogatories or any part of an interrogatory by claiming that it calls for a communication, information, or document that is privileged or is otherwise subject to protection from discovery, set forth the following:

1.      the privilege or doctrine relied upon for withholding the information, communication, or document;

2.      the subject matter to which the information, communication, or document relates;

3.      with respect to any documents: (a) the date appearing on the document, and if no date thereon, so state and give the date, or approximate date, on which the document was prepared; (b) the general nature and a description of the document (e.g., whether it is a letter, memorandum, e-mail message, minutes of a meeting, etc.), and the number of pages of which it consists; (c) the name of the person or persons who signed the document and, if it was not signed, so state and give the name of the person or persons who prepared it; and (d) the name of the person to whom the document was addressed and the name of each person, other than the addressee, who received the document, or a copy thereof;

4.      the identities of each person who made or authored the communication or document or to whom the communication or document was directed or to whom the communication or document or pertinent information has been disclosed;

5.      the date the communication was made or the document or information was created and transmitted.

F.      The phrase "describe in detail" as used in these interrogatories includes a request for a complete description and explanation of the facts, circumstances, analysis, opinion, and other information relating to the subject matter of the specific interrogatory.  If you do not recall every specific detail responsive to the interrogatory, describe your best understanding of the

5

general information that you do recall.

G.     The phrase "state all facts" as used in these interrogatories requires that you:  (a) completely set forth all facts relating to the subject matter of the interrogatory; (b) identify all persons with knowledge of such facts; (c) set forth the nature of each such person's knowledge of such facts; and (d) identify each document relating to such facts and the subject matter of the interrogatory.

H.     When called upon to "identify" or to state an "identity" or "identities":

1.  in the case of a person other than a natural person, to set forth, _inter alia_, its name, the address of its principal place of business (including ZIP code), its telephone number, its state of incorporation or organization, its type of business organization, and the name of its chief executive officer (or, if none, the person holding a similar position), as well as, if it has a person other than a natural person who ultimately controls it, that other person's name, the address of that person's principal place of business (including ZIP code), that other person's telephone number, that other person's state of incorporation or organization, that other person's type of business organization, and the name of that other person's chief executive officer (or, if none, the person holding a similar position);

2.  in the case of a natural person, his name, his address (including ZIP code), his telephone number, the name of his employer, his employer's address (including ZIP code), and his title or position;

3.  in the case of a communication, its date, type (e.g., telephone conversation, in-person meeting), the place where it occurred, the identity of the person who made the communication, the identity of the person who received the communication, the identities of all persons present during the communication or to whom its contents were disclosed, and the subject matter discussed;

4.  in the case of a document, the title of the document, its author, the title or position and employer of the author, the addressee, each recipient of the document, the type of document (e.g., letter, e-mail message), the date of preparation, the date appearing on the document, the subject matter of the document, and the number of pages of which it consists;

5.  in the case of a contract or an agreement, its date, the place where it was executed or occurred, the identity of each person who was a party to the contract or agreement, the identity of each person who has knowledge of the contract or agreement or its terms, the identity of each person present when

6

the contract or agreement was executed or when the contract or agreement occurred, and the subject matter of the contract or agreement.

I.      All capitalized terms not defined herein have the definitions ascribed to them in the complaint (or any amended complaint) filed in this Action.

J.      Whenever a verb of any tense is used in these interrogatories, it shall include all other tenses as necessary to include any information that might otherwise be considered to be beyond the scope of a particular interrogatory.

K.      These interrogatories are continuing in nature such that you must supplement your responses in accordance with Rule 26(e) of the Federal Rules of Civil Procedure.  Any supplemental responses shall be promptly served on the Commission's counsel of record.

## **Interrogatories**

1.      Identify all persons that have knowledge of facts relating to or concerning the subject matter of this Action or the allegations set forth in the complaint (or any amended complaint) in this Action or any of the allegations (including affirmative defenses) set forth in your answer (or any amended answer) or any other pleading (or any amended pleading) and describe in detail the nature of each such person's knowledge.

2.      Identify all persons who have or had within their possession, custody, or control documents relating to or concerning the subject matter of this Action or the allegations set forth in the complaint (or any amended complaint) in this Action or any of the allegations (including affirmative defenses) set forth in your answer (or any amended answer) or any other pleading (or any amended pleading) and also identify all physical locations of such documents and all electronic sources of such documents (including, without limitation, computers, e-mail accounts, and servers).

3.      For the time period from January 1, 2011 to the present, identify each telephone number you or your wife or any member of your family or household has used and set forth who used the number, the periods of such use, the telephone company or carrier, and whether the number was a home, office, mobile, pager, facsimile, or some other kind of number.

4.      For the time period from January 1, 2011 to the present, identify each brokerage, investment, checking, savings, bank, credit card, charge card, debit card, or other financial account owned or controlled, in whole or in part, by you and set forth the firm at which the account was held, the full address of such firm, and the account number.

7

5.      Identify any foreign transfers of any cash, currency of any kind, or other assets by you or anyone related to you by blood or marriage.

6.      Set forth all reasons or factors that led you to search Capital One's computing or other information technology systems for data or other information relating to the Consumer Retail Corporations from January 1, 2011 to the present.  To the extent that any communication with any person was a reason or factor relating to any search, identify the person or persons involved in such communications, the date and time of such communications, the location of the communications, and describe in detail the content of such communications.

7.      Identify what, if anything, you did with any data or other information that you emailed, downloaded, or otherwise saved as a result of your searches on Capital One's computing or other information technology systems.

8.      Set forth all reasons, factors, or other information that led you to purchase Consumer Retail Corporation securities from January 1, 2011 to the present.  To the extent that any communication with any person was a factor relating to any purchase, identify the person or persons involved in such communications, the date and time of such communications, the location of the communications, and describe in detail the content of such communications.

Dated:  January 22, 2015               BY: _Christopher R. Kelly_____

                                               G. Jeffrey Boujoukos
                                             David L. Axelrod
                                             Christopher R. Kelly
                                             Securities and Exchange Commission
                                             Philadelphia Regional Office
                                           1617 JFK Boulevard, Suite 520
                                           Philadelphia, PA 19103
                                           Telephone: (215) 597-3100
                                           Facsimile: (215) 597-2740

**ATTACHMENT A**

1. Advance Auto Parts
2. Apple
3. Asbury Automotive Group
4. American Eagle Outfitters
5. AIG
6. Amazon
7. Abercrombie and Fitch
8. Angies Lits
9. Aeropostale
10. Ascena Retail Group
11. Autozone
12. Joseph A Bank
13. Bank of America
14. Baxter Int'l Group
15. Bed Bath and Beyond
16. Bravo Brio Restaurant Group
17. Best Buy
18. BeBe
19. Big 5 Sporting Goods
20. Big Lots
21. BJs Restaurants
22. Buckle inc
23. Barnes and Nobles
24. Body Central Corp
25. Bonton
26. Burlington Stores
27. Buffalo Wild Wings
28. Coinstar
29. CEC Entertainment
30. Casual Male
31. Cabelas
32. Cache Inc
33. Cheesecake Factory
34. Avis Budge Group
35. Caseys General Store
36. Cato Corp
37. Christopher and Banks Corp
38. Cracker Barrel
39. Anadarko
40. McDonalds

41. CEC Entertainment
42. Chicos
43. Chipotle
44. Capital One
45. Coach
46. Columbia Sportswear
47. Conns Inc
48. Cree Inc
49. Carters Inc
50. Salesforce.com
51. Citi Trends Inc
52. Coldwater Creek
53. Dillards
54. Destination Maternity
55. Dollar General
56. Dicks Sporting Goods
57. Dollar Tree
58. Dunkin Brands
59. Dominos
60. Darden
61. DSW
62. DTE Energy Group
63. DirectV
64. Ehtan Allen Interiors
65. Expedia
66. Express Inc.
67. FAS
68. Facebook
69. Family Dollar
70. Finish Line
71. Five Below
72. Foot Locker
73. Fifth and Pacific Co
74. Fossil Group
75. Francesca Holding Group
76. Genesco Inc
77. Guess
78. Gordmans Stores
79. Green Mountain
80. Game Stop
81. GNC
82. Genuine Parts

83. Gap
84. Groupon
85. Home Depot
86. HH Gregg
87. Hibbett Sports
88. Herbalife
89. Home Shopping Network
90. Hertz
91. Humana
92. Jack in the Box
93. Jetblue
94. JC Penney
95. Jamba Juice
96. Nordstrom
97. Kirklands Inc
98. Krispy Kreme
99. Michael Kors
100.        Kroger
101.        Kohls
102.        L Brands Inc
103.        Leapfrog Enterprises
104.        Lumber Liquidators
105.        LinkedIn
106.        Lowes
107.        Limited
108.        LuluLemon
109.        La Z Boy
110.        Macys
111.        Maidenform
112.        Mako Surgical Corp
113.        McDonalds
114.        Medifast
115.        Mattress Firm
116.        Monro Muffler Brake Inc
117.        Mens Wearhouse
118.        Noodles and Co
119.        Netflix
120.        Natural Grocer
121.        Blue Nile
122.        Nike
123.        Nimble Storage
124.        Nutrisystem

| 125. | Opentable |
| 126. | Oreilly Automotive |
| 127. | Overstock |
| 128. | Outerwall |
| 129. | Pitney Bowes |
| 130. | Potbelly |
| 131. | Priceline |
| 132. | Petsmart |
| 133. | Petmed Express |
| 134. | Pier 1 Imports |
| 135. | Childrens Place |
| 136. | Panera |
| 137. | Pacific Sunwear |
| 138. | Papa Johns |
| 139. | Qualcomm |
| 140. | Rue21 |
| 141. | Rite Aid |
| 142. | Rent a Center |
| 143. | Restoration Hardware |
| 144. | Ralph Lauren |
| 145. | Ross Stores |
| 146. | Red Robin |
| 147. | Radio Shack |
| 148. | Rosetta Stone |
| 149. | Ruby Tuesday |
| 150. | Starbucks |
| 151. | Select Comfort |
| 152. | Shoe Carnival |
| 153. | Seaworld |
| 154. | Shutterfly |
| 155. | Sherwin Williams |
| 156. | Signet Jewelers |
| 157. | Six Flags |
| 158. | Skechers |
| 159. | Stein Mart |
| 160. | Sonic |
| 161. | Staples |
| 162. | Standard and Poors |
| 163. | Sarepta Therapeutics |
| 164. | Stage Stores |
| 165. | Stamps.com |
| 166. | Susser Holdings |

167. Safeway
168. Fresh Market
169. Target
170. Tiffany
171. TJX Companies
172. Tilly's
173. Tempur Pedic
174. Trulia
175. Tractor Suplly Co
176. Tesla
177. Tuesday Morning
178. Tumi
179. Twitter
180. Texas Roadhouse
181. Under Armor
182. Ulta Salon
183. Urban Outfitters
184. Vitacost
185. Vistaprint
186. Vera Bradley
187. Vitamin Shoppe
188. Verizon Communications
189. Walgreen
190. Whole Foods
191. Wal-Mart
192. Williams Sonoma
193. Wet Seal
194. Weight Watchers
195. Zales
196. Yelp
197. Zillow
198. Zagg
199. Zumiez