## TABLE OF CONTENTS

| EX. | DESCRIPTION | PAGE(S) |
|---|---|---|
| 1 | Declaration of Dr. Torben Voetmann dated October 23, 2015 | 0804-0806 |
| 2 | Transcript of Dwight Custis Lee Brooks dated October 14, 2015 | 0807-0851 |
| 3 | Christopher Kelly letter to Eugene Ingoglia and Gregory Morvillo dated August 19, 2015 | 0852-0855 |
| 4 | Jason Somensatto letter to Christopher Kelly dated August 26, 2015 | 0856-0859 |
| 5 | Jason Somensatto email to Christopher Kelly with subject "SEC v. Huang" dated September 25, 2015 | 0860 |
| 6 | Defendant Bonan Huang's Supplemental Answers to Plaintiff's Second Set of Interrogatories dated September 9, 2015 | 0861-0865 |
| 7 | Defendant Nan Huang's Supplemental Answers to Plaintiff's Second Set of Interrogatories dated September 9, 2015 | 0866-0870 |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE | ) | |
| COMMISSION, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:15-cv-00269-MAK |
| | ) | (E.D.Pa.) |
| BONAN HUANG, | ) | |
| NAN HUANG, | ) | |
| Defendants. | ) | |

### DECLARATION

I, Dr. Torben Voetmann, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge:

1.   I am a Principal at The Brattle Group, a financial and economic consulting firm, and an adjunct professor at the University of San Francisco's School of Management.

2.   I have been asked by counsel for Defendants to examine the number of instances in which price returns following revenue announcements went in the opposite direction of "revenue surprises", defined by Mr. Stephen Graham as the difference between actual revenues and analyst revenue forecasts for a given company for any given quarter.[1]  A positive revenue surprise denotes that actual revenues exceeded the corresponding analyst revenue forecast, and vice versa for a negative revenue surprise. I rely on the data I gathered for my rebuttal report and conduct my analysis for the subset of 132 companies for which Mr. Graham found a statistically significant correlation between Capital One transaction data and revenues.[2]

---

[1]   Mr. Graham's measure of revenue surprises is thus not normalized by price or any other measure.

[2]   See Graham Report, Exhibit B.

3.   Exhibit 1 below displays the results of my analysis. There are 2,286 company quarters or observations in total for the subset of 132 companies with available data for reported revenues, analyst revenue forecasts and price returns. Panel A shows that abnormal price returns (adjusting for the market) went in the opposite direction of revenue surprises for approximately 44% of the total number of observations.   The results are similar if I examine raw price returns instead of abnormal price returns, displayed in Panel B.

### Exhibit 1
### Price Returns vs. Revenue Surprises for Graham's 132 "Significant" Companies

|  |  | Abnormal Price Returns | | Raw Price Returns | |
| --- | --- | --- | --- | --- | --- |
|  |  | Occurrences | Percentage of Total | Occurrences | Percentage of Total |
|  |  | [A] | | [B] | |
| Positive Revenue Surprise, Negative Price Returns | [1] | 585 | 25.6% | 579 | 25.3% |
| Negative Revenue Surprise, Positive Price Returns | [2] | 432 | 18.9% | 408 | 17.8% |
| All Revenue Surprises with Opposite Price Returns | [3] | 1017 | 44.5% | 987 | 43.2% |
| Total Observations (Company Quarters) | [4] | 2286 | 100.0% | 2286 | 100.0% |

Source: Bloomberg LP; Expert Report of Stephen Graham dated Sept. 18, 2015.
Note:
[1]: The company reported revenues are greater than the analyst revenue forecasts and the price return measure is negative.
[2]: The company reported revenues are less than the analyst revenue forecasts and the price return measure is positive.
[3]: [1] + [2]
[4]: The total number of quarterly company observations with available reported revenues, analyst revenue forecasts, and price returns data.
[A]: Abnormal Price Returns are calculated as Raw Price Return - SPXT Index Price Return dependent on the announcement time. If the annoucement time is after the market closes, the Price Returns are calculated as the change in the price between the announcement date and the day after the announcement date. Otherwise, the Price Returns are calculated as the change in the price between the day before the announcement date and the announcement date. The SPXT Index is the S&P 500 Total Return Index.
[B]: Raw Price Returns are calculated as the change in Price dependent on the announcement time. See note above.

4.   An example of a particular company which had several instances of abnormal price returns moving in the opposite direction of revenue surprises is Advance Auto Parts Inc. (AAP). For example, in 2009 Q1, 2009 Q2, 2013 Q1 and 2014 Q3, actual reported revenues for

0805

Advance Auto Parts were all higher than analyst revenue forecasts but the corresponding abnormal price returns following the revenue announcements were all negative.

5.   Similarly, Chipotle (CMG) displayed several instances of the opposite trend, *i.e.* actual revenues were lower than analyst expectations on many occasions but the corresponding post-announcement abnormal price returns were all positive. This occurred in 2009 Q1, 2009 Q2, 2009 Q4, 2012 Q2 and 2014 Q4. For example, in 2009 Q1, Chipotle's actual revenues were $354 million versus corresponding analyst expectations of $361 million. However, the abnormal price return following the revenue announcement for this quarter was a positive 6.32% (and the raw price return was 5.57%). Therefore, the actual revenues were lower than the corresponding analyst expectations but, contrary to Mr. Graham's prediction, the price return following the revenue announcement was relatively large and positive. In 2012 Q2, Chipotle again reported actual revenues of $691 million which were lower than the analyst revenue forecast of $707 million, but the post-announcement abnormal price return was a positive 1.17% (and the raw price return was a positive 1.46%).

6.   In sum, the data shows that for 44% of all observations across company quarters, the price impact was in the opposite direction of the expected price impact based purely on the revenue surprise as defined by Mr. Graham.

*Torben Voetman*

_____

Torben Voetman
Executed: October 23, 2015

3

**0806**



## CONFIDENTIAL

# Transcript of **Dwight Custis Lee Brooks**

**Date:** October 14, 2015

**Case:** Securities and Exhange Commission -v- Huang, et al

Planet Depos
Phone: 888-433-3767
Fax: 888-503-3767
Email: transcripts@planetdepos.com
Internet: www.planetdepos.com

Worldwide Court Reporting | Interpretation | Trial Services

**Page 1**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SECURITIES AND EXCHANGE COMMISSION )
                                    )
          Plaintiff,     )
                          )
     v.              ) Civil Action No.
                     ) 2:15-cv-00269-MAK
BONAN HUANG and NAN HUANG        )
                                 )
          Defendants.      )

CONFIDENTIAL

Deposition of Capital One

By and through its Corporate Representative,

DWIGHT CUSTIS LEE BROOKS

Richmond, Virginia

Wednesday, October 14, 2013

11:00 a.m.

Job No. 94420
Pages: 1 - 92
Reported by: Lois Boyle, RMR

**Page 2**

Deposition of DWIGHT CUSTIS LEE BROOKS, held at
the offices of:

Murphy & McGonigle, P.C.
4870 Sadler Road
Suite 301
Glen Allen, Virginia 23060

Pursuant to agreement, before Lois B. Boyle, RMR
and Notary Public in and for the State of Virginia.

**Page 3**

A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFF, SECURITIES AND EXCHANGE
COMMISSION:

    CHRISTOPHER R. KELLY, ESQUIRE
    DAVID L. AXELROD, ESQUIRE
    U.S. SECURITIES AND EXCHANGE COMMISSION
    DIVISION OF ENFORCEMENT
    One Penn Center
    1617 JFK Boulevard
    Suite 520
    Philadelphia, PA 19103
    (215)597-3741

ON BEHALF OF THE DEFENDANT, BONAN HUANG AND NAN HUANG:

    JASON SOMENSATTO, ESQUIRE
    EUGENE INGOGLIA, ESQUIRE
    MORVILLO, LLP
    1101 17th Street
    Suite 705
    Washington, DC  20036
    (202)803-5859

**Page 4**

A P P E A R A N C E S  (CONTINUED)

ON BEHALF OF CAPITAL ONE:

    TIMOTHY P. PETERSON, ESQUIRE
    MURPHY & McGONIGLE, P.C.
    555 13th Street, NW
    Suite 410 West
    Washington, DC  20004
    (202)661-7027

    MATTHEW B. JONES, ESQUIRE
    MURPHY & McGONIGLE, P.C.
    4870 Sadler Road
    Suite 301
    Glen Allen, VA  23060
    (804)762-5369

    JONATHAN CHIU, ASSISTANT GENERAL COUNSEL
    CAMERON FLOOD, ESQUIRE
    CAPITAL ONE SERVICES, LLC
    15000 Capital One Drive
    Richmond, VA  23238
    (804)284-8928

Case 2:15-cv-00269-MAK Document 62-2 Filed 11/06/15 Page 7 of 49
Confidential Deposition of Dwight Custis Lee Brooks
Conducted on October 14, 2015

2 (Pages 5 to 8)

**Page 5**

C O N T E N T S

EXAMINATION OF DWIGHT CUSTIS LEE BROOKS          PAGE

By Mr. Somensatto                    6

By Ingoglia                         90

E X H I B I T S

BROOKS DEPOSITION EXHIBIT              PAGE

Exhibit 1   Subpoena of Dwight C.L. Brooks   15

**Page 6**

P R O C E E D I N G S

Whereupon,

DWIGHT CUSTIS LEE BROOKS

being first duly sworn and affirmed to testify to the truth, the whole truth, and nothing but the truth, was examined and testified as follows:

EXAMINATION BY COUNSEL FOR THE DEFENDANTS

BY MR. SOMENSATTO:

Q. Morning, Mr. Brooks. My name is Jason Somensatto. I am with law firm of Morvillo, LLP. We represent the defendants in this case that the SEC has filed, Bonan and Nan Huang.

Have you ever been deposed before?

A. I have not.

Q. I'm sure your counsel has kind of explained what's going to happen here, but basically I'll be asking you a series of questions. The court reporter here is going to be writing down everything we say, so if you could, just wait until I get to the complete end of a question before you provide your answer. And similarly, I'll wait 'til you give your complete answer before I start my next question. Makes the transcript a lot easier. Does that make sense?

A. Yes.

Q. If you don't know the answer to a question,

**Page 7**

just let me know, okay?

A. (Nodding in the affirmative.)

Q. If you need to take a break at any time, also just let me know. The only thing that I ask is that you answer the question that's pending before we take a break. Does that make sense?

A. Makes sense.

Q. I'll probably take breaks about once an hour or so to make it easier on you.

MR. JONES: It's really to accommodate Mr. Somensatto.

MR. SOMENSATTO: Right.

Q. Can you give me your name for the record, please?

A. Dwight Custis Lee Brooks.

Q. How old are you, Mr. Brooks?

A. I am 45.

Q. And what's your work address?

A. 15000 Capital One Drive.

Q. And your home address?

A. 5724 Shady Grove Road, Glen Allen, Virginia 23059.

Q. Is Capital One's address here in Glen Allen or in Richmond?

MR. KELLY: Objection to form.

**Page 8**

Q. Go ahead, you can answer.

A. It's in Goochland County.

Q. From time to time, the SEC or some other counsel here might make an objection. It's for the record. You can go ahead and answer unless you've been instructed by your counsel not to answer.

You mentioned you've never been deposed before. Have you ever testified at trial?

A. I have not.

Q. What's your position at Capital One?

A. Senior Director of the data analyst within the Card Operations organization.

Q. Can you give me a quick description of what your responsibilities are in that job?

A. Yes. I lead a fairly large team of data analysts that support different business areas within Card Operations. Those business areas would be recoveries, collections, fraud, and servicing. Much of our work deals with writing computer code to extract data, perform analysis, do reporting at a very high level.

Q. So the analysts who work under you are the ones who are writing code for the purposes of these different functions regarding recoveries, fraud, collections, that type of stuff? Is that accurate?

Case 2:15-cv-00269-MAK Document 62-2 Filed 11/06/15 Page 8 of 49
Confidential Deposition of Dwight Custis Lee Brooks
Conducted on October 14, 2015

3 (Pages 9 to 12)

9

1      A.   There are various levels under me.  Some
2  people manage people, and their primary function is
3  managing people, but as you get lower in level, they are
4  the people writing the code.
5          MR. PETERSON:  I want to ask you to wait until
6  the questions are fully out there just so the transcript
7  reads properly.  You answered that a little quickly.  I
8  want to make sure the transcript is clear.
9  BY MR. SOMENSATTO:
10     Q.   Can you explain to me -- you mentioned people
11  below you -- where you sit within your group and within
12  the company?
13     A.   Yes.  As I said, I'm Senior Director.  I
14  report into a managing vice president.  Directly below
15  me, I have a team of other directors and senior managers
16  that report in to me.  And then layers below that you
17  would have people who might be principal associates,
18  senior associates, and associates.
19     Q.   How many people directly report to you?
20     A.   Directly report to me?
21     Q.   Approximately.
22     A.   It's currently five people.
23     Q.   And then underneath those five people, how
24  many people are there regardless of level?
25     A.   I tell you in total with me included, it's

10

1  about 85 people.
2      Q.   So basically you're the top of a pyramid
3  within the company that 85 people report to?
4      A.   I report obviously up to somebody as well, but
5  85 people reporting to me, yes, sir.
6      Q.   Okay.  And all the people that report to you
7  are in the sector that is doing data analysis of
8  cardholder transactions?  Is that accurate?
9      A.   It would be data analysis of within Card
10  Operations.  It may deal with cardholder transactions.
11  It could deal with other subject areas.
12     Q.   Can you explain to me what Card Operations is
13  for a lay person who is not involved in the credit card
14  industry?
15     A.   Yeah.  Card Operations would be for anybody
16  using a Capital One credit card.  It would be that
17  sector of the business within Capital One that I am
18  supporting in terms of data analysis.
19     Q.   Can you give me a sense like what other areas
20  outside of card operations as credit does Capital One
21  have?
22     A.   Yeah.  Outside of Card Operations, there would
23  be our bank operations who would deal with retail
24  banking.  There are auto finance areas which would deal
25  with car loans.  Those are a couple of examples for you.

11

1      Q.   So is Card Operations the biggest sector
2  within Capital One when you compare it to those other
3  what you were saying; car financing and consumer
4  banking?
5          MR. PETERSON:  Objection.  Vague as to
6  "biggest."
7  BY MR. SOMENSATTO:
8      Q.   The most people working in that area.
9          I ask because I think of Capital One as a
10  credit card company, but if I am mistaken about how it's
11  structured within the company, correct me.  But is it
12  accurate that Card Operations is the largest operation
13  in terms of number of people working there in Capital
14  One?
15     A.   I can't say that I actually know the numbers
16  across the different organizations so speak to.
17     Q.   So are your typical job responsibilities
18  mainly related to managing other people, or are you
19  actually writing code and doing that kind of work?
20          MR. PETERSON:  Objection to form.
21          MR. INGOGLIA:  Objection.
22          THE WITNESS:  The primary responsibility of my
23  job role is to manage and lead teams.  I will at times
24  still get into the coding.
25

12

1      Q.   In that role, do you make hiring and firing
2  decisions within your group?
3      A.   The hiring and firing, I will say I can
4  influence it.
5      Q.   So when you say you can influence it, what
6  does that mean?  You can give recommendations to others
7  who make the ultimate decision?
8      A.   There are other people that can influence the
9  size of my team, how many people I need to have on staff
10  besides myself.
11     Q.   How long have you been in your current
12  position?
13     A.   As a Senior Director, about two years.
14     Q.   And how long have you been at Capital One?
15     A.   I have been at Capital One since
16  September 1996.
17     Q.   Let's just do this in whatever way is easiest
18  for you, if it's chronological order going forward or
19  backwards.  But can you tell me the other positions
20  you've held at Capital One?  I know it's a long career.
21     A.   So September 1996 I started in call centers.
22  Do you need specific names of the different call
23  centers?
24     Q.   Well, what is the call center related to?
25     A.   The one I started in was retention.  I was in

Case 2:15-cv-00269-MAK Document 62-2 Filed 11/06/15 Page 9 of 49
Confidential Deposition of Dwight Custis Lee Brooks
Conducted on October 14, 2015

4 (Pages 13 to 16)

13

1  call centers until the year 2000 and then moved over to
2  data analyst role.  From that point on I've actually
3  been in Card Operations in data analyst roles the entire
4  time.  In either working in the various business areas,
5  for example, I started in the servicing side, shifted to
6  collections, and then my role expanded to where I was
7  over -- basically had people reporting to me in
8  collections and recoveries, then collections,
9  recoveries, servicing and fraud.
10     Q.  And have you always been in the Richmond
11  offices of Capital One?
12     A.  I have always been in Richmond offices within
13  Capital One.
14     Q.  Where did you work before Capital One?
15     A.  Had various jobs that would be part-time roles
16  for the most part, some of them at various banks, some
17  of them at retail outlets until I started at Capital
18  One.
19     Q.  What's your highest level of education?
20     A.  I have a master's degree.
21     Q.  What's your master's in?
22     A.  Business Analytics.
23     Q.  And when did you get that?
24     A.  2015.
25     Q.  Congratulations.

14

1     A.  Thank you.
2     Q.  And where did you get that master's from?
3     A.  Virginia Commonwealth University.
4     Q.  Before that, do you have an undergraduate
5  degree from a four-year college?
6     A.  Yes.
7     Q.  From where?
8     A.  Hampden-Sydney College.
9     Q.  And when did you obtain that degree?
10     A.  1992.
11     Q.  So after graduating Hampden-Sydney in 1992,
12  until the time that you joined Capital One in 1996,
13  during that entire period there was just a variety of
14  part-time jobs; is that correct?
15     A.  That's correct.
16     Q.  Do you have any kind of certificates or
17  specialty training in a particular area?
18     A.  I have internal certificates from Capital One
19  in areas like business process management, agile
20  training, design thinking is another one.
21     Q.  You said you got involved in the data analyst
22  role starting in 2000, correct?
23     A.  Correct.
24     Q.  Was there some specific training you needed to
25  become a data analyst?

15

1     A.  I had a mathematics degree which played well
2  into the data analyst role, and the additional training,
3  you could take different technical courses to get the
4  technical skills you needed as you went through.
5     Q.  The math degree was from Hampden-Sydney?
6     A.  That's correct.
7     Q.  Did you have, like, were you trained in
8  writing certain types of computer code or have you been
9  trained in since you started in data analyst?
10     A.  I did take training classes early on.  Most of
11  my skill set was in SQL code which is very simple
12  language.
13        MR. SOMENSATTO:  Let's get this marked as
14  Exhibit 1.
15        (Brooks Exhibit No. 1, Subpoena, was marked
16  for Identification.)
17  BY MR. SOMENSATTO:
18     Q.  Mr. Brooks, I'm handing you what I've had
19  marked as Exhibit 1 which is a copy of the subpoena that
20  we originally served on Capital One, also a schedule of
21  the deposition topics for today, and a listing of
22  companies that the SEC actually filed that at least we
23  understand to be certain companies that the SEC alleges
24  that our clients traded upon information obtained from
25  Capital One.

16

1        As you'll see, I can represent for the record
2  on the subpoena that we had asked you to testify at our
3  New York offices but through agreement with counsel,
4  we're here today.  But I'd like you to flip to the
5  second document in there, the Schedule A of deposition
6  topics.
7     A.  (Witness complies.)
8     Q.  First, I'm just going to go through these
9  topics one at a time, and I want you to just let me know
10  if you are able to testify on behalf of Capital One
11  about each topic.
12        So the first one says "the database -- so the
13  preamble to this section is that "The Deponent,' which
14  is you, 'shall be knowledgeable about the following
15  topics:  The database of credit cards sales/purchases
16  maintained by Capital One and accessible by Bonan and
17  Nan Huang during their employment at Capital One,
18  including how the database works, the scope of
19  information available on the database, and how the
20  information on the database can be stored and
21  manipulated."
22        Do you see that section?
23     A.  Yes.
24     Q.  Are you knowledgeable about that topic?
25     A.  Yes.

Case 2:15-cv-00269-MAK Document 62-3 Filed 11/06/15 Page 10 of 49
Confidential Deposition of Dwight Custis Dee Brooks
Conducted on October 14, 2015

5 (Pages 17 to 20)

17

1    Q.  And I mean, we have discussed here that you
2  are basically in a senior position in the data analyst
3  role.  Do the data analysts work with the database that
4  we're referencing here?
5    **A.  They do.**
6    Q.  And what's the name of that database?
7    **A.  The product is a Teradata product.**
8    Q.  So it's a product made by a third party named
9  Teradata?
10    **A.  The company that creates the database**
11  **management system is Teradata.**
12    Q.  Does it have a proprietary name that you guys
13  use within Capital One, or do you call it by any
14  shorthand?
15    **A.  We call it One View or One Ops.**
16    Q.  Is there any reason for the two names?  Is
17  there any distinction between what they mean?
18    **A.  One View is used by the -- is a user container**
19  **and database that can be accessed by the general users.**
20  **One ops is more for operational processes and has a**
21  **restricted access on it.**
22    Q.  When you say "general users," who do you mean?
23    **A.  For example, people within my organization**
24  **would be accessing One View directly.**
25    Q.  And so when we talk about One Ops as having

18

1  restricted access, who is that limited to?
2    **A.  Tech is the primary user of the One Ops**
3  **version.**
4    Q.  Who is tech or what is tech?
5    **A.  IT, information technology.**
6    Q.  I will probably come back to talk about this
7  topic, but I want to move on to the next one in the
8  schedule that you're looking at.
9    No. 2 says: "Capital One's market share in
10  the U.S. credit card industry with respect to all credit
11  card purchases, and, if possible, with respect to credit
12  card purchases made at each of the individual companies
13  listed in Attachment A."
14    And if you see Attachment A, is the other
15  document behind it.  Are you knowledgeable about that
16  topic, or have you obtained knowledge for purposes of
17  this deposition about that topic at all?
18    MR. KELLY:  Object to the form of the
19  question.
20    MR. PETERSON:  Same objection.
21  BY MR. SOMENSATTO:
22    Q.  You can answer, go ahead.
23    **A.  I've been informed enough to speak to it, yes.**
24    Q.  Okay.  And when you say you've been informed
25  enough to speak of it, is that in preparation for today

19

1  or at some point?  Do you have, like, background
2  knowledge before knowing about this deposition about
3  that topic?
4    **A.  That would be in preparation for today.**
5    Q.  Okay.  And was preparation done with
6  Mr. Peterson here or with counsel for Capital One?
7    **A.  Internal and external counsel.  We prepared**
8  **for about five hours yesterday.**
9    Q.  I don't want you to tell me anything you guys
10  talked about.  That's privileged, but you mentioned that
11  you met for about five hours.  Is that the period in
12  which you were informed about this topic?
13    **A.  Correct.**
14    Q.  Okay.  And the topic is worded to ask if you
15  are knowledgeable about Capital One's market share in
16  general and says, if possible, with respect to each of
17  the individual companies.
18    Were you able to be educated about the market
19  share that Capital One has with respect to each of those
20  individual companies?
21    MR. PETERSON:  I object and ask, so that we
22  don't thread on any attorney/client privilege, can you
23  ask if he currently has knowledge or information with
24  regard to those topics?
25    MR. SOMENSATTO:  Yes.

20

1  BY MR. SOMENSATTO:
2    Q.  Do you have information or knowledge regarding
3  those topics?
4    **A.  Yes, we actually don't know the market share**
5  **of Capital One.**
6    Q.  Okay.  Do you know if there's anybody else
7  within Capital One who does have that information?
8    **A.  Capital One does not know.**
9    Q.  All right, moving to No. 3.  It says: "The
10  information that Bonan and Nan Huang allegedly accessed,
11  saved or printed from Capital One's database of credit
12  card sales/purchases for their personal use during their
13  employment at Capital One."
14    Do you have knowledge about that topic?
15    **A.  Yes.**
16    Q.  Is that knowledge you had before prepping for
17  the deposition today?
18    **A.  Yes.**
19    Q.  Okay.  I'm going to come back to that later.
20    No. 4 says: "The information, if any, that
21  Capital One sells to third parties about credit card
22  sales/purchases made using Capital One credit cards,
23  including any information selected or aggregated from
24  the database that Bonan and Nan Huang had access to and
25  which was sold to third parties.

Case 2:15-cv-00269-MAK Document 62-3 Filed 11/06/15 Page 11 of 49
Confidential Deposition of Dwight Custis Lee Brooks
Conducted on October 14, 2015

6 (Pages 21 to 24)

---

**21**

1      "As part of testimony on this topic, the
2  witness should be knowledgeable about what information
3  is sold to third parties, the terms of those deals, and
4  the timing of when information is sold."
5      A. Yes.
6      Q. Are you knowledgeable about that topic at this
7  point?
8      A. Yes.
9      Q. And was this knowledge that you had before
10  prepping for the deposition today?
11      A. It was not.
12      Q. No. 5 on the second page there is: "Bonan and
13  Nan Huang's work history with Capital One, as well as
14  their personal files and the circumstances surrounding
15  their termination as employees of Capital One."
16      Do you have knowledge about that topic?
17      A. I do.
18      Q. Actually, I'm going to use that to jump off.
19  How did you know Bonan and Nan Huang?
20      A. They worked within our Fraud Disputes Data
21  Analyst Department. They were several positions below
22  me. In other words, they did not report directly to me,
23  but they reported up through me within my organization.
24      Q. So they were one of the 85 people that would
25  fall under your organization?

---

**22**

1      A. Correct.
2      Q. Approximately.
3      Did you know them personally?
4      A. I did, yes.
5      Q. How frequent were your personal interactions
6  with them?
7      A. Rather infrequent.
8      Q. Would you say, if you can estimate, once a
9  month you would have conversations with them, once a
10  week?
11      MR. PETERSON: Objection. Vague as to whether
12  you're talking about Bonan or Nan.
13      MR. SOMENSATTO: Let's separate them. That's
14  a good point.
15  BY MR. SOMENSATTO:
16      Q. Obviously we represent both Bonan and Nan in
17  this case, and I'm going to ask you questions about both
18  of them, but I would like, to the best of your ability,
19  to separate, you know, the two people so people and
20  tell me with respect to each, you know, your answers
21  when I ask you about them if that makes sense.
22      So how frequently, let's start with Bonan,
23  would you interact with Bonan?
24      A. I would say my personal interactions were
25  pretty infrequent. They did sit within the same floor,

---

**23**

1  the same area as I did, so it was more of the casual
2  conversations here and there. I knew more of their work
3  performance through their management chain.
4      Q. Was it the same way with Nan then?
5      A. Same with both.
6      Q. You mentioned management chain. Explain the
7  management chain from where they were up to you,
8  identifying who was each person in each role?
9      A. Okay. So Bonan and Huang report in to a
10  manager who reports in to a director and that director
11  reports to me.
12      Q. During their employment at Capital One, were
13  the manager and director the same people throughout that
14  period?
15      A. They were not.
16      Q. Do you know who the managers and directors
17  were throughout their employment at Capital One?
18      A. There are many changes that happen in their
19  tenure at Capital One, so I do not know each change in
20  direct management chain.
21      Q. Let's start with the manager that they
22  reported to. I mean, can you give me the names of
23  whichever managers you do recall them reporting to?
24  This is with respect to Bonan. We'll do this separately
25  for Nan.

---

**24**

1      A. Okay. So the current structure or when they
2  were terminated was that Bonan reported into David
3  Samuel and the director was Matt Panas.
4      Q. Want to spell that for the court reporter, if
5  you know?
6      A. It M-a-t-t P-a-n-a-s.
7      Q. So that was the manager and director that were
8  the most recent manager and director that they reported
9  to before they were let go; is that correct?
10      A. Correct.
11      Q. Or that Bonan reported to?
12      A. Correct. So --
13      Q. Go ahead.
14      A. Bonan started July 2011, and, again, different
15  reporting structure. The hiring manager at that time
16  was Nilesh Bhandare.
17      Q. Can you spell that?
18      A. N-i-l-e-s-h B-h-a-n-d-a-r-e.
19      Q. And this was all a chain within fraud
20  disputes?
21      A. Bonan, David and Matt Panas all worked within
22  the specific area of fraud disputes.
23      Q. Can you describe for me in lay terms, if
24  possible, what fraud disputes handle within Capital One?
25      A. They basically support credit card -- they

---

Confidential Deposition of Dwight Custis Dee Brooks
Conducted on October 14, 2015

25

1  look for credit card fraudulent activity where you might
2  have people making fraudulent transactions against
3  legitimate cardholders or leveraging payments to commit
4  fraud. So they're looking for those types of
5  transactions.
6      We also in the dispute side, current customers
7  call in to dispute charges, so there's a part of our
8  network that supports customers who call in to say this
9  charge is not legitimate and it begins an analysis of
10  those charges.
11     Q.  With respect to -- well, were the job
12  responsibilities of Bonan and Nan different?
13     A.  They were different.
14     Q.  Can you explain that to me, like which role
15  each of them had?
16     A.  Yes.  I'll start with Bonan.
17     Q.  Perfect.
18     A.  He had a long history so job -- I will tell
19  you job roles change over time.  I will say the most
20  kind of recent history over the past year, kind of 2014
21  onwards, has been transaction fraud, which means he is
22  looking for activity that deals with transactions that
23  could be identified as fraudulent transactions.
24     Q.  Okay.  And how about Nan?
25     A.  Nan's role was very different.  He was in a

26

1  very specialized area of our Fraud Disputes Department
2  called Judgmental Underwriting.
3      Q.  Go ahead and explain to me what that is.
4      A.  For credit card applications that come in
5  where there is a question whether to give the customer
6  the credit line they deserve, he supports basically the
7  call centers that do that analysis for those
8  applications that come in.
9      Q.  Looking for potential fraud in applications?
10     A.  It's actually not even fraud.  It's really
11  supporting the call center to make sure that -- to give
12  them information on their performance.
13     Q.  Okay.
14     A.  How the agents that are handling the analysis
15  are performing.
16     Q.  But he was still within the group that would
17  be considered fraud disputes?
18     A.  Yes.
19     Q.  Let's go to Bonan.  Well, before I do that,
20  let me get who Nan reported to, at least most recently
21  before he was terminated.
22     A.  Nan reported into Steven Ricker.
23     Q.  Go ahead and spell Ricker.
24     A.  R-i-c-k-e-r.  Steven reported into Matt Panas;
25  Matt reports to me.

27

1      Q.  What is Matt Panas's role?  Like what's his
2  job title, do you know?
3      A.  He is Director Data Analysis of the fraud
4  disputes area.
5      Q.  So does he manage all of fraud disputes?
6      A.  Just the data analyst.  Fraud disputes as a
7  whole is a larger organization.
8      Q.  That reminds me, one of the questions I wanted
9  to ask was:  So I understand the looking for fraud in
10  credit card transactions, what does a data analyst like
11  Bonan do to help achieve that?  Are they running --
12  well, you tell me.  What does a data analyst in that
13  area do?
14     A.  So there are three primary things that a data
15  analyst, I would say, support.  One is reporting.  So
16  that would be reports on -- that would be reporting on
17  agent performance, for example.  Agents handle these
18  fraud disputes calls that come in every day in a call
19  center.  So somebody is supporting that particular
20  transaction area will provide performance reporting on
21  those agents, for example.  There is reporting.
22     There is analysis.  So analysis could be on
23  certain customer transactions that maybe may need
24  research into whether they are fraudulent or not.
25     And then I'll say operational solutions.  We

28

1  run automated batch defenses to defend against fraud.
2  So it would be like a trigger in case we saw certain
3  things happen on a customer's account and it would
4  trigger us to say, hey, let's suspend this account and
5  not let any more charges come through because we think
6  there could be a fraudster using an account.
7  BY MR. SOMENSATTO:
8      Q.  So someone in, let's stick with Bonan, in his
9  role, would he see the alert that the fraud was
10  happening or would he be the one creating the system to
11  catch the fraud?
12     MR. PETERSON:  Objection, form.
13     Q.  You can go ahead and answer if you know.
14     A.  The data analyst writes the code using SQL
15  against our Teradata databases.
16     Q.  That will help identify the fraud?
17     A.  Correct.
18     Q.  What about what was, if you can, Nan's
19  functions within his role in judgmental overwriting with
20  respect to being a data analyst on that topic?
21     MR. KELLY:  Objection to form.
22     Q.  Go ahead, you can answer if you understand.
23  If you ever don't understand a question, please just let
24  me know and I'll try to reword it.
25     MR. PETERSON:  Do you understand the question?

Case 2:15-cv-00269-MAK Document 62-3 Filed 11/06/15 Page 13 of 49
Confidential Deposition of Dwight Custis Lee Brooks
Conducted on October 14, 2015

8 (Pages 29 to 32)

29

1        THE WITNESS: I do.
2        Generically the function is the same, it's
3  reporting analysis and operational solutions within his
4  particular role. It was very much call center agent
5  based on the performance of the call center agents
6  themselves.
7  BY MR. SOMENSATTO:
8    Q.  Going back to Bonan, for what reason would he
9  access the Teradata database pursuant to his job
10 function?
11   **A.  So as a data analyst, that is his core job, is**
12 **to write SQL code against our databases. So that is the**
13 **core functionality that he would use if not every day,**
14 **pretty close.**
15   Q.  When he would write code, would he be
16 accessing -- well, would he be downloading any
17 information from the database for any reason?
18   **A.  Can you rephrase that question, please?**
19   Q.  I can try.
20       My very elementary understanding of a
21 database, right, would be somewhere that stores a lot of
22 information and there could be inputs into it in the
23 terms of computer code that tell it, you know, spit out
24 this information or run this function. And then there
25 could be the actual running of that function to access

30

1  the information in which case they would be obtaining
2  information as opposed to just inputting code.
3       Did their job responsibilities -- well, first
4  of all, is that an accurate description of what we're
5  talking about here?
6    **A.  Yes.**
7    Q.  Did their job responsibilities include
8  actually pulling information off the database?
9        MR. KELLY: Object to the form of the
10 question.
11       MR. PETERSON: Same objection.
12 BY MR. SOMENSATTO:
13   Q.  Do you understand?
14   **A.  I understand.**
15       **So the Teradata database is a massive database**
16 **management system. There's data that flows into it from**
17 **production sources. Production sources would be our**
18 **actual call systems, our transaction systems. Someone**
19 **like Bonan would access that data so they would be able**
20 **to pull it or extract it to see the data and information**
21 **in it, but they also have the capability to manipulate**
22 **and create their own tables and manipulate the data to**
23 **meet the needs for their business area.**
24   Q.  As part of that latter ability, is anything
25 saved locally on their computers or is it all saved on

31

1  some network system with respect to the database?
2        MR. PETERSON: Objection to form.
3        MR. KELLY: I am going to object to form. I
4  do think that you should probably stick with Bonan and
5  Nan so that we don't have a muddled record.
6        MR. SOMENSATTO: I guess one of the topics of
7  the deposition notice is how this database works, that's
8  all I am trying to understand, and how it relates to
9  their job responsibilities. I mean, you can feel free
10 to answer with respect to Bonan and Nan but --
11       MR. KELLY: I am just going to object to the
12 extent that the question doesn't separate out between
13 Bonan and Nan's job responsibilities. Because the
14 witness already said the job responsibilities are
15 different.
16       MR. PETERSON: My objection was to the extent
17 you characterize the database working in one manner or a
18 different manner, which may or may not be relevant.
19 BY MR. SOMENSATTO:
20   Q.  Mr. Brooks, my understanding from this case is
21 that there was certain information that, let's say,
22 Bonan, start with him, accessed from the database and
23 saved locally on his computer. Is that correct?
24   **A.  He can manipulate data within the database**
25 **itself. He can also download that information to his**

32

1  **desktop hard drive if he likes.**
2    Q.  My question was: Was any part of his job
3  responsibilities, did it require him to download that
4  information when he was -- well, I'll leave it at that.
5    **A.  Any data analyst is likely to download**
6  **information to their hard drive desktop at some point,**
7  **yes.**
8    Q.  Did Capital One have any restrictions that
9  would have prohibited Bonan from downloading information
10 and saving it on his personal computer to the extent
11 that he was trying to fulfill his job functions?
12   **A.  Can you rephrase that question one more time?**
13   Q.  As part of Bonan's job responsibilities, was
14 there any restriction on his ability to download and
15 save information on his computer?
16   **A.  The restrictions would be that the data that**
17 **he is downloading should be limited to business purpose**
18 **use only.**
19   Q.  Okay. Was there any monitoring to determine
20 whether the information they downloaded was for business
21 purposes, monitoring by Capital One?
22       MR. KELLY: Objection to form.
23       MR. PETERSON: Objection to form.
24 BY MR. SOMENSATTO:
25   Q.  Do you understand the question?

Case 2:15-cv-00269-MAK   Document 62-3   Filed 11/06/15   Page 14 of 49
Confidential Deposition of Dwight Custis Lee Brooks
Conducted on October 14, 2015

9 (Pages 33 to 36)

**33**

1    A. Yep. There is monitoring of usage of Teradata
2  in terms of impacting the system, and there are controls
3  around access to different data tables. At the same
4  time, again, it should be limited to business purpose,
5  and there's an expectation that the associates know that
6  and are using it for that purpose.
7    Q. I'm going to give you an example for my life
8  just to see if this actually applies in Capital One, and
9  it may not. You can tell me I'm crazy. I worked at a
10 law firm where we have a database of information. I am
11 allowed to access that, look at it, save stuff to it,
12 but I'm not allowed to save anything on my actual local
13 computer from that.
14    Was something like that in place at Capital
15 One?
16    MR. PETERSON: Objection to vagueness of the
17 question.
18 BY MR. SOMENSATTO:
19    Q. Does the question make sense to you?
20    A. Yes, the question makes sense to me.
21    You can save things locally on your hard drive
22 on your Capital One laptop, not your personal laptop.
23    Q. You mentioned that there's monitoring of
24 Teradata. Limited to the roles that Bonan and Nan had,
25 what kind of -- well, explain to me what monitoring is

**34**

1  done of Teradata.
2    A. So it's a system with a massive number of
3  users, thousands of users on Teradata. The system can
4  be impacted by one user using it inappropriately. And
5  what I mean by that is an efficient query or efficient
6  SQL statement they have written can impact the entire
7  user base.
8    We have people in our information technology
9  area that monitor for queries that will tax the system
10 to a point it is impacting all the other users, and they
11 will notify those users if that occurs.
12    Q. Does that occur frequently?
13    MR. PETERSON: Objection.
14    Q. How frequently does that occur that something
15 is found that may impact the entire system?
16    A. I'm not sure of the frequency. I'm not the
17 monitor person.
18    Q. Is there any monitoring of Teradata that is
19 looking to whether employees are using the information
20 for nonbusiness purposes?
21    MR. KELLY: Objection to form.
22    MR. PETERSON: Same objection.
23    MR. SOMENSATTO: What's the basis of the
24 objection?
25    MR. KELLY: Monitoring is vague.

**35**

1    MR. SOMENSATTO: He is the one who said that
2  there's --
3  BY MR. SOMENSATTO:
4    Q. There is monitoring of Teradata, right?
5    A. Of system performance.
6    Q. What is system performance?
7    A. Query performance.
8    Q. Right. The query performance being code
9  that's entered into Teradata, right?
10    A. Correct.
11    Q. And that, I presume, is done by a group of
12 people in IT who monitor Teradata; am I correct?
13    A. Correct.
14    Q. My question is: Is any part of that
15 monitoring looking at whether queries are being
16 performed for potential nonbusiness purposes?
17    A. That particular monitoring is not monitoring
18 for what you've stated.
19    Q. Did Nan and Bonan have the same access to the
20 database as each other or did one have greater access?
21 If that makes sense.
22    MR. PETERSON: Objection, form and vagueness.
23 BY MR. SOMENSATTO:
24    Q. Does it make sense to you? Sorry, I'm talking
25 in technical language that I don't fully understand

**36**

1  personally but --
2    A. There are honestly so many different roles, I
3  don't know exactly the roles that they had for the
4  Teradata database.
5    Q. Okay. But based on individual employees, can
6  the level of access change significantly?
7    MR. PETERSON: Objection, vague. We haven't
8  established if there are levels of access or what we're
9  talking about here when we talk about access.
10    Q. We did talk about general users and restricted
11 access of One Ops. And, I guess, that's my basic
12 question: Is there some difference in how Bonan could
13 interact with the database as opposed to Nan?
14    MR. KELLY: Object as vague.
15    A. They may have access to different tables based
16 on their roles.
17    Q. So certain tables can be cut off from one
18 employee based on their job functions?
19    A. Correct.
20    Q. Sorry. Thank you for your patience with this.
21    What training did Bonan and Nan have on how to
22 use Teradata or should I refer to it as One View? Is
23 that a more accurate description?
24    A. Either is fine.
25    Q. Okay. What training did they have on the

Case 2:15-cv-00269-MAK  Document 62-3  Filed 11/06/15  Page 15 of 49
Confidential Deposition of Dwight Custis Lee Brooks
Conducted on October 14, 2015

10 (Pages 37 to 40)

37

1  database, on how to use the database?
2      A.  The technical training, I'm not sure exactly
3  what technical training classes they had taken.  The
4  training I would highlight is the usage of the data and
5  the proper usage of the data.  They had training on the
6  need to use it for business purposes only and limited
7  for business purposes.
8      Q.  Was that independent training on just that
9  topic or was that part of some broader training?
10     MR. PETERSON:  Objection, form.
11 BY MR. SOMENSATTO:
12     Q.  Go ahead, you can answer.
13     A.  They had very specific CBTs, which are
14 computer based training modules, that they had to take
15 on an annual basis that stated those requirements.
16     Q.  I understand that training was done on a
17 computer but was it a video that they watched or was it
18 a test that they had to take?
19     A.  It is, like I said, a computer-based training
20 with a series of video or slides that they go through.
21 I can't say this for all CBTs.  Most CBTs do have a test
22 you have to complete at the end, but you have to at
23 least fulfill completion of the CBT.
24     Q.  And that's annual training?
25     A.  Code of conduct definitely is annual, that's

38

1  correct.
2      Q.  When you say "code of conduct," is the code of
3  conduct training with respect just to the database or
4  just more generally code of conduct within Capital One?
5      MR. PETERSON:  Objection, form.
6      A.  Code of conduct covers all behaviors of
7  Capital One.
8      Q.  We spoke a while ago about your kind of
9  informal communications, if any, or interactions with
10 Bonan and Nan, but I want to get to your formal
11 relationship with them with respect to the company.
12     Were you involved in reviewing their job
13 performance?
14     A.  Not directly with them.  I am involved in
15 reviewing their job performance through their management
16 chain.
17     Q.  And, again, I'm going to ask these questions
18 with respect to both of them.  If there is a distinction
19 ever, let me know, otherwise I'm going to have to ask
20 every question twice, which could take a lot longer.
21     So would you sit in their oral reviews?
22     A.  Did not sit in their oral reviews.  I sat in
23 sessions where we rate the performance of the
24 associates.
25     Q.  Did they have oral reviews or face-to-face

39

1  reviews with their managers?
2      A.  They would have oral reviews with their
3  managers.
4      Q.  And then their managers would also prepare
5  written reviews?
6      A.  Written reviews are prepared as well.
7      Q.  Did you prepare written reviews or did you
8  just review other people's written reviews?
9      MR. PETERSON:  Objection, form.
10     THE WITNESS:  Can you rephrase the question?
11 BY MR. SOMENSATTO:
12     Q.  Did you prepare written reviews about Bonan
13 and Nan?
14     A.  Not for Bonan and Nan, no.
15     Q.  But you reviewed the written reports about
16 them?
17     A.  We have a meeting where we discuss the
18 performance and rating of each associate in our
19 department.  I'm a key person as part of those
20 discussions.
21     Q.  If you can, and tell me if you can't, but
22 generally do you recall how the performance reviews were
23 for Bonan?  Was he a good employee, was he a bad
24 employee?  And let's for now put aside the conduct at
25 issue in this case, which we'll get to and talk about

40

1  before then.
2      MR. PETERSON:  What time period for that?
3  BY MR. SOMENSATTO:
4      Q.  Well, let's establish that.  When did you
5  learn about the alleged conduct at issue in this case?
6      A.  It was some time around the beginning of last
7  quarter for 2014.
8      Q.  So before that, how were Bonan's job reviews?
9      MR. KELLY:  Objection, form.
10     Q.  You can answer.
11     MR. PETERSON:  Same objection.
12     A.  Bonan was a very solid performer.  He was
13 doing well.
14     Q.  And how about Nan?
15     A.  Nan was --
16     MR. PETERSON:  Same objection.
17     MR. KELLY:  Same objection.
18     Q.  Go ahead.
19     A.  Nan was not a solid performer and was getting
20 poor ratings.
21     Q.  Do you remember what the basis for those poor
22 ratings were?
23     A.  I don't remember the exact basis for the
24 ratings other than the conversation with the manager
25 that he was not performing the duties as effectively as

Case 2:15-cv-00269-MAK Document 62-3 Filed 11/06/15 Page 16 of 49
Confidential Deposition of Dwight Custis Lee Brooks
Conducted on October 14, 2015

11 (Pages 41 to 44)

---

41

1 he should be.
2    Q. Do you remember any specific disciplinary
3 issues that Capital One had with respect to Bonan before
4 the conduct at issue in this case?
5    **A. No specific disciplinary issues. He was being**
6 **discussed for getting an inconsistent rating.**
7    Q. What does that mean?
8    **A. That means he's a lower performer in the**
9 **company.**
10    Q. This is Bonan or Nan?
11    **A. Nan. Did you ask me about Nan or Bonan?**
12    Q. I asked about Nan -- or Bonan, but let's go
13 with Nan. We're there.
14    **A. Sorry.**
15    Q. That's fine.
16    So he was on the verge of getting an
17 inconsistent rating?
18    **A. He was on the verge of getting an inconsistent**
19 **rating.**
20    Q. Sorry, you were explaining to me what that
21 meant?
22    **A. Means he is a lower performer, likely in the**
23 **lower 15 percent of performers.**
24    Q. What consequence does that potentially have?
25    **A. Likely go on a performance plan.**

---

42

1    Q. How about Bonan, any disciplinary issues?
2    **A. I'm not aware of any disciplinary issues.**
3    Q. How are you doing? Do you need a break?
4    **A. I wouldn't mind a break.**
5    MR. SOMENSATTO: Let's do it then, five
6 minutes or so.
7    MR. PETERSON: Off the record.
8    (Off-the-record discussion was held.)
9    (Short recess taken.)
10 BY MR. SOMENSATTO:
11    Q. Mr. Brooks, before I get into the substance,
12 real substance, I guess, let me ask you a few questions
13 about how you prepared for today.
14    When were you notified that you would be
15 deposed as part of this case?
16    **A. About a week, week and a half ago.**
17    Q. And I want you to, again, put aside any
18 meeting you had with your attorneys. I don't want to
19 hear about that, but did you review any documents in
20 preparation for today?
21    MR. PETERSON: Other than he might have
22 reviewed with attorneys.
23 BY MR. SOMENSATTO:
24    Q. If you reviewed them even with attorneys, I
25 don't want to hear about what you discussed, but I would

---

43

1 like to know which documents you looked at.
2    **A. So I reviewed documents with the attorneys. I**
3 **reviewed a couple of spreadsheets that I had of pretty**
4 **much the same documents that the attorneys had.**
5    Q. And what information was on those
6 spreadsheets?
7    **A. Queries that Nan and Bonan had run.**
8    Q. Any other documents besides those
9 spreadsheets?
10    **A. I did go back to the performance ratings as**
11 **well.**
12    Q. Is the performance rating something different
13 than their written performance reviews? You mentioned a
14 meeting where you guys discussed ratings for each
15 employee?
16    **A. Yes, sir, that's what they were, what I**
17 **expected them to be.**
18    Q. Right. And I asked what are they? Like what
19 is a performance rating?
20    **A. Nan has the inconsistent rating; Bonan was**
21 **going to be a very strong.**
22    Q. And those documents, were those the outgrowth
23 of your meeting with other managers -- with the managers
24 of Nan and Bonan?
25    **A. Correct.**

---

44

1    Q. Any other documents?
2    **A. No, sir.**
3    Q. Did you have any meetings with the SEC in
4 preparation for today?
5    **A. Did not.**
6    Q. Anything else you did to prepare for today
7 that I haven't asked about?
8    **A. No, sir.**
9    Q. You mentioned you learned about the conduct at
10 issue in this case. Well, strike that.
11    Before I go there, what is your understanding
12 of the allegations in this case?
13    MR. PETERSON: Objection, form.
14 BY MR. SOMENSATTO:
15    Q. You can answer.
16    **A. My understanding is that Nan and Bonan misused**
17 **the confidential and proprietary information for Capital**
18 **One.**
19    Q. Do you have any understanding, and tell me if
20 you don't, about how they allegedly misused that
21 information?
22    **A. I'm aware that they used the information for**
23 **nonbusiness purposes. I'm also aware that we have**
24 **documents that validate trading.**
25    Q. When you mentioned nonbusiness purposes, are

---

Case 2:15-cv-00269-MAK Document 62-3 Filed 11/06/15 Page 17 of 49
Confidential Deposition of Dwight Custis Lee Brooks
Conducted on October 14, 2015

12 (Pages 45 to 48)

45

1  you talking about trading, or was there some other
2  nonbusiness purpose that they used the information too,
3  to your understanding?
4        MR. PETERSON:  Objection, form.
5        MR. SOMENSATTO:  You can answer.
6        MR. KELLY:  Same objection.
7        THE WITNESS:  I would limit it to their using
8  the information for nonbusiness purpose.
9  BY MR. SOMENSATTO:
10       Q.  You said you've seen documents regarding
11  trading.  What documents are those?
12       A.  An e-mail confirmation of a trade that Bonan
13  made.
14       Q.  When did you see that document?  Was it just
15  one confirmation?
16       A.  Let me think for a second, please.
17       Q.  Go ahead.
18       MR. PETERSON:  Again, you're not asking him to
19  reveal anything that was discussed with the attorneys,
20  correct?
21       MR. SOMENSATTO:  Yes.
22       THE WITNESS:  Yes, I'm aware of some -- a
23  trade document for Nan and Bonan and that's all.
24  BY MR. SOMENSATTO:
25       Q.  Were you aware of that at the time that they

46

1  were employed at Capital One?
2        MR. PETERSON:  Do you understand the question?
3        A.  Can you rephrase that?
4        Q.  What I'm trying to get at is I understand --
5  well, you have some understanding that the information
6  was misused for purposes of trading, at least as alleged
7  by the SEC, correct?
8        A.  Yes.
9        Q.  And I'm trying to know when did you come to
10  that understanding, and what is the basis for that
11  understanding?
12       MR. PETERSON:  Could you rephrase the question
13  then?
14       Q.  So when did you learn that Nan and Bonan
15  allegedly used the information for purposes of trading?
16       A.  That would have been in --
17       MR. KELLY:  I'm going to object as vague.
18       MR. PETERSON:  Same objection.
19  BY MR. SOMENSATTO:
20       Q.  You can answer.
21       A.  January 2015.
22       Q.  And how did you become aware of that?
23       MR. KELLY:  Same objection.
24       MR. PETERSON:  Same objection.
25       A.  Legal counsel and conversations with upper

47

1  management.
2        Q.  Now, that was just with respect to the trading
3  element but now I want to go more generally.
4            When was the first time you were notified or
5  informed about some potential misuse of Capital One
6  information by Bonan and/or Nan?
7        MR. PETERSON:  Objection to form and it's
8  vague.
9        MR. KELLY:  Same objection.
10  BY MR. SOMENSATTO:
11       Q.  You can answer.
12       A.  I believe it was December 2013 -- I'm sorry,
13  let me rephrase.  December 2014.  Sorry.
14       Q.  What did you learn at that time?
15       A.  At that time I learned that there was a
16  potential of misuse of our data at Capital One.
17       Q.  How did you learn that?
18       A.  Through legal counsel and a conversation with
19  upper management.
20       Q.  Okay.  Putting aside what you talked about
21  with them -- well, strike that.
22            After were you notified of potential misuse of
23  information, what did you do next, or what did you learn
24  next about what they were doing?
25       MR. PETERSON:  Objection to form.  And I'm

48

1  also going to object to the line of questioning to the
2  extent that it may implicate what he learned through
3  discussions with attorneys, how he learned of the
4  information.
5            I don't know, if you want to go there, we can
6  talk about how best to structure that, but this is
7  getting very close to attorney/client material.
8  BY MR. SOMENSATTO:
9        Q.  And I don't want you to discuss what you've
10  discussed with counsel, but the SEC has sued our
11  clients.  Do you understand that?
12       A.  Yes.
13       Q.  At some point did Capital One disclose what
14  they had learned about Bonan and Nan to the SEC?
15       MR. PETERSON:  Objection to scope.
16       Q.  Do you know?
17       A.  I don't know what was conveyed to the SEC.  I
18  know there were interactions between Capital One and the
19  SEC.
20       Q.  Did someone within Capital One identify Bonan
21  and Nan's potential misuse of information, if you know?
22       MR. PETERSON:  I'm going to object to the
23  scope again.  I don't know if this is covered by the
24  topics that you sent to us.
25

Case 2:15-cv-00269-MAK   Document 62-3   Filed 11/06/15   Page 18 of 49
Confidential Deposition of Dwight Custis Lee Brooks
Conducted on October 14, 2015

13 (Pages 49 to 52)

49

BY MR. SOMENSATTO:

Q. Well, why were Bonan and Nan terminated?

A. They were terminated for using confidential proprietary information for nonbusiness purposes.

Q. And what were they doing, as you understand it?

A. So they were using a couple of tables, a transaction table and an authorization table, basically in a manner and frequency which were inconsistent with their job function.

Q. Transaction table and what was the other one? Sorry.

A. Authorization and transaction tables in a manner that was, I would say, frequency, scope that was inconsistent with their job functions. And these tables, for example, Bonan would hit these tables 12,000 times over a year's period. Nan, 3,200 times. All other users at Capital One, which would be 2,000, 2,500, hit these same tables around 3,800 times in total.

Q. Let's take a step back. What do you mean by "table?"

A. Sorry. So table, if I'm looking at the Teradata database, data gets stored in tables, and you can think of a table in its most simplistic form as columns and rows of data most like you were looking at a

50

spreadsheet but it's a database.

Q. So what is reflected in the transaction table?

A. Transactions contain information around credit card -- Capital One credit card customer transactions. It captures things like date, merchant, transaction amount.

Q. And what about the authorization table, if that's a separate table?

A. It's a separate table. Authorizations typically turn into transactions. An authorization is if you're at a merchant and you swipe your card through one of those electronic machines, it holds the funds until the transaction is settled between the bank and the merchant within a couple days typically.

Q. And you said that they were accessing these tables in a frequency and scope that was inconsistent with how they should have been using it for their job functions; is that correct?

A. Correct.

Q. And you mentioned that they were frequently accessing these, more frequently than other employees in their area; is that correct?

A. Yes.

Q. Other than that, what else do you know about what they were purportedly misusing their information?

51

Strike that.

Is that all you know about how they were accessing this information?

MR. PETERSON: Objection.

MR. KELLY: Objection, form.

MR. PETERSON: Mischaracterizes the testimony.

BY MR. SOMENSATTO:

Q. I'm not trying to characterize your testimony. I want to know, you know, what else do you know about what they did with this information?

A. So the only thing I can limit the improper usage of the data to is what they did within Capital One, which is they were using that information in a nonbusiness form. I am aware that there are trades that we have documentation of as well.

Q. I get that. And you can put the trades aside for now, but how was Capital One able to determine that they were using it for nonbusiness purposes? Other than you've mentioned the frequency discussion with me, which I understand.

MR. PETERSON: Objection again to form. Mischaracterizes his testimony.

BY MR. SOMENSATTO:

Q. Well, okay, we have frequency, they were pinging it a lot, is that correct, the database?

52

A. Yes.

Q. Specifically tables that other people did not access as frequently as they did, right?

A. Yes.

Q. What else led to the conclusion that they were misusing the information?

A. If we focus on Nan for a second, his job duties really should have nothing to do with merchant transaction data at all and he was pulling it frequently.

If you look at Bonan, his job duties are to support call centers and do what I would say are one off analysis of improper transactions, and so when he is hitting a transaction table 12,000 times, that is very inconsistent with the expectations of his job.

Q. Go ahead, I don't want cut you off.

A. In addition, also I reviewed those queries with his managers. They also stated that they see no reason for these queries to be run.

Q. And was that the reason they were fired?

A. They were terminated for using confidential proprietary information for nonbusiness purposes.

Q. And my question is: I have understood we've talked about the trades, but is there any other nonbusiness purpose that you're aware of that they used

Confidential Deposition of Dwight Customece Brooks
Conducted on October 14, 2015

---

53

1   the information?
2       A.  The only thing I can say is they were using
3   their time at Capital One in an improper way and using
4   the data improperly.
5       Q.  Okay.
6       A.  Which -- that's it.
7       Q.  Did you ever explain to them why they were
8   being fired?  Let's start with you first.
9           MR. PETERSON:  Objection, form.
10      Q.  Go ahead, you can answer.
11      A.  Yes.
12      Q.  Was that in a face-to-face meeting?
13      A.  Yes.
14      Q.  And who else was in that meeting?
15          MR. PETERSON:  Objection, form.
16      Q.  You can answer.
17      A.  An HR representative.
18      Q.  So it was you and an HR representative and,
19  let's start with Bonan, Bonan?
20      A.  And Bonan.
21      Q.  And when was that?
22      A.  I don't know the exact date off the top of my
23  head, just early 2015.
24      Q.  And what did you say to Bonan in that meeting?
25      A.  That he has breached our code of conduct

---

54

1   policies and is being terminated for that.
2       Q.  Is that it?  Anything else?
3       A.  That was the direct -- pretty direct line that
4   I gave him.
5       Q.  Okay.  Did he have a chance to respond?
6       A.  He asked a couple of follow-up questions.  My
7   response was very much the same, he has breached our
8   code of conduct policies.
9       Q.  Do you remember any of the questions he asked?
10      A.  I believe it was why.
11      Q.  Did you do the same thing for Nan?  Was it
12  also you, an HR person and Nan?
13      A.  Correct.
14      Q.  Was the termination on the same day?
15      A.  It was.
16      Q.  And did you provide the same explanation to
17  Nan?
18      A.  I did.
19      Q.  How about him, did he say anything or did he
20  have a chance to respond?
21      A.  He also asked a question or two as well.
22      Q.  And do you remember what those questions were?
23      A.  It was along a similar line of why am I being
24  terminated.
25      Q.  At any point before -- well, you mentioned

---

55

1   that they were accessing these tables more frequently
2   than the typical employee and for reasons that Capital
3   One concluded were nonbusiness purposes.  How did
4   Capital One find that activity?
5       A.  We keep a log in the Teradata database
6   management system of all queries run off that system for
7   the past thirteen months.  We pulled that log.
8       Q.  Why did Capital One pull that log?
9       A.  We pulled that log because there was an
10  assumption that they were misusing the data at Capital
11  One.
12      Q.  What was the basis of that assumption?
13      A.  The basis of the assumption that we had was
14  the information that I had received, again, from
15  conversations with legal and upper management about a
16  potential issue, which was discussed with me at the end
17  of 2014.
18      Q.  When you went to look at the log, were you
19  aware of whether Capital One was in discussions with the
20  SEC?
21          MR. PETERSON:  Objection, vague.
22  BY MR. SOMENSATTO:
23      Q.  You said you knew that Capital One has
24  provided some information to the SEC; is that correct?
25      A.  I did at some point.

---

56

1       Q.  Right.
2       A.  I don't believe I did at the end of 2014.
3       Q.  That was my question.
4           I don't want you to go into what you talked
5   about with counsel, but do you know at all why someone
6   originally looked at Nan and Bonan's activity on the
7   database?
8           MR. PETERSON:  Objection, vague.
9       A.  So I don't have the specific reason we started
10  because I got the information from legal.
11      Q.  Right.
12      A.  It was very confidential when it was initially
13  told to me, so had limited information at that point.
14  Since then I do know that the SEC is aware of suspicious
15  transactions.
16      Q.  That knowledge, do you know if this SEC was
17  aware of suspicious transactions before you went and
18  looked at the log?  For example, did a request of
19  Capital One from the SEC cause you to go look at the
20  log?
21          MR. PETERSON:  Objection, form.
22      A.  Not me directly.
23      Q.  Right, I understand not you directly.  But you
24  were the one who looked at the log or had somebody look
25  at the log?

---

Case 2:15-cv-00269-MAK Document 62-3 Filed 11/06/15 Page 20 of 49
Confidential Deposition of Dwight Custis Lee Brooks
Conducted on October 14, 2015

15 (Pages 57 to 60)

---

57

1       MR. PETERSON: Objection to form.
2    Q. Is that correct?
3    **A. There were several of us that were looking at**
4 **the logs.**
5    Q. And you were requested to do that through
6 legal counsel?
7       MR. PETERSON: Objection. This is getting
8 into attorney/client. If you want to ask him what he
9 looked at it, I think that's appropriate. If you want
10 to ask him when he looked at it, I think that's
11 appropriate.
12    Q. I'm just trying to figure out how it was that
13 somebody suspected that our clients were doing something
14 wrong. Do you know? If you don't know, that's fine.
15    **A. Came to me from legal counsel.**
16    Q. Okay. So after you looked at the log, how
17 quickly after that was the decision made to fire Nan and
18 Bonan?
19    **A. So the initial notice occurred at the end of**
20 **2014 in, I believe, December. The logs, I believe, was**
21 **January, and it was within, I'd say, a couple weeks.**
22 **I'm not exactly sure of the exact time frame.**
23    Q. So in between that initial notice and when
24 they were fired, putting aside any meetings you had with
25 attorneys at Capital One, what did you do during that

---

58

1 period yourself or that you directed people underneath
2 you to do to look into their activity, to Bonan's and
3 Nan's activity?
4       MR. PETERSON: Objection, form.
5    Q. You can answer.
6    **A. In that December time frame?**
7    Q. Yes.
8    **A. I did not do any further research. I did not**
9 **even have the names at that point.**
10    Q. The names of?
11    **A. Bonan and Nan at that point.**
12    Q. So when you went to look at the log, were you
13 looking at specific users of the database?
14    **A. I looked at the logs in January.**
15    Q. Okay, you looked at the logs in January, but
16 you were notified of the potential need to look into
17 them in December; is that correct?
18    **A. I was notified of an issue in December.**
19 **Again, very confidential, no names.**
20    Q. Okay. And it wasn't -- when did you learn it
21 was Nan and Bonan that they were looking at, that
22 Capital One was investigating?
23    **A. After I got back from the holidays in January.**
24    Q. Do you know if -- and this might be legal
25 terminology that you don't even know. But do you know

---

59

1 if Capital One hired outside counsel to do an internal
2 investigation into Bonan and Nan?
3       MR. PETERSON: Objection, form and vague.
4    **A. I don't know.**
5    Q. Have you ever met with the SEC before today?
6    **A. I have not.**
7    Q. Has anyone working for you met with the SEC
8 before today?
9    **A. Not that I am aware of.**
10    Q. Are you aware of any Capital One witnesses,
11 Capital One employees who gave on-the-record testimony
12 to the SEC?
13    **A. In reference to this event?**
14    Q. Yes.
15    **A. I'm not aware of that either.**
16    Q. Did the SEC ever make any requests from you or
17 from your group to look at information or look at the
18 activity of Bonan and Nan with respect to this
19 nonbusiness purpose use of the database?
20       MR. PETERSON: Objection to the scope. This
21 isn't covered by any of the topics.
22    **A. Can you repeat the question, please?**
23    Q. I'm just wondering if the SEC has ever made a
24 request of you or your group to help them in this
25 investigation?

---

60

1       MR. PETERSON: Same objection and also form.
2       MR. KELLY: I object to form as well.
3 BY MR. SOMENSATTO:
4    Q. You can answer.
5    **A. I've had no direct questions or interactions**
6 **with the SEC.**
7    Q. Did someone at Capital One ever obtain Bonan's
8 and/or Nan's computers that they used?
9    **A. Yes.**
10    Q. When was that?
11    **A. That would have been upon termination.**
12    Q. So before termination, did anybody review what
13 they had saved on their local computers?
14       MR. KELLY: Object to the form of the
15 question.
16       MR. PETERSON: Same objection.
17    Q. Anyone within Capital One, to your knowledge?
18    **A. I'm aware of looking at what was saved through**
19 **the Teradata log -- saved is not the right word -- what**
20 **was run through the Teradata logs. I'm not aware of on**
21 **their personal laptops.**
22    Q. Were you or your team ever asked to gather
23 documents with respect to an SEC investigation into this
24 issue?
25       MR. PETERSON: Objection to the extent there

Case 2:15-cv-00269-MAK    Document 62-3    Filed 11/06/15    Page 21 of 49
Confidential Deposition of Dwight Custis Dee Brooks
Conducted on October 14, 2015

16 (Pages 61 to 64)

61

1   is any attorney/client communications in there.
2       Q.  I don't want to know --
3           MR. PETERSON:  You can ask him if he gathered.
4       Q.  Yeah, did you gather documents that were sent
5   to the SEC?
6       A.  I'm aware we gathered documentation, handed it
7   to legal counsel, legal counsel handed it to the SEC.
8       Q.  Other than the one trading record that you
9   were aware of, did you review any documents related to
10  trading conducted by Bonan or Nan?
11          MR. KELLY:  I object to the extent it
12  mischaracterizes his testimony.
13          MR. PETERSON:  Same objection.
14      Q.  It's my understanding that earlier you
15  testified that you were aware of at least one e-mail
16  confirmation regarding trading by Bonan; is that
17  correct?
18      A.  Yes, and I'll clarify.  I'm aware of one
19  document for each one, an e-mail confirmation for one
20  and a Scott Trade statement for the other, but I'm not
21  sure who had what.
22      Q.  Were you aware of that before they were
23  terminated, of those documents?
24      A.  I was not aware of those documents before they
25  were terminated.

62

1       Q.  And my question was:  Did you review any other
2   documents regarding their trading activities?
3       A.  The only other thing I have ever reviewed that
4   mentions trading is a spreadsheet with a log of
5   potential trades for specific merchants.
6       Q.  When did you review that?
7       A.  It was either within a couple days of
8   termination or a couple days after.  I can't recall
9   whether it was before or after.
10      Q.  We discussed earlier -- I don't want to
11  characterize your testimony in any way.  We talked a
12  little bit about monitoring of the database.  Did any of
13  the monitoring of the Teradata database before the date
14  that your group went in and looked at the logs ever
15  identify any suspicious activity by Bonan or Nan?
16      A.  I'm aware of a transaction, a query that Bonan
17  was running that did catch the attention of the people
18  monitoring the systems.
19      Q.  When was that?  When did it catch their
20  attention?
21      A.  Are you talking about date?
22      Q.  Just generally.  Was it a year or two before
23  they were terminated?  Was it a month or two?
24      A.  I actually don't know the date.  I know it was
25  within the time frame that we analyzed, which would have

63

1   been November 2013 onwards.
2       Q.  And what was done after that was flagged?
3       A.  Bonan was notified by someone within the
4   information technology area about his query using too
5   much Teradata capacity in which you're asked to stop
6   that query.  He did not stop it.
7       Q.  Was there any follow-up to his not stopping?
8       A.  He explained to the IT person why he was going
9   to continue running it.  I'm not aware of any follow-up
10  after that.
11      Q.  What was his explanation?
12      A.  He was running -- he said he was working on a
13  project or a query that was for a regulatory need.
14      Q.  Do you have any idea what that regulatory need
15  was that he at least claimed that it was for?
16      A.  I believe it was one of the stress tests that
17  banks are put under.
18      Q.  Has how Capital One monitors this database
19  changed since Bonan and Nan were fired, if you know?
20      A.  The monitoring is the same.
21          MR. PETERSON:  Object to that last question,
22  beyond the scope of the deposition topics.
23      Q.  What is Capital One's market share in the U.S.
24  credit card industry?
25      A.  Capital One does not know its market share in

64

1   the industry.
2       Q.  Does Capital One know whether it's the largest
3   issuer of credit cards in the U.S. or where it ranks
4   relative to other credit card companies?
5           MR. PETERSON:  Objection, form.  Vague
6   question.
7       Q.  You can answer.
8       A.  I don't have a very specific answer.  I can
9   tell you it's in the top ten largest issuers.
10      Q.  Do you know if anybody at Capital One tracks
11  Capital One's market share within the credit card
12  industry?
13          MR. PETERSON:  Objection.  He has already
14  testified Capital One doesn't know its market share in
15  the industry.
16      Q.  So my question was:  Does anybody try to know
17  or is it just something that they don't look into?
18      A.  I'm not aware of anybody trying to know.
19  You'd have to know the market share of all the other
20  competitors.
21      Q.  Do you know how many transactions in total
22  dollars that Capital One card holders spend with Capital
23  One credit cards in a given year?
24          MR. PETERSON:  Objection.  That's not a
25  deposition topic.  Deposition topic was market share,

Confidential Deposition of Dwight Custis Lee Brooks
Conducted on October 14, 2015

17 (Pages 65 to 68)

---

65

1  but the entire running of the credit card organization
2  was not a topic.
3          MR. SOMENSATTO:  I guess the only way you can
4  know your market share is if you know your total market,
5  right?
6          MR. PETERSON:  That makes sense, but he
7  testified they don't know it.
8      Q.  Do you know?  If you are not certain of the
9  answer, that's fine, but do you know?
10     A.  I don't.
11     Q.  I think you mentioned this before but let's
12 just make it clear for the record.  Do you know what
13 Capital One's market share was with respect to each of
14 the individual companies listed in Attachment A?
15     A.  I do not know.
16     Q.  Which companies or third party entities other
17 than Capital One have access to the One View or Teradata
18 database?
19         MR. PETERSON:  Objection, form.
20         MR. KELLY:  Same.
21 BY MR. SOMENSATTO:
22     Q.  Does any?
23     A.  They do not.
24     Q.  For example, you mentioned that Teradata sets
25 up the database, right?

---

66

1      A.  Correct.
2      Q.  I presume they then don't have access to use
3  the database in any way; is that correct?
4      A.  Not that I am aware of.
5      Q.  Are there any third party service providers
6  that analyze the information on the database?
7          MR. PETERSON:  Objection, vague.
8      A.  I'm not aware of any third parties analyzing
9  data on the Teradata.
10     Q.  Do like MasterCard and Visa get access to
11 information on the database?
12         MR. KELLY:  Objection.
13         MR. PETERSON:  Objection, asked and answered.
14         MR. KELLY:  Asked and answered, yes.
15     Q.  Go ahead.
16     A.  They don't.  It's proprietary confidential
17 information.
18     Q.  Is there any way in which Capital One shares
19 the data on that database with third parties?
20         MR. KELLY:  Objection.
21         MR. PETERSON:  Objection.  Asked and answered.
22         MR. KELLY:  Same objection.
23     Q.  Go ahead.
24     A.  They do not.
25     Q.  Do you know if Capital One has given the SEC

---

67

1  access to the database?
2          MR. PETERSON:  Objection.  That's asked and
3  answered.
4      A.  They do not have access directly to Teradata.
5      Q.  The information that Bonan and Nan accessed
6  from Teradata, how was that information produced to the
7  SEC?
8          MR. PETERSON:  Objection to form.
9          THE WITNESS:  Documents were gathered based on
10 their transactions in the transaction logs.  We handed
11 them to legal counsel.
12     Q.  Help me understand the transaction log again.
13     A.  Okay.
14     Q.  So I understand we have a database here,
15 right?  Is there like a specific program that somebody
16 is sitting at a computer uses to interact with the
17 database?  Like is there some platform like that they
18 are looking at?
19     A.  Sorry, can you repeat?  Repeat the question,
20 please.
21     Q.  Listen, I'm coming from a very lay background
22 here, right, so I'm imagining, right, when I use my
23 Gmail, that there is a database of my information off
24 somewhere over here.
25     A.  Okay.

---

68

1      Q.  And I'm looking at a Gmail screen.  This is
2  how I access it.  I search for something, it pops up and
3  this is how I'm seeing the world.  And I'm wondering,
4  Bonan and Nan, how do they see the database?  Is it some
5  kind of proprietary software on their computers?
6      A.  Yeah.  You can see the data in the database
7  through different platforms.  For example, Teradata has
8  a GUI graphical user interface front end called Teradata
9  SQL Assistant where they can literally select data from
10 different tables and see it.  That's one method.
11         There's all sorts of methods.  I don't know if
12 you need them.
13     Q.  And so when you ran the log or had somebody
14 run the log on Bonan and Nan's transactions, kind of
15 walk me through practically what does that mean?  Do you
16 guys run a search in this interface that produces some
17 result?
18     A.  Yep.  So the log is just another table in the
19 Teradata database management system that captures every
20 SQL query that is run against the Teradata system.
21     Q.  And does -- go ahead, sorry, I don't want to
22 cut you off.
23     A.  Basically we write another query to extract
24 queries run by Bonan and Nan.
25     Q.  And the queries, are they like created out of

---

Case 2:15-cv-00269-MAK  Document 62-3  Filed 11/06/15  Page 23 of 49
Confidential Deposition of Dwight Custis Lee Brooks
Conducted on October 14, 2015

18 (Pages 69 to 72)

69

1  like computer code?  Is that how it works?
2      A.  Yes, it looks like a computer code.
3      Q.  And then when you run that query, you get a
4  log of all the queries that an individual user like
5  Bonan entered into the system over a certain time
6  period; is that correct?
7      MR. PETERSON:  Objection, vague.  Depends on
8  what the query is.
9      Q.  Well, what query did you run?
10     A.  We ran a query specifically looking for
11  queries that searched for merchant for a specific time
12  period, November 2013 going forward.
13     Q.  Okay.  And so then you received a log of all
14  the queries from Bonan user of looking at retail either
15  transaction data or authorization data; is that correct?
16     A.  We actually searched on a field called -- with
17  the name Merchant in it.  It could have pulled from a
18  query that hit the transaction or authorization table.
19  It also could have pulled any tables they themselves
20  created.
21     Q.  And the result of that query that you did was
22  a log of all their queries; is that correct?
23     A.  It's a log of all their queries that had a --
24  that leveraged a merchant field name.
25     Q.  And I think you quoted the number that you

70

1  found for Bonan.  Do you remember what the number was?
2      A.  It's about 12,000.
3      Q.  Over what time period?
4      A.  It was the year 2014.
5      Q.  Okay.  And was there any effort, then, to try
6  to determine which of those queries were business
7  related and which ones were not business related?
8      MR. PETERSON:  Objection, vague, "any effort."
9  BY MR. SOMENSATTO:
10     Q.  Yes, just wondering.  Go ahead, you can
11  answer.
12     A.  Yes, so the intent of the queries, again,
13  based on his job role, he should have been doing one off
14  queries to investigate merchants.  In this case, he was
15  summing up transactions by a large host of merchants
16  which did not align with his job duties.
17     Q.  So it wasn't just the number of queries, it
18  was also kind of the nature of what he was looking for,
19  to stick with Bonan for now, that raised a concern?
20     A.  That is correct.
21     Q.  Only answer this if you can.  What did you
22  expect, like if you were looking at assuming he had only
23  done his job responsibilities as you expected them to
24  be, what did you expect the log to look like?
25     MR. KELLY:  Object to the form of the

71

1  question.
2      MR. PETERSON:  Same objection.
3      Q.  You can answer.
4      A.  I would expect the log to focus more on
5  customer transactions and not on submitting data by
6  merchants.  If there was any merchant investigation, I
7  would have expected it to be one off rather than routine
8  summations by a large number of merchants, ten to
9  fifteen at a time.
10     Q.  Again, I'm learning through this, but you are
11  seeing in this log the queries that they made to the
12  system, correct?
13     A.  Yes.
14     Q.  Presumably those queries, if entered
15  independently, would pull some other information, right,
16  whatever they were requesting; is that correct?
17     A.  Can you repeat that again?
18     Q.  Yeah.  So you are just -- the log that you're
19  seeing is just the queries that they entered?
20     A.  Correct.
21     Q.  Not the results of their queries?
22     A.  Correct.
23     Q.  And at any point in time did Capital One run
24  their individual queries to see what the results were?
25     MR. KELLY:  Object to the form of the

72

1  question.
2      A.  I did not particularly run his queries to see
3  what the results were.
4      Q.  And just from a practical perspective, how
5  would those queries have come back?  Like I assume
6  there's some output from the database, right?
7      A.  (Nodding in the affirmative.)
8      Q.  Is that immediately in a spreadsheet form, or
9  can you determine where that information goes and how
10  you look at it?
11     MR. PETERSON:  Objection, form.
12     MR. KELLY:  Same objection.
13     A.  There are a variety of ways for the data to
14  come back.  If you go back to the Teradata SQL Assistant
15  GUI, you could select it.  You could actually set the
16  system up to automatically e-mail the results to you.
17  You could look at it directly pulling the data into a
18  spreadsheet from multiple sources.
19     Q.  Just because I understand this one, let's say
20  you picked e-mail to you, what would you see in the
21  e-mail?
22     A.  Entirely depends on how they set it up.  They
23  could send themselves a spreadsheet through an automated
24  fashion.  If they spent a lot of time coding, they could
25  actually have the results show in like a tabular form on

Case 2:15-cv-00269-MAK Document 62-3 Filed 11/06/15 Page 24 of 49
Confidential Deposition of Dwight Custis Lee Brooks
Conducted on October 14, 2015

19 (Pages 73 to 76)

73

1   the e-mail itself.
2       Q.  We have that foundation.  What did they
3   actually do, if you know?  How did they have the
4   information sent to them from the database?
5           MR. KELLY:  Object to the form of the
6   question.
7           MR. PETERSON:  Object to form.
8           THE WITNESS:  I actually don't know exactly
9   how they sent it to themselves.
10          MR. SOMENSATTO:  Mind if I take a two-minute
11  break, talk to Gene, see how long we have?
12          MR. PETERSON:  That is fine with us.
13          (Short recess taken.)
14  BY MR. SOMENSATTO:
15      Q.  You mentioned while we were discussing market
16  share that your understanding that Capital One is within
17  potentially the top ten of all credit card issuers in
18  the U.S.  Do you recall that?
19      A.  Yes.
20      Q.  Do you know where it ranks on that list of top
21  ten?
22          MR. KELLY:  Objection to form.
23          MR. PETERSON:  Objection to form.
24      Q.  Go ahead.
25          MR. KELLY:  Can you specify a year?

74

1           MR. SOMENSATTO:  True.
2       Q.  What year do you know that Capital One was one
3   of the top ten issuers of credit cards?
4           MR. PETERSON:  Objection to form.
5   BY MR. SOMENSATTO:
6       Q.  You can answer.
7       A.  I actually don't know the exact placement,
8   so...
9       Q.  And do you know which year, though, that
10  information relates to?
11          MR. PETERSON:  Objection to form.
12      A.  I can say for the last several years we've
13  been in the top ten.
14      Q.  Do you know if it was No. 1?
15      A.  I don't.
16      Q.  Do you know if it was No. 2?
17      A.  I don't.
18      Q.  You mentioned, you testified earlier that you
19  first learned about concerns with activities by Bonan
20  and Nan in December 2014, correct?
21      A.  Correct.
22      Q.  Can you give me a more precise date?  You had
23  mentioned a holiday.  Do you know when in December you
24  learned?
25      A.  I can only say it would have been between

75

1   December 1st and the last two weeks of the year, because
2   the last two weeks I was off.
3       Q.  So you were off the last two weeks, and then
4   do you know when they were terminated?
5       A.  I don't know the exact date.
6       Q.  At any time between when you learned about
7   potential concerns with their activity and the date that
8   they were terminated, did you or anyone at Capital One
9   explain to Nan or Bonan what they did was
10  potentially illegal?
11          MR. PETERSON:  Objection to form there.
12      A.  We did not.
13      Q.  Did you ever inform them that the SEC was
14  aware of their activities?
15          MR. PETERSON:  Objection to form.
16          THE WITNESS:  We did not.
17          MR. KELLY:  Same objection.
18  BY MR. SOMENSATTO:
19      Q.  Did you ever inform Bonan or Nan before they
20  were terminated or even after they were terminated that
21  any government agency had been notified about their
22  activity?
23          MR. PETERSON:  Objection to form.
24      A.  We did not.
25

76

1       Q.  Did Capital One ever inform or represent to
2   Bonan or Nan that Capital One may press charges against
3   them?
4       A.  Repeat the question.
5       Q.  Did anyone at Capital One ever inform Bonan or
6   Nan that Capital One was considering pressing charges
7   against them?
8           MR. PETERSON:  Objection to form.  There is no
9   basis for that.
10      A.  We did not.
11      Q.  So am I accurate to say that the only
12  explanation given to Bonan or Nan about their
13  termination was what we discussed was said in the
14  meeting earlier?
15          MR. KELLY:  Objection, form.
16      A.  It was a breach of code of conduct.
17      Q.  Was that ever written down in any
18  correspondence to them?
19          MR. PETERSON:  Objection to form.
20      A.  No, it was not.
21      Q.  The message was only verbal from you to them?
22      A.  Correct.
23      Q.  Did Capital One engage any third parties in
24  assisting in it's fraud detection efforts?
25          MR. KELLY:  Objection to form.

Case 2:15-cv-00269-MAK Document 62-3 Filed 11/06/15 Page 25 of 49
Confidential Deposition of Dwight Custis Lee Brooks
Conducted on October 14, 2015

20 (Pages 77 to 80)

77

1          MR. PETERSON:  And objection to scope.
2      Q.  Go ahead, you can answer.
3          MR. PETERSON:  I am going to instruct him not
4  to answer.  That's well outside the deposition topics.
5          MR. SOMENSATTO:  I think I'm setting a
6  foundation.  I want to ask him whether that third party
7  entity gets any information from the database which is
8  we are asking about third parties.
9          MR. PETERSON:  He already testified no third
10  parties have access to the database.
11          MR. SOMENSATTO:  I understand that, and I'm
12  just trying to make sure I've covered all my bases, all
13  I'm doing.
14          MR. PETERSON:  Fair enough, but I think that
15  last question was out the scope.  If you want to come at
16  it a different way.  We could have prepared someone to
17  talk about all the things Capital One does, but he is
18  not here to talk about that.
19          MR. SOMENSATTO:  I understand what you're
20  saying, but I asked if any of the data or access to the
21  database was given to third parties.  All I'm trying to
22  do is ensure there is not some third that's missing.  Is
23  that problematic?
24          MR. PETERSON:  Only to the extent it's already
25  been asked, and he told you no third parties.

78

1      Q.  So if Capital One were to testify at trial, it
2  would consistently say no one gets access to the
3  database other than Capital One employees; is that
4  correct?
5          MR. PETERSON:  Objection, asked and answered.
6  You can answer.
7      A.  Nobody has access to the data within the
8  Teradata.  Sorry, no third parties.
9      Q.  No.  You referenced the code of conduct in your
10  discussion with Bonan and Nan.  Is that the only policy
11  -- well, I guess is the code of conduct at Capital One a
12  separate policy?
13          MR. PETERSON:  Objection, form.  Separate from
14  what?
15      Q.  Separate from other policies, an insider
16  trading policy, or is the insider trading policy and
17  document retention policy, is all of that maintained
18  under the code of conduct?
19          MR. PETERSON:  Objection to form.
20      A.  Best I can give is code of conduct has its own
21  training material versus some other policies.
22      Q.  And Bonan and Nan were never informed that
23  they violated any policies when they were
24  terminated, correct?
25      A.  Correct.

79

1      Q.  Has Capital One determined that they violated
2  any other policies other than the code of conduct?
3          MR. KELLY:  Objection to form.
4      A.  No further research from our end has been done
5  other than the code of conduct breach.
6      Q.  We discussed one instance in which Bonan's
7  activity on the database was flagged and he provided an
8  explanation about needing to do -- needing that data for
9  a stress test or regulatory response.  Do you remember
10  that?
11      A.  Yes.
12      Q.  At any point during their employment at
13  Capital One, did Bonan and/or Nan give any other
14  explanation for these queries that Capital One
15  discovered that they determined were for nonbusiness
16  purposes?
17          MR. PETERSON:  Objection to form.
18          THE WITNESS:  Not that I'm aware of.
19  BY MR. SOMENSATTO:
20      Q.  Have you been asked -- do you know when the
21  trial date is in this case?
22      A.  I do not.
23      Q.  It's December 11th and then leading into the
24  next week, I think.  Have you been asked by the SEC to
25  testify at that trial?

80

1      A.  The trial date for this particular case?
2      Q.  Yes.
3      A.  I have not.
4      Q.  Do you know if anybody at Capital One has been
5  told to hold that date for trial?
6      A.  I'm not aware.  I'm not aware.
7      Q.  Has Capital One identified any other potential
8  witnesses who may testify at trial, to your knowledge?
9      A.  No.  I'm aware of a potential that I may have
10  to testify in the future.  It may be this particular
11  case.
12      Q.  And do you know if anybody else at Capital One
13  has been made aware that they may need to testify at
14  trial?
15      A.  I'm not aware of anybody else.
16      Q.  As I understand it, Teradata maintains all
17  data regarding every transaction made by Capital One
18  cardholders.  Is that accurate?
19      A.  Teradata houses credit card transaction, all
20  credit card transaction data plus a lot of other data as
21  well in addition to that.
22      Q.  I don't want to get too deep into it, but can
23  you give me generally what other data we're talking
24  about?
25      A.  It would also house the bank data, the other

Case 2:15-cv-00269-MAK Document 62-3 Filed 11/06/15 Page 26 of 49
Confidential Deposition of Dwight Custis Lee Brooks
Conducted on October 14, 2015

21 (Pages 81 to 84)

81

1    bank areas data as well.
2        Q.  So if I were to go to the gas station right
3    now and use my Capital One credit card, would that
4    immediately be reflected inside of Teradata?
5            MR. PETERSON:  Objection, vague.
6        Q.  Go ahead.
7        A.  Timing might be slightly different than
8    immediate, but it would be there at least by the next
9    morning.
10       Q.  And if you can answer this, this might not
11   even be answerable.  But from what source does that
12   information come?  Does it come directly from the vendor
13   into the database or is it stored somewhere else before
14   it goes into Teradata?
15           MR. PETERSON:  Objection, form, vague.
16           MR. KELLY:  Same objection.
17       A.  Data lands somewhere else before it lands
18   directly in Teradata.  Basically comes through
19   production systems, and so that's why it may be there
20   the next morning rather than immediate.
21       Q.  Is production system some separate database?
22       A.  Teradata houses massive amounts of data.  A
23   lot of times production systems only house short periods
24   of data, so it lands in this area for short periods of
25   data before it lands in the longer term storage of

82

1    Teradata.
2        Q.  And then the data that's on Teradata -- and
3    let's limit ourselves to the transaction data, maybe
4    even specifically the transaction table that we were
5    discussing -- is that information -- strike that.
6            We've discussed that you would have expected
7    Bonan to run searches of that data with respect
8    potentially to individual card users, is that accurate,
9    if you were looking at his normal business activity?
10       A.  Can you repeat it one more time, please?
11       Q.  Part of the determination of Capital One that
12   they were misusing this data was that they were using it
13   in a scope that you wouldn't expect of their job
14   functions?
15       A.  Correct.
16       Q.  And when I asked you what you would expect
17   them to use it for, you mentioned looking potentially at
18   individual users transactions, correct?
19       A.  Correct.
20       Q.  Is Teradata used to aggregate like data on all
21   of these transactions for any purpose at Capital One?
22           MR. PETERSON:  Objection, vague.
23       A.  That would be hard for me to assess whether --
24       Q.  Well, does the data --
25           MR. PETERSON:  Wait.  Are you done with your

83

1    answer there?
2        A.  Yes, it would be hard for me to assess given
3    the 2,000 and 3,000 associates that can use the
4    database.
5    BY MR. SOMENSATTO:
6        Q.  Well, are you aware of any use of the data for
7    aggregating transaction data for any purpose?  For
8    example, I'll try to contextualize it.  Is there any
9    reason that Capital One gathers all transactions at
10   Wal-Mart for a specific purpose?
11       A.  Somebody were doing analysis around Wal-Mart
12   because maybe they expected some sort of fraud, they may
13   look at Wal-Mart.  There is also a difference of between
14   what I saw as instead of one off, I saw a scope of large
15   numbers of merchants being summated.
16       Q.  So has it occurred, for example, that somebody
17   has aggregated all the data about a company like
18   Wal-Mart to determine whether there's potential higher
19   rate of fraud of those entities?  Do you know?
20       A.  I haven't particularly seen something that
21   shows me that, but it would be hard to think that a
22   particular merchant hasn't been analyzed at some point.
23       Q.  And when that information, when that query is
24   run and that report is made in whatever format, does
25   that then go to some operator database where it's

84

1    stored?
2            MR. PETERSON:  Objection, vague.
3    BY MR. SOMENSATTO:
4        Q.  Sorry, I know it's a little confusing but if
5    you understand.
6            MR. KELLY:  Objection to form.
7        Q.  Go ahead.
8        A.  So if somebody is analyzing, like you said,
9    Wal-Mart, does it then go to another database?
10       Q.  Yes.
11       A.  Typically somebody would still manipulate that
12   data within Teradata.  Analysts that have access to
13   Teradata all have what's called a user space, which is
14   an area for them to work with data, manipulate it.  And
15   so typically that's where they would store large sets of
16   data.
17           You can also pull it somewhere else into other
18   databases.  If you have an SAS database, you can
19   technically pull it into SAS.
20       Q.  Are you aware of any instances where data is
21   aggregated, for example, in a company like Wal-Mart to
22   look at the rate of fraud and provide it to some third
23   party in an aggregated version?
24       A.  We do not provide that data to third parties,
25   so no.

Case 2:15-cv-00269-MAK  Document 62-3  Filed 11/06/15  Page 27 of 49
Confidential Deposition of Dwight Custis Lee Brooks
Conducted on October 14, 2015

22 (Pages 85 to 88)

```
85
```

1          MR. SOMENSATTO:  I don't think I have anything
2    else.
3          MR. PETERSON:  You want to take a quick break
4    and look at notes?
5          MR. INGOGLIA:  Yeah, can we take a quick
6    break?
7          MR. PETERSON:  Yes.
8          (Short recess taken.)
9    BY MR. SOMENSATTO:
10         Q.  You mentioned Nan potentially getting an
11   inconsistent performance rating.  Can you just let me
12   know what you know about the factors that went into that
13   analysis?
14         MR. KELLY:  I'm going to object to the extent
15   it says "potential."
16         Q.  Did he have any inconsistent rating?
17         **A.  The formal rating had not been finalized.**
18         Q.  And what was the basis for his potential or
19   non-final inconsistent rating?
20         **A.  I don't have a ton of details other than his
21   manager had said that he was having performance issues.
22   I even believe some of what I would say, soft skills, I
23   don't even think he interacted with the team as well as
24   others within the team.**
25         Q.  Any specific examples of things that he did?

```
86
```

1          **A.  I don't have any specific examples.**
2          Q.  How did Nan's manager describe him?  Ever call
3    him arrogant?
4          **A.  I don't recall arrogant.  Very similar to what
5    I had mentioned was that he did not interact as well
6    with the rest of the team, which was part of the reason
7    for his poorer performance.**
8          Q.  Any other description discussed with his
9    manager that you can recall?
10         **A.  No, other than just not -- it was a bit of
11   interactions and the results he was driving, not as
12   significant as some others on the team as well.**
13         Q.  Did you ever personally review the results of
14   his work?
15         **A.  I did not personally review his results.**
16         Q.  How about Bonan, how was he described by his
17   managers?
18         **A.  Bonan was described as much more easy to get
19   along with, interacted with the team, solid performer,
20   hard worker.**
21         Q.  We discussed kind of the scope of what
22   information they were accessing from the database.  Do
23   you have any sense of how much work time was dedicated
24   to doing those searches?
25         MR. PETERSON:  Objection to form.

```
87
```

1          **A.  I don't have a specific assessment of how much
2    work time was dedicated to them.  However, going back to
3    the policy of using data for business purposes only,
4    that's where he was breaching that code of conduct.**
5          Q.  And I guess I'm more interested in anything
6    that somebody may have told you that was managing Bonan
7    or Nan about the fact that it looked like they were
8    working a lot, but they weren't getting anything done or
9    anything along those lines.
10         MR. PETERSON:  Wait for a question before
11   answering.
12   BY MR. SOMENSATTO:
13         Q.  Did anybody say anything like that to you?
14         MR. KELLY:  Objection, form.
15         MR. PETERSON:  Objection to form.
16         **A.  No, other than Nan's performance was
17   demonstrating a bit of that.**
18         Q.  The transaction data in the Teradata database,
19   is that stored in any other database at Capital One?
20         MR. KELLY:  Object to the form of the
21   question.  Are you talking about in an official capacity
22   or in any file in Capital One systems including
23   defendants performance files?
24         MR. PETERSON:  I will object to form as far as
25   the definitions of the terms database and transaction

```
88
```

1    data.
2    BY MR. SOMENSATTO:
3          Q.  I'm going to let you answer.
4          **A.  It's a production transaction data, is housed
5    in Teradata.  It is also housed in another database
6    called Hadoop.  That is more recent.  I'm not confident
7    it was in Hadoop at the time that they were employed.**
8          Q.  Can you spell that one?
9          **A.  Yeah, H-a-d-o-o-p.**
10         Q.  Can you just give me an explanation of what
11   Hadoop is and what information is saved there?
12         **A.  I will try.  It's another -- let's see, it's a
13   distributed file system.  Think of it as a database that
14   houses even larger data than Teradata could ever handle.**
15         Q.  Any examples?  What's larger than every
16   transaction on Capital One's cards?
17         **A.  If you look at Internet web clicks, there are
18   tons and tons of web clicks that will extend beyond
19   transaction data.**
20         Q.  All the transaction data that's in Teradata,
21   is it also maintained in Hadoop?
22         **A.  Currently, no.**
23         Q.  What transaction data is maintained in Hadoop?
24         **A.  I'm sorry, can you repeat your first question?**
25         Q.  Yeah.  All the transaction data, is it still

Case 2:15-cv-00269-MAK  Document 62-3  Filed 11/06/15  Page 28 of 49
Confidential Deposition of Dwight Custis Lee Brooks
Conducted on October 14, 2015

23 (Pages 89 to 92)

**89**

1  in Teradata?
2  **A.  It is still in Teradata.**
3  Q.  Is it also maintained in Hadoop?
4  **A.  I have not personally accessed the Hadoop**
5  **transaction data.  I believe it is all in Hadoop as**
6  **well.**
7  Q.  Who has access to the Hadoop database?
8  **A.  The Hadoop access users from my teams, also**
9  **some of them have access to Hadoop.  It is much, much**
10  **more limited than Teradata at this point.**
11  Q.  And for what purpose would someone access
12  Hadoop as opposed to Teradata for transaction data?
13  **A.  The purpose is a bit more on handling larger**
14  **data sets and combining them.  So it's a bit more of a**
15  **strategic play with large data sets.**
16  Q.  Do you know if any of the information on
17  Hadoop is shared with third parties?
18  **A.  It should not be as well.**
19  Q.  But you don't necessarily know?
20  **A.  It's confidential proprietary information**
21  **again, so we don't share information with our third**
22  **parties.**
23  Q.  And you're not aware of any third parties that
24  do have access to Hadoop?
25  **A.  I am not.**

**90**

1  Q.  Do you know whether Bonan or Nan had access to
2  Hadoop?
3  **A.  I can't one hundred percent say, but I would**
4  **think they do not or did not.**
5  MR. SOMENSATTO:  Anything else?
6  MR. INGOGLIA:  One more.
7  Would you be offended if I ask the question?
8  MR. PETERSON:  Please do.
9  EXAMINATION BY COUNSEL FOR THE DEFENDANTS
10  BY MR. INGOGLIA:
11  Q.  Do you recall any instance in which Bonan was
12  asked to share information from the Teradata database
13  with a third party?
14  MR. PETERSON:  Objection, vague.
15  MR. INGOGLIA:  In passive tense.
16  MR. PETERSON:  Passive tense by whom?
17  MR. INGOGLIA:  By anyone at Capital One.
18  THE WITNESS:  Can you repeat the question one
19  more time?
20  MR. INGOGLIA:  Sure.
21  BY MR. INGOGLIA:
22  Q.  Do you recall whether Bonan was ever asked by
23  anyone at Capital One to share information from the
24  Teradata database with a third party?
25  **A.  I'm not aware of that.**

**91**

1  MR. INGOGLIA:  That's all I have.
2  MR. SOMENSATTO:  That's all we have.
3  MR. KELLY:  We don't have anything.
4  MR. SOMENSATTO:  That's all the questions that
5  we have for you today.  Thanks so much.
6  THE WITNESS:  Thank you.  Appreciate it.
7  MR. PETERSON:  Capital One request
8  confidential treatment for this testimony.
9
10  (Off the record at 1:40 p.m.)

**92**

1  CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
2  I, Lois B. Boyle, Registered Merit Reporter
3  and Notary Public, the officer before whom the foregoing
4  deposition was taken, do hereby certify that the
5  foregoing transcript is a true and correct record of the
6  testimony given; that said testimony was taken by me
7  stenographically and thereafter reduced to typewriting
8  under my direction; that the reading and signing was not
9  requested; and that I am neither counsel for, related
10  to, nor employed by any of the parties to this case and
11  have no interest, financial or otherwise, in its
12  outcome.
13  IN WITNESS WHEREOF, I have hereunto set my
14  hand and affixed my notarial seal this 20th day of
15  October, 2015.
16
17  My commission expires: July 31, 2016
18
19  _____
20  Lois B. Boyle, RMR
    Notary Registration No. 203748

**A**

**ability**
22:18 30:24 32:14
**able**
16:10 19:18 30:19
51:17
**about**
7:8 10:1 11:10 12:13
16:11,14,24 17:25
18:6,15,17 19:2,2,8
19:10,11,12,15,18
20:14,21 21:2,6,16
22:12,17,21 25:24
28:18 30:5 36:9,9,10
38:8 39:12,15,25 40:5
40:14 41:11,12 42:1
42:13,16,19,25 44:7,9
44:20 45:1 47:5,20,24
48:6,14 50:7,24 51:2
51:9 52:24 54:19
55:15 56:5 62:12,21
63:4 70:2 74:19 75:6
75:21 76:12 77:8,17
77:18 79:8 80:24
83:17 85:12 86:16
87:7,21
**access**
17:21 18:1 20:24 29:9
29:25 30:19 33:3,11
35:19,20 36:6,8,9,11
36:15 52:3 65:17
66:2,10 67:1,4 68:2
77:10,20 78:2,7 84:12
89:7,8,9,11,24 90:1
**accessed**
17:19 20:10 31:22 67:5
89:4
**accessible**
16:16
**accessing**
17:24 29:16 50:15,21
51:3 55:1 86:22
**accommodate**
7:10
**account**
28:3,4,6
**accurate**

8:25 10:8 11:12 30:4
36:23 76:11 80:18
82:8
**achieve**
27:11
**across**
11:16
**Action**
1:6
**activities**
62:2 74:19 75:14
**activity**
25:1,22 55:4 56:6 58:2
58:3 59:18 62:15
75:7,22 79:7 82:9
**actual**
29:25 30:18 33:12
**actually**
11:15,19 13:2 15:22
20:4 21:18 26:10
30:8 33:8 62:24
69:16 72:15,25 73:3,8
74:7
**addition**
52:17 80:21
**additional**
15:2
**address**
7:18,20,23
**affirmative**
7:2 72:7
**affirmed**
6:4
**affixed**
92:14
**after**
14:11 47:22 57:16,17
58:23 62:8,9 63:2,10
75:20
**again**
24:14 33:4 38:17 42:17
45:18 48:23 51:21
55:14 58:19 67:12
70:12 71:10,17 89:21
**against**
25:2 28:1,15 29:12
68:20 76:2,7

**agency**
75:21
**agent**
27:17 29:4
**agents**
26:14 27:17,21 29:5
**aggregate**
82:20
**aggregated**
20:23 83:17 84:21,23
**aggregating**
83:7
**agile**
14:19
**ago**
38:8 42:16
**agreement**
2:12 16:3
**ahead**
8:1,5 18:22 24:13 26:3
26:23 28:13,22 37:12
40:18 45:17 52:16
53:10 66:15,23 68:21
70:10 73:24 77:2
81:6 84:7
**alert**
28:9
**align**
70:16
**all**
10:6 18:10,17 20:9
24:19,21 27:5 30:4,25
31:8 34:10 37:21
38:6 45:23 49:17
51:2 52:9 55:6 56:5
64:19 68:11 69:4,13
69:22,23 73:17 77:12
77:12,17,21 78:17
80:16,19 82:20 83:9
83:17 84:13 88:20,25
89:5 91:1,2,4
**allegations**
44:12
**alleged**
40:5 46:6
**allegedly**
20:10 44:20 46:15

**alleges**
15:23
**Allen**
2:8 4:14 7:21,23
**allowed**
33:11,12
**along**
54:23 86:19 87:9
**already**
31:14 64:13 77:9,24
**also**
7:3 15:20 25:6 30:21
31:25 39:4 44:23
48:1 52:17,18 54:12
54:21 60:1 69:19
70:18 80:25 83:13
84:17 88:5,21 89:3,8
**always**
13:10,12
**amount**
50:6
**amounts**
81:22
**analysis**
8:20 10:7,9,18 25:9
26:7,14 27:3,22,22
29:3 52:13 83:11
85:13
**analyst**
8:11 13:2,3 14:21,25
15:2,9 17:2 21:21
27:6,10,12,15 28:14
28:20 29:11 32:5
**analysts**
8:16,22 17:3 84:12
**Analytics**
13:22
**analyze**
66:6
**analyzed**
62:25 83:22
**analyzing**
66:8 84:8
**and/or**
47:6 60:8 79:13
**annual**
37:15,24,25

**another**
14:20 68:18,23 84:9
88:5,12
**answer**
6:20,21,25 7:5 8:1,5,6
18:22 28:13,22 31:10
37:12 40:10 44:15
45:5 46:20 47:11
53:10,16 58:5 60:4
64:7,8 65:9 70:11,21
71:3 74:6 77:2,4 78:6
81:10 83:1 88:3
**answerable**
81:11
**answered**
9:7 66:13,14,21 67:3
78:5
**answering**
87:11
**answers**
22:20
**any**
7:3 14:16 17:13,16,17
19:22 20:20,23 28:5
29:16,17 32:2,5,8,14
32:19 34:18 35:14
38:9 41:2 42:1,2,17
42:19 43:8 44:1,3,19
52:24 54:9,25 57:24
58:8 59:10,16,21 61:1
61:9 62:1,11,12,15
63:7,9,14 65:22 66:3
66:5,8,18 69:19 70:5
70:8 71:6,23 75:6,21
76:17,23 77:7,20
78:23 79:2,12,13 80:7
82:21 83:6,7,8 84:20
85:16,25 86:1,8,23
87:19,22 88:15 89:16
89:23 90:11 92:10
**anybody**
10:15 20:6 60:12 64:10
64:16,18 80:4,12,15
87:13
**anyone**
59:7 60:17 75:8 76:5
90:17,23

**anything**
19:9 30:24 33:12 44:6
45:19 54:2,19 85:1
87:5,8,9,13 90:5 91:3
**applications**
26:4,8,9
**applies**
33:8
**Appreciate**
91:6
**appropriate**
57:9,11
**Approximately**
9:21 22:2
**area**
11:8 14:17 23:1 24:22
26:1 27:4,13,20 30:23
34:9 50:22 63:4
81:24 84:14
**areas**
8:16,17 10:11,19,24
13:4 14:19 81:1
**around**
33:3 40:6 49:19 50:3
83:11
**arrogant**
86:3,4
**aside**
39:24 42:17 47:20
51:16 57:24
**asked**
16:2 41:12 43:18 44:7
54:6,9,21 60:22 63:5
66:13,14,21 67:2
77:20,25 78:5 79:20
79:24 82:16 90:12,22
**asking**
6:17 45:18 77:8
**assess**
82:23 83:2
**assessment**
87:1
**Assistant**
4:17 68:9 72:14
**assisting**
76:24
**associate**

**39:18**
**associates**
9:17,18,18 33:5 38:24
83:3
**assume**
72:5
**assuming**
70:22
**assumption**
55:10,12,13
**Attachment**
18:13,14 65:14
**attention**
62:17,20
**attorneys**
42:18,22,24 43:2,4
45:19 48:3 57:25
**attorney/client**
19:22 48:7 57:8 61:1
**authorization**
49:8,13 50:7,10 69:15
69:18
**Authorizations**
50:9
**auto**
10:24
**automated**
28:1 72:23
**automatically**
72:16
**available**
16:19
**aware**
42:2 44:22,23 45:22,25
46:22 51:14 52:25
55:19 56:14,17 59:9
59:10,15 60:18,20
61:6,9,15,18,22,24
62:16 63:9 64:18
66:4,8 75:14 79:18
80:6,6,9,13,15 83:6
84:20 89:23 90:25
**AXELROD**
3:5
**a.m**
1:18

———————
**B**

**B**
2:12 4:10 5:8 92:2,19
**back**
18:6 20:19 29:8 43:10
49:20 58:23 72:5,14
72:14 87:2
**background**
19:1 67:21
**backwards**
12:19
**bad**
39:23
**bank**
10:23 50:13 80:25 81:1
**banking**
10:24 11:4
**banks**
13:16 63:17
**base**
34:7
**based**
29:5 36:5,15,18 37:14
67:9 70:13
**bases**
77:12
**basic**
36:11
**basically**
6:16 10:2 13:7 17:2
24:25 26:6 49:8
68:23 81:18
**basis**
34:23 37:15 40:21,23
46:10 55:12,13 76:9
85:18
**batch**
28:1
**because**
11:9 28:5 31:13 55:9
56:10 72:19 75:1
83:12
**become**
14:25 46:22
**been**
6:13 8:5,7 12:11,14,15
13:3,10,12 15:8 18:23
18:24 25:21 46:16

50:17 60:11 63:1
70:13 74:13,25 75:21
77:25 79:4,20,24 80:4
80:13 83:22 85:17
**before**
2:12 6:13,20,22 7:5 8:8
13:14 14:4 19:2
20:16 21:9 24:9
26:19,21 40:1,8 41:3
42:11 44:11 54:25
56:17 59:5,8 60:12
61:22,24 62:9,13,22
65:11 75:19 81:13,17
81:25 87:10 92:3
**beginning**
40:6
**begins**
25:9
**behalf**
3:2,14 4:2 16:10
**behaviors**
38:6
**behind**
18:15
**being**
6:4 28:20 35:8,15 41:5
53:8 54:1,23 83:15
**believe**
47:12 54:10 56:2 57:20
57:20 63:16 85:22
89:5
**below**
9:11,14,16 21:21
**besides**
12:10 43:8
**best**
22:18 48:6 78:20
**between**
17:17 31:12 48:18
50:13 57:23 74:25
75:6 83:13
**beyond**
63:22 88:18
**Bhandare**
24:16
**biggest**
11:1,6

**bit**
62:12 86:10 87:17
89:13,14
**Bonan**
1:7 3:14 6:12 16:16
20:10,24 21:12,19
22:12,16,22,23 23:9
23:24 24:2,11,14,21
25:12,16 26:19 27:11
28:8 29:8 30:19 31:4
31:10,13,22 32:9
33:24 35:19 36:12,21
38:10 39:12,14,23
40:12 41:3,10,11,12
42:1 43:7,20,24 44:16
45:12,23 46:14 47:6
48:14,20 49:2,16
52:11 53:19,19,20,24
57:18 58:11,21 59:2
59:18 61:10,16 62:15
62:16 63:3,19 67:5
68:4,14,24 69:5,14
70:1,19 74:19 75:9,19
76:2,5,12 78:10,22
79:13 82:7 86:16,18
87:6 90:1,11,22
**Bonan's**
32:13 40:8 56:6 58:2
60:7 79:6
**both**
22:16,17 23:5 38:18
**Boulevard**
3:9
**Boyle**
1:24 2:12 92:2,19
**breach**
76:16 79:5
**breached**
53:25 54:7
**breaching**
87:4
**break**
7:3,6 42:3,4 73:11 85:3
85:6
**breaks**
7:8
**broader**

37:9
**Brooks**
1:15 2:1 5:1,9,10 6:3,9
7:15,16 15:15,18
31:20 42:11
**business**
8:16,17 10:17 13:4,22
14:19 30:23 32:17,20
33:4 37:6,7 70:6,7
82:9 87:3
**B-h-a-n-d-a-r-e**
24:18

**C**

**C**
3:1 4:1 5:1 6:1
**call**
12:21,22,24 13:1 17:13
17:15 25:7,8 26:7,11
27:18 29:4,5 30:18
52:12 86:2
**called**
26:2 68:8 69:16 84:13
88:6
**calls**
27:18
**Came**
57:15
**CAMERON**
4:18
**capability**
30:21
**capacity**
63:5 87:21
**Capital**
1:13 4:2,19,20 7:19,23
8:10 10:16,17,20 11:2
11:9,13 12:14,15,20
13:11,13,14,17 14:12
14:18 15:20,25 16:10
16:16,17 17:13 18:9
19:6,15,19 20:5,7,8
20:11,13,21,22 21:13
21:15 23:12,17,19
24:24 32:8,21 33:8,14
33:22 38:4,7 41:3
44:17 46:1 47:5,16
48:13,18,20 49:18

50:4 51:12,17 53:3
55:2,4,8,10,19,23
56:19 57:25 58:22
59:1,10,11 60:7,17
63:18,23,25 64:2,10
64:11,14,22,22 65:13
65:17 66:18,25 71:23
73:16 74:2 75:8 76:1
76:2,5,6,23 77:17
78:1,3,11 79:1,13,14
80:4,7,12,17 81:3
82:11,21 83:9 87:19
87:22 88:16 90:17,23
91:7
**captures**
50:5 68:19
**car**
10:25 11:3
**card**
8:12,17 10:9,12,13,15
10:16,20,22 11:1,10
11:12 13:3 18:10,11
18:12 20:12,21 24:25
25:1 26:4 27:10 50:4
50:4,11 63:24 64:4,11
64:22 65:1 73:17
80:19,20 81:3 82:8
**cardholder**
10:8,10
**cardholders**
25:3 80:18
**cards**
16:15 20:22 64:3,23
74:3 88:16
**career**
12:20
**case**
6:11 22:17 28:2 30:1
31:20 39:25 40:5
41:4 42:15 44:10,12
70:14 79:21 80:1,11
92:10
**casual**
23:1
**catch**
28:11 62:17,19
**cause**

56:19
**CBT**
37:23
**CBTs**
37:13,21,21
**center**
3:8 12:24 26:11 27:19
29:4,5
**centers**
12:21,23 13:1 26:7
52:12
**certain**
15:8,23 27:23 28:2
31:21 36:17 65:8
69:5
**CERTIFICATE**
92:1
**certificates**
14:16,18
**certify**
92:4
**chain**
23:3,6,7,20 24:19
38:16
**chance**
54:5,20
**change**
23:19 25:19 36:6
**changed**
63:19
**changes**
23:18
**characterize**
31:17 51:8 62:11
**charge**
25:9
**charges**
25:7,10 28:5 76:2,6
**CHIU**
4:17
**CHRISTOPHER**
3:4
**chronological**
12:18
**circumstances**
21:14
**Civil**

1:6
**claimed**
63:15
**clarify**
61:18
**classes**
15:10 37:3
**clear**
9:8 65:12
**clicks**
88:17,18
**clients**
15:24 48:11 57:13
**close**
29:14 48:7
**code**
8:19,23 9:4 11:19 15:8
15:11 28:14 29:12,15
29:23 30:2 35:8
37:25 38:2,2,4,6
53:25 54:8 69:1,2
76:16 78:9,11,18,20
79:2,5 87:4
**coding**
11:24 72:24
**collections**
8:18,25 13:6,8,8
**college**
14:5,8
**columns**
49:25
**combining**
89:14
**come**
18:6 20:19 26:4,8
27:18 28:5 46:9 72:5
72:14 77:15 81:12,12
**comes**
81:18
**coming**
67:21
**commission**
1:4 3:3,6 92:17
**commit**
25:3
**Commonwealth**
14:3

**communications**
38:9 61:1
**companies**
15:22,23 18:12 19:17
19:20 64:4 65:14,16
**company**
9:12 10:3 11:10,11
17:10 38:11 41:9
83:17 84:21
**compare**
11:2
**competitors**
64:20
**complete**
6:19,21 37:22
**completion**
37:23
**complies**
16:7
**computer**
8:19 15:8 29:23 31:23
32:10,15 33:13 37:14
37:17 67:16 69:1,2
**computers**
30:25 60:8,13 68:5
**computer-based**
37:19
**concern**
70:19
**concerns**
74:19 75:7
**concluded**
55:3
**conclusion**
52:5
**conduct**
37:25 38:2,3,4,6 39:24
40:5 41:4 44:9 53:25
54:8 76:16 78:9,11,18
78:20 79:2,5 87:4
**conducted**
61:10
**confident**
88:6
**confidential**
1:11 44:17 49:3 52:21
56:12 58:19 66:16

89:20 91:8
**confirmation**
45:12,15 61:16,19
**confusing**
84:4
**Congratulations**
13:25
**consequence**
41:24
**considered**
26:17
**considering**
76:6
**consistently**
78:2
**consumer**
11:3
**contain**
50:3
**container**
17:18
**contextualize**
83:8
**continue**
63:9
**CONTINUED**
4:1
**controls**
33:2
**conversation**
40:24 47:18
**conversations**
22:9 23:2 46:25 55:15
**conveyed**
48:17
**copy**
15:19
**core**
29:11,13
**Corporate**
1:14
**correct**
11:11 14:14,15,22,23
15:6 19:13 22:1 24:9
24:10,12 28:17 31:23
35:10,12,13 36:19
38:1 43:25 45:20

46:7 50:18,19,22
51:25 54:13 55:24
57:2 58:17 61:17
66:1,3 69:6,15,22
70:20 71:12,16,20,22
74:20,21 76:22 78:4
78:24,25 82:15,18,19
92:5

**correspondence**
76:18

**could**
6:19 10:11 15:3 25:23
27:22 28:6 29:22,25
36:12 38:20 46:12
69:17,19 72:15,15,17
72:23,24 77:16 88:14

**counsel**
4:17 6:7,15 8:4,6 16:3
19:6,7 46:25 47:18
48:10 56:5 57:6,15
59:1 61:7,7 67:11
90:9 92:9

**County**
8:2

**couple**
10:25 43:3 49:7 50:14
54:6 57:21 62:7,8

**courses**
15:3

**court**
1:1 6:17 24:4

**covered**
48:23 59:21 77:12

**covers**
38:6

**crazy**
33:9

**create**
30:22

**created**
68:25 69:20

**creates**
17:10

**creating**
28:10

**credit**
10:13,16,20 11:10

16:15 18:10,10,11
20:11,21,22 24:25
25:1 26:4,6 27:10
50:3,4 63:24 64:3,4
64:11,23 65:1 73:17
74:3 80:19,20 81:3

**current**
12:11 24:1 25:6

**currently**
9:22 19:23 88:22

**Custis**
1:15 2:1 5:1 6:3 7:15

**customer**
26:5 27:23 50:4 71:5

**customers**
25:6,8

**customer's**
28:3

**cut**
36:17 52:16 68:22

**C.L**
5:10

---

## D

**D**
6:1

**data**
8:11,15,20 10:7,9,18
13:2,3 14:21,25 15:2
15:9 17:2,3 21:20
27:3,6,10,12,14 28:14
28:20 29:11 30:16,19
30:20,22 31:24 32:5
32:16 33:3 37:4,5
47:16 49:23,25 51:12
52:9 53:4 55:10 66:9
66:19 68:6,9 69:15,15
71:5 72:13,17 77:20
78:7 79:8 80:17,20,20
80:23,25 81:1,17,22
81:24,25 82:2,3,7,12
82:20,24 83:6,7,17
84:12,14,16,20,24
87:3,18 88:1,4,14,19
88:20,23,25 89:5,12
89:14,15

**database**
16:12,15,18,19,20 17:3

17:6,10,19 20:11,24
29:9,17,21 30:8,15,15
31:1,7,17,22,24 33:10
35:20 36:4,13 37:1,1
38:3 49:23 50:1
51:25 55:5 56:7
58:13 59:19 62:12,13
63:18 65:18,25 66:3,6
66:11,19 67:1,14,17
67:23 68:4,6,19 72:6
73:4 77:7,10,21 78:3
79:7 81:13,21 83:4,25
84:9,18 86:22 87:18
87:19,25 88:5,13 89:7
90:12,24

**databases**
28:15 29:12 84:18

**date**
50:5 53:22 62:13,21,24
74:22 75:5,7 79:21
80:1,5

**David**
3:5 24:2,21

**day**
27:18 29:13 54:14
92:14

**days**
50:14 62:7,8

**DC**
3:20 4:7

**deal**
10:10,11,23,24

**deals**
8:19 21:3 25:22

**December**
47:12,13 57:20 58:6,17
58:18 74:20,23 75:1
79:23

**decision**
12:7 57:17

**decisions**
12:2

**dedicated**
86:23 87:2

**deep**
80:22

**defend**

28:1

**DEFENDANT**
3:14

**defendants**
1:8 6:7,11 87:23 90:9

**defenses**
28:1

**definitely**
37:25

**definitions**
87:25

**degree**
13:20 14:5,9 15:1,5

**demonstrating**
87:17

**department**
21:21 26:1 39:19

**depends**
69:7 72:22

**Deponent**
16:13

**deposed**
6:13 8:7 42:15

**deposition**
1:13 2:1 5:9 15:21 16:5
18:17 19:2 20:17
21:10 31:7 63:22
64:25,25 77:4 92:4

**describe**
24:23 86:2

**described**
86:16,18

**description**
8:13 30:4 36:23 86:8

**deserve**
26:6

**design**
14:20

**desktop**
32:1,6

**details**
85:20

**detection**
76:24

**determination**
82:11

**determine**

32:19 51:17 70:6
72:9 83:18
**determined**
79:1,15
**difference**
36:12 83:13
**different**
8:16,24 11:16 12:22
15:3 24:14 25:12,13
25:25 31:15,18 33:3
36:2,15 43:12 68:7,10
77:16 81:7
**direct**
23:20 54:3,3 60:5
**directed**
58:1
**direction**
92:8
**directly**
9:14,19,20 17:24 21:22
38:14 56:22,23 67:4
72:17 81:12,18
**director**
8:11 9:13 12:13 23:10
23:10,13 24:3,7,8
27:3
**directors**
9:15 23:16
**disciplinary**
41:2,5 42:1,2
**disclose**
48:13
**discovered**
79:15
**discuss**
39:17 48:9
**discussed**
17:1 41:6 42:25 43:14
45:19 48:10 55:16
62:10 76:13 79:6
82:6 86:8,21
**discussing**
73:15 82:5
**discussion**
42:8 51:19 78:10
**discussions**
39:20 48:3 55:19

**dispute**
25:6,7
**disputes**
21:20 24:20,22,24 26:1
26:17 27:4,5,6,18
**distinction**
17:17 38:18
**distributed**
88:13
**DISTRICT**
1:1,1
**DIVISION**
3:7
**document**
16:5 18:15 45:14,23
61:19 78:17
**documentation**
51:15 61:6
**documents**
42:19 43:1,2,4,8,22
44:1,24 45:10,11
60:23 61:4,9,23,24
62:2 67:9
**doing**
10:7 11:19 40:13 42:3
47:24 49:5 57:13
70:13 77:13 83:11
86:24
**dollars**
64:22
**done**
19:5 34:1 35:11 37:16
63:2 70:23 79:4
82:25 87:8
**down**
6:18 76:17
**download**
31:25 32:3,5,14
**downloaded**
32:20
**downloading**
29:16 32:9,17
**drive**
4:20 7:19 32:1,6 33:21
**driving**
86:11
**duly**

6:4
**during**
14:13 16:17 20:12
23:12 57:25 79:12
**duties**
40:25 52:8,11 70:16
**Dwight**
1:15 2:1 5:1,10 6:3
7:15

---

**E**

**E**
3:1,1 4:1,1 5:1,8 6:1,1
**earlier**
61:14 62:10 74:18
76:14
**early**
15:10 53:23
**easier**
6:23 7:9
**easiest**
12:17
**EASTERN**
1:1
**easy**
86:18
**educated**
19:18
**education**
13:19
**effectively**
40:25
**efficient**
34:5,5
**effort**
70:5,8
**efforts**
76:24
**either**
13:4 36:24 59:15 62:7
69:14
**electronic**
50:12
**element**
47:3
**elementary**
29:20
**else**

20:6 44:6 50:24 51:9
52:5 53:14 54:2
80:12,15 81:13,17
84:17 85:2 90:5
**employed**
46:1 88:7 92:10
**employee**
36:18 39:23,24 43:15
55:2
**employees**
21:15 34:19 36:5 50:21
59:11 78:3
**employment**
16:17 20:13 23:12,17
79:12
**ENFORCEMENT**
3:7
**engage**
76:23
**enough**
18:23,25 77:14
**ensure**
77:22
**entered**
35:9 69:5 71:14,19
**entire**
13:3 14:13 34:6,15
65:1
**Entirely**
72:22
**entities**
65:16 83:19
**entity**
77:7
**ESQUIRE**
3:4,5,15,16 4:3,10,18
**establish**
40:4
**established**
36:8
**estimate**
22:8
**EUGENE**
3:16
**even**
26:10 42:24 58:9,25
75:20 81:11 82:4

Case 2:15-cv-00269-MAK   Document 62-2   Filed 11/06/15   Page 35 of 49
Confidential Deposition of Dwight Castle-Brooks
Conducted on October 14, 2015

99

85:22,23 88:14
**event**
59:13
**ever**
6:13 8:8 28:23 38:19
53:7 59:5,16,23 60:7
60:22 62:3,14 75:13
75:19 76:1,5,17 86:2
86:13 88:14 90:22
**every**
27:18 29:13 38:20
68:19 80:17 88:15
**everything**
6:18
**exact**
40:23 53:22 57:22 74:7
75:5
**exactly**
36:3 37:2 57:22 73:8
**EXAMINATION**
5:1 6:7 90:9
**examined**
6:6
**example**
13:5 17:23 27:17,21
33:7 49:16 56:18
65:24 68:7 83:8,16
84:21
**examples**
10:25 85:25 86:1 88:15
**EXCHANGE**
1:4 3:2,6
**Exhibit**
5:9,10 15:14,15,19
**expanded**
13:6
**expect**
70:22,24 71:4 82:13,16
**expectation**
33:5
**expectations**
52:15
**expected**
43:17 70:23 71:7 82:6
83:12
**expires**
92:17

**explain**
9:10 10:12 23:6 25:14
26:3 33:25 53:7 75:9
**explained**
6:15 63:8
**explaining**
41:20
**explanation**
54:16 63:11 76:12 79:8
79:14 88:10
**extend**
88:18
**extent**
31:12,16 32:10 48:2
60:25 61:11 77:24
85:14
**external**
19:7
**extract**
8:19 30:20 68:23
**e-mail**
45:12 61:15,19 72:16
72:20,21 73:1

---

**F**

**face-to-face**
38:25 53:12
**fact**
87:7
**factors**
85:12
**Fair**
77:14
**fairly**
8:15
**fall**
21:25
**far**
87:24
**fashion**
72:24
**feel**
31:9
**few**
42:12
**field**
69:16,24
**fifteen**

**71:9**
**figure**
57:12
**file**
87:22 88:13
**filed**
6:12 15:22
**files**
21:14 87:23
**finalized**
85:17
**finance**
10:24
**financial**
92:11
**financing**
11:3
**find**
55:4
**fine**
36:24 41:15 57:14 65:9
73:12
**fire**
57:17
**fired**
52:20 53:8 57:24 63:19
**firing**
12:1,3
**firm**
6:10 33:10
**first**
6:4 16:8,12 30:3 47:4
53:8 74:19 88:24
**five**
9:22,23 19:8,11 42:5
**flagged**
63:2 79:7
**flip**
16:4
**FLOOD**
4:18
**floor**
22:25
**flows**
30:16
**focus**
52:7 71:4

**following**
16:14
**follows**
6:6
**follow-up**
54:6 63:7,9
**foregoing**
92:3,5
**form**
7:25 11:20 18:18 28:12
28:21 30:9 31:2,3
32:22,23 34:21 35:22
37:10 38:5 39:9 40:9
44:13 45:4 47:7,25
49:24 51:5,14,21 53:9
53:15 56:21 57:1
58:4 59:3 60:1,2,14
64:5 65:19 67:8
70:25 71:25 72:8,11
72:25 73:5,7,22,23
74:4,11 75:11,15,23
76:8,15,19,25 78:13
78:19 79:3,17 81:15
84:6 86:25 87:14,15
87:20,24
**formal**
38:10 85:17
**format**
83:24
**forward**
12:18 69:12
**found**
34:15 70:1
**foundation**
73:2 77:6
**four-year**
14:5
**frame**
57:22 58:6 62:25
**fraud**
8:18,24 13:9 21:20
24:19,22,24 25:4,21
26:1,9,10,17 27:3,5,6
27:9,18 28:1,9,11,16
76:24 83:12,19 84:22
**fraudster**
28:6

**fraudulent**
25:1,2,23 27:24
**free**
31:9
**frequency**
34:16 49:9,14 50:16
51:19,24
**frequent**
22:5
**frequently**
22:22 34:12,14 50:20
50:21 52:3,10 55:1
**front**
68:8
**fulfill**
32:11 37:23
**fully**
9:6 35:25
**function**
9:2 29:2,10,24,25
49:10
**functionality**
29:13
**functions**
8:24 28:19 32:11 36:18
49:15 50:18 82:14
**funds**
50:12
**further**
58:8 79:4
**future**
80:10

**G**

**G**
6:1
**gas**
81:2
**gather**
60:22 61:4
**gathered**
61:3,6 67:9
**gathers**
83:9
**gave**
54:4 59:11
**Gene**
73:11

**general**
4:17 17:19,22 19:16
36:10
**generally**
38:4 39:22 47:3 62:22
80:23
**Generically**
29:2
**getting**
40:19 41:6,16,18 48:7
57:7 85:10 87:8
**give**
6:21 7:13 8:13 10:19
12:6 23:22 26:5,11
33:7 74:22 78:20
79:13 80:23 88:10
**given**
64:23 66:25 76:12
77:21 83:2 92:6
**Glen**
2:8 4:14 7:21,23
**Gmail**
67:23 68:1
**go**
8:1,5 16:8 18:22 24:9
24:13 26:3,19,23
28:13,22 37:12,20
40:18 41:12,25 43:10
44:11 45:17 47:3
48:5 52:16 53:10
56:4,19 66:15,23
68:21 70:10 72:14
73:24 77:2 81:2,6
83:25 84:7,9
**goes**
72:9 81:14
**going**
6:16,18 12:18 16:8
20:19 21:18 22:17
29:8 31:3,11 33:7
38:17,19 43:21 46:17
48:1,22 63:8 69:12
77:3 85:14 87:2 88:3
**Goochland**
8:2
**good**
22:14 39:23

**government**
75:21
**graduating**
14:11
**graphical**
68:8
**greater**
35:20
**group**
9:11 12:2 26:16 35:11
59:17,24 62:14
**Grove**
7:21
**guess**
31:6 36:11 42:12 65:3
78:11 87:5
**GUI**
68:8 72:15
**guys**
17:12 19:9 43:14 68:16

**H**

**H**
5:8
**Hadoop**
88:6,7,11,21,23 89:3,4
89:5,7,8,9,12,17,24
90:2
**half**
42:16
**Hampden-Sydney**
14:8,11 15:5
**hand**
92:14
**handed**
61:6,7 67:10
**handing**
15:18
**handle**
24:24 27:17 88:14
**handling**
26:14 89:13
**happen**
6:16 23:18 28:3
**happening**
28:10
**hard**
32:1,6 33:21 82:23

**83:2,21 86:20**
**head**
53:23
**hear**
42:19,25
**held**
2:1 12:20 42:8
**help**
27:11 28:16 59:24
67:12
**here**
6:16,18 7:23 8:4 16:4
17:1,4 19:6 23:2 30:5
36:9 67:14,22,24
77:18
**hereby**
92:4
**hereunto**
92:13
**hey**
28:4
**high**
8:20
**higher**
83:18
**highest**
13:19
**highlight**
37:4
**hired**
59:1
**hiring**
12:1,3 24:15
**history**
21:13 25:18,20
**hit**
49:16,19 69:18
**hitting**
52:14
**hold**
80:5
**holders**
64:22
**holds**
50:12
**holiday**
74:23

holidays
58:23
home
7:20
honestly
36:2
host
70:15
hour
7:8
hours
19:8,11
house
80:25 81:23
housed
88:4,5
houses
80:19 81:22 88:14
HR
53:17,18 54:12
Huang
1:7,7 3:14,14 6:12
    16:17 20:10,24 21:19
    23:9
Huang's
21:13
hundred
90:3
H-a-d-o-o-p
88:9

_____ I _____

idea
63:14
Identification
15:16
identified
25:23 80:7
identify
28:16 48:20 62:15
identifying
23:8
illegal
75:10
imagining
67:22
immediate
81:8,20

immediately
72:8 81:4
impact
34:6,15
impacted
34:4
impacting
33:2 34:10
implicate
48:2
improper
51:11 52:13 53:3
improperly
53:4
inappropriately
34:4
include
30:7
included
9:25
including
16:18 20:23 87:22
inconsistent
41:6,17,18 43:20 49:9
    49:15 50:16 52:15
    85:11,16,19
independent
37:8
independently
71:15
individual
18:12 19:17,20 36:5
    65:14 69:4 71:24
    82:8,18
industry
10:14 18:10 63:24 64:1
    64:12,15
influence
12:4,5,8
inform
75:13,19 76:1,5
informal
38:9
information
15:24 16:19,20 18:5
    19:23 20:2,7,10,20,23
    21:2,4 26:12 29:17,22

29:24 30:1,2,8,20
31:21,25 32:4,6,9,15
32:20 33:10 34:8,19
43:5 44:17,21,22 45:2
45:8 46:5,15 47:6,23
48:4,21 49:4 50:3,25
51:3,10,13 52:6,22
53:1 55:14,24 56:10
56:13 59:17 63:4
66:6,11,17 67:5,6,23
71:15 72:9 73:4
74:10 77:7 81:12
82:5 83:23 86:22
88:11 89:16,20,21
90:12,23
informed
18:23,24 19:12 47:5
78:22
infrequent
22:7,25
Ingoglia
3:16 5:3 11:21 85:5
90:6,10,15,17,20,21
91:1
initial
57:19,23
initially
56:12
inputs
29:22
inputting
30:2
inside
81:4
insider
78:15,16
instance
79:6 90:11
instances
84:20
instead
83:14
instruct
77:3
instructed
8:6
intent

70:12
interact
22:23 36:13 67:16 86:5
interacted
85:23 86:19
interactions
22:5,24 38:9 48:18
60:5 86:11
interest
92:11
interested
87:5
interface
68:8,16
internal
14:18 19:7 59:1
Internet
88:17
investigate
70:14
investigating
58:22
investigation
59:2,25 60:23 71:6
involved
10:13 14:21 38:12,14
issue
39:25 40:5 41:4 44:10
55:16 58:18 60:24
issuer
64:3
issuers
64:9 73:17 74:3
issues
41:3,5 42:1,2 85:21
itself
31:25 73:1

_____ J _____

January
46:21 57:21 58:14,15
58:23
Jason
3:15 6:9
JFK
3:9
job
1:22 8:14 11:17,23

25:11,18,19 27:2 29:9
29:11 30:3,7 31:9,13
31:14 32:2,11,13
36:18 38:12,15 40:8
49:10,15 50:17 52:7
52:11,15 70:13,16,23
82:13
**jobs**
13:15 14:14
**joined**
14:12
**JONATHAN**
4:17
**JONES**
4:10 7:10
**judgmental**
26:2 28:19
**July**
24:14 92:17
**jump**
21:18

--- K ---

**keep**
55:5
**KELLY**
3:4 7:25 18:18 28:21
30:9 31:3,11 32:22
34:21,25 36:14 40:9
40:17 45:6 46:17,23
47:9 51:5 60:2,14
61:11 65:20 66:12,14
66:20,22 70:25 71:25
72:12 73:5,22,25
75:17 76:15,25 79:3
81:16 84:6 85:14
87:14,20 91:3
**key**
39:19
**kind**
6:15 11:19 14:16 25:20
25:20 33:25 38:8
68:5,14 70:18 86:21
**knew**
23:2 55:23
**know**
6:25 7:1,4 11:15 12:20
16:9 20:4,6,8 21:19

22:3,19,20 23:16,19
24:5 27:2 28:13,24
29:23 33:5 36:3
38:19 43:1 46:9 48:5
48:16,17,18,21,23
50:24 51:2,9,9,9
53:22 56:5,14,16
57:14,14 58:24,25,25
59:4 61:2 62:24,24
63:19,25 64:2,10,14
64:16,18,19,21 65:4,4
65:7,8,9,12,15 66:25
68:11 73:3,8,20 74:2
74:7,9,14,16,23 75:4
75:5 79:20 80:4,12
83:19 84:4 85:12,12
89:16,19 90:1
**knowing**
19:2
**knowledge**
18:16 19:2,23 20:2,14
20:16 21:9,16 56:16
60:17 80:8
**knowledgeable**
16:14,24 18:15 19:15
21:2,6

--- L ---

**L**
3:5
**lands**
81:17,17,24,25
**language**
15:12 35:25
**laptop**
33:22,22
**laptops**
60:21
**large**
8:15 70:15 71:8 83:14
84:15 89:15
**larger**
27:7 88:14,15 89:13
**largest**
11:12 64:2,9
**last**
40:6 63:21 74:12 75:1
75:2,3 77:15

**later**
20:19
**latter**
30:24
**law**
6:10 33:10
**lay**
10:13 24:23 67:21
**layers**
9:16
**lead**
8:15 11:23
**leading**
79:23
**learn**
40:5 46:14 47:14,17,23
58:20
**learned**
44:9 47:15 48:2,3,14
74:19,24 75:6
**learning**
71:10
**least**
15:22 26:20 37:23 46:6
61:15 63:15 81:8
**leave**
32:4
**led**
52:5
**Lee**
1:15 2:1 5:1 6:3 7:15
**legal**
46:25 47:18 55:15
56:10 57:6,15 58:24
61:7,7 67:11
**legitimate**
25:3,9
**let's**
12:17 15:13 22:13,22
23:21 26:19 28:4,8
31:21 39:24 40:4
41:12 42:5 49:20
53:8,19 65:11 72:19
82:3 88:12
**level**
8:21 9:3,24 13:19 36:6
**levels**

**9:**1 36:8
**leveraged**
69:24
**leveraging**
25:3
**life**
33:7
**likes**
32:1
**limit**
45:7 51:11 82:3
**limited**
18:1 32:17 33:4,24
37:6 56:13 89:10
**line**
26:6 48:1 54:3,23
**lines**
87:9
**list**
73:20
**listed**
18:13 65:14
**Listen**
67:21
**listing**
15:21
**literally**
68:9
**little**
9:7 62:12 84:4
**LLC**
4:19
**LLP**
3:17 6:10
**loans**
10:25
**local**
33:12 60:13
**locally**
30:25 31:23 33:21
**log**
55:5,7,8,9,18 56:18,20
56:24,25 57:16 58:12
60:19 62:4 67:12
68:13,14,18 69:4,13
69:22,23 70:24 71:4
71:11,18

logs
57:4,20 58:14,15 60:20
62:14 67:10
**Lois**
1:24 2:12 92:2,19
**long**
12:11,14,20 25:18
73:11
**longer**
38:20 81:25
**look**
25:1 33:11 52:11 55:18
56:19,24 58:2,12,16
59:17,17 64:17 70:24
72:10,17 83:13 84:22
85:4 88:17
**looked**
43:1 56:6,18,24 57:9
57:10,16 58:14,15
62:14 87:7
**looking**
18:8 25:4,22 26:9 27:9
34:19 35:15 49:22,25
57:3 58:13,21 60:18
67:18 68:1 69:10,14
70:18,22 82:9,17
**looks**
69:2
**lot**
6:23 29:21 38:20 51:25
72:24 80:20 81:23
87:8
**lower**
9:3 41:8,22,23

**M**

**machines**
50:12
**mainly**
11:18
**maintained**
16:16 78:17 88:21,23
89:3
**maintains**
80:16
**making**
25:2
**manage**

9:2 11:23 27:5
**management**
14:19 17:11 23:3,6,7
23:20 30:16 38:15
47:1,19 55:6,15 68:19
**manager**
23:10,13,21 24:7,8,15
40:24 85:21 86:2,9
**managers**
9:15 23:16,23 39:1,3,4
43:23,23 52:18 86:17
**managing**
9:3,14 11:18 87:6
**manipulate**
30:21,22 31:24 84:11
84:14
**manipulated**
16:21
**manner**
31:17,18 49:9,14
**marked**
15:13,15,19
**market**
18:9 19:15,18 20:4
63:23,25 64:11,14,19
64:25 65:4,4,13 73:15
**massive**
30:15 34:2 81:22
**MasterCard**
66:10
**master's**
13:20,21 14:2
**material**
48:7 78:21
**math**
15:5
**mathematics**
15:1
**Matt**
24:3,21 26:24,25 27:1
**MATTHEW**
4:10
**McGonigle**
2:5 4:4,11
**mean**
12:6 17:1,17,22 23:22
31:9 34:5 41:7 49:20

68:15
**means**
25:21 41:8,22
**meant**
41:21
**meet**
30:23
**meeting**
39:17 42:18 43:14,23
53:12,14,24 76:14
**meetings**
44:3 57:24
**mentioned**
8:7 9:10 19:10 23:6
33:23 43:13 44:9,25
50:20 51:19 54:25
65:11,24 73:15 74:18
74:23 82:17 85:10
86:5
**mentions**
62:4
**merchant**
50:5,11,14 52:8 69:11
69:17,24 71:6 83:22
**merchants**
62:5 70:14,15 71:6,8
83:15
**Merit**
92:2
**message**
76:21
**met**
19:11 59:5,7
**method**
68:10
**methods**
68:11
**might**
8:4 9:17 25:1 42:21
58:24 81:7,10
**mind**
42:4 73:10
**minutes**
42:6
**mischaracterizes**
51:6,22 61:12
**missing**

77:22
**mistaken**
11:10
**misuse**
47:5,16,22 48:21
**misused**
44:16,20 46:6
**misusing**
50:25 52:6 55:10 82:12
**modules**
37:14
**monitor**
34:9,17 35:12
**monitoring**
32:19,21 33:1,23,25
34:18,25 35:4,15,17
35:17 62:12,13,18
63:20
**monitors**
63:18
**month**
22:9 62:23
**months**
55:7
**morning**
6:9 81:9,20
**Morvillo**
3:17 6:10
**move**
18:7
**moved**
13:1
**moving**
20:9
**muddled**
31:5
**multiple**
72:18
**Murphy**
2:5 4:4,11
**M-a-t-t**
24:6

**N**

**N**
3:1 4:1 5:1,1 6:1
**name**
6:9 7:13 17:6,12 69:17

69:24
**named**
17:8
**names**
12:22 17:16 23:22 58:9
58:10,19
**Nan**
1:7 3:14 6:12 16:17
20:10,24 21:13,19
22:12,16 23:4,25
25:12,24 26:20,22
31:5,10 33:24 35:19
36:13,21 38:10 39:13
39:14 40:14,15,19
41:10,11,11,12,13
43:7,20,24 44:16
45:23 46:14 47:6
48:14 49:2,17 52:7
54:11,12,17 56:6
57:17 58:11,21 59:2
59:18 61:10 62:15
63:19 67:5 68:4,24
74:20 75:9,19 76:2,6
76:12 78:10,22 79:13
85:10 87:7 90:1
**Nan's**
25:25 28:18 31:13
48:21 58:3 60:8
68:14 86:2 87:16
**nature**
70:18
**necessarily**
89:19
**need**
7:3 12:9,22 27:23 37:6
42:3 58:16 63:13,14
68:12 80:13
**needed**
14:24 15:4
**needing**
79:8,8
**needs**
30:23
**neither**
92:9
**network**
25:8 31:1

**never**
8:7 78:22
**New**
16:3
**next**
6:22 18:7 47:23,24
79:24 81:8,20
**Nilesh**
24:16
**Nobody**
78:7
**Nodding**
7:2 72:7
**nonbusiness**
34:20 35:16 44:23,25
45:2,8 49:4 51:14,18
52:22,25 55:3 59:19
79:15
**non-final**
85:19
**normal**
82:9
**notarial**
92:14
**Notary**
2:13 92:1,3,20
**notes**
85:4
**nothing**
6:5 52:8
**notice**
31:7 57:19,23
**notified**
42:14 47:4,22 58:16,18
63:3 75:21
**notify**
34:11
**November**
63:1 69:12
**number**
11:13 34:2 69:25 70:1
70:17 71:8
**numbers**
11:15 83:15
**NW**
4:5
**N-i-l-e-s-h**

24:18

---
### O
**O**
5:1 6:1
**object**
18:18 19:21 30:9 31:3
31:11 36:14 46:17
48:1,22 60:2,14 61:11
63:21 70:25 71:25
73:5,7 85:14 87:20,24
**objection**
7:25 8:4 11:5,20,21
18:20 22:11 28:12,21
30:11 31:2,16 32:22
32:23 33:16 34:13,21
34:22,24 35:22 36:7
37:10 38:5 39:9 40:9
40:11,16,17 44:13
45:4,6 46:18,23,24
47:7,9,25 48:15 51:4
51:5,21 53:9,15 55:21
56:8,21 57:1,7 58:4
59:3,20 60:1,16,25
61:13 64:5,13,24
65:19 66:7,12,13,20
66:21,22 67:2,8 69:7
70:8 71:2 72:11,12
73:22,23 74:4,11
75:11,15,17,23 76:8
76:15,19,25 77:1 78:5
78:13,19 79:3,17 81:5
81:15,16 82:22 84:2,6
86:25 87:14,15 90:14
**obtain**
14:9 60:7
**obtained**
15:24 18:16
**obtaining**
30:1
**obviously**
10:4 22:16
**occur**
34:12,14
**occurred**
57:19 83:16
**occurs**
34:11

**October**
1:17 92:15
**offended**
90:7
**officer**
92:3
**offices**
2:2 13:11,12 16:3
**official**
87:21
**Off-the-record**
42:8
**okay**
7:1 10:6 18:24 19:5,14
20:6,19 23:9 24:1
25:24 26:13 32:19
36:5,25 47:20 51:24
53:5 54:5 57:16
58:15,20 67:13,25
69:13 70:5
**old**
7:16
**once**
7:8 22:8,9
**one**
1:13 3:8 4:2,19,20 7:19
8:10 10:16,17,20 11:2
11:9,14 12:14,15,20
12:25 13:11,13,14,18
14:12,18,20 15:20,25
16:9,10,12,16,17
17:13,15,15,18,20,24
17:25 18:2,7 19:6,19
20:5,7,8,13,21,22
21:13,15,24 23:12,17
23:19 24:24 27:8,15
28:10 31:6,17 32:8,12
32:21 33:8,15,22 34:4
35:1,20 36:11,17,22
38:4,7 41:3 44:18
45:15 46:1 47:5,16
48:13,18,20 49:11,18
50:4,12 51:13,17
52:12 53:3 55:3,4,8
55:11,19,23 56:19,24
57:25 58:22 59:1,10
59:11 60:7,17 61:8,15

Case 2:15-cv-00269-MAK   Document 62-2   Filed 11/06/15   Page 41 of 49
Confidential Deposition of Dwight Custis "Lee" Brooks
Conducted on October 14, 2015

105

61:18,19,19 63:16,18
63:25 64:2,10,14,22
64:23 65:17,17 66:18
66:25 68:10 70:13
71:7,23 72:19 73:16
74:2,2 75:8 76:1,2,5,6
76:23 77:17 78:1,2,3
78:11 79:1,6,13,14
80:4,7,12,17 81:3
82:10,11,21 83:9,14
87:19,22 88:8 90:3,6
90:17,18,23 91:7

**ones**
8:23 70:7
**One's**
7:23 18:9 19:15 20:11
63:23 64:11 65:13
88:16
**onwards**
25:21 63:1
**on-the-record**
59:11
**operation**
11:12
**operational**
17:20 27:25 29:3
**operations**
8:12,17 10:10,12,15,20
10:22,23 11:1,12 13:3
**operator**
83:25
**opposed**
30:2 36:13 89:12
**ops**
17:15,20,25 18:2 36:11
**oral**
38:21,22,25 39:2
**order**
12:18
**organization**
8:12 17:23 21:23,25
27:7 65:1
**organizations**
11:16
**originally**
15:20 56:6
**other**

8:3 9:15 10:11,19 11:2
11:18 12:8,19 18:14
21:22 34:10 35:20
39:8 40:24 42:21
43:8,23 44:1 45:1
49:11,18 50:21,24
51:18 52:2,24 61:8,20
62:1,3 64:4,19 65:16
71:15 78:3,15,21,23
79:2,2,5,13 80:7,20
80:23,25 84:17 85:20
86:8,10 87:16,19
**others**
12:6 85:24 86:12
**otherwise**
38:19 92:11
**outcome**
92:12
**outgrowth**
43:22
**outlets**
13:17
**output**
72:6
**outside**
10:20,22 59:1 77:4
**overwriting**
28:19
**own**
30:22 78:20

———————————————
**P**

**P**
3:1,1 4:1,1,3 6:1
**PA**
3:11
**page**
5:1,9 21:12
**Pages**
1:23
**Panas**
24:3,21 26:24
**Panas's**
27:1
**part**
13:16 21:1 25:7 30:24
32:2,13 35:14 37:9
39:19 42:15 82:11

86:6
**particular**
14:17 27:19 29:4 35:17
80:1,10 83:22
**particularly**
72:2 83:20
**parties**
20:21,25 21:3 66:8,19
76:23 77:8,10,21,25
78:8 84:24 89:17,22
89:23 92:10
**party**
17:8 65:16 66:5 77:6
84:23 90:13,24
**part-time**
13:15 14:14
**passive**
90:15,16
**past**
25:20 55:7
**patience**
36:20
**payments**
25:3
**pending**
7:5
**Penn**
3:8
**PENNSYLVANIA**
1:1
**people**
9:2,2,3,4,10,17,19,22
9:23,24 10:1,3,5,6
11:8,13,18 12:8,9
13:7 17:23 21:24
22:19,19 23:13 25:2
34:8 35:12 52:2 58:1
62:17
**people's**
39:8
**percent**
41:23 90:3
**Perfect**
25:17
**perform**
8:20
**performance**

23:3 26:12 27:17,20
29:5 35:5,6,7,8 38:13
38:15,23 39:18,22
41:25 43:10,12,13,19
85:11,21 86:7 87:16
87:23
**performed**
35:16
**performer**
40:12,19 41:8,22 86:19
**performers**
41:23
**performing**
26:15 40:25
**period**
14:13 19:11 23:14 40:2
49:17 58:1 69:6,12
70:3
**periods**
81:23,24
**person**
10:13 23:8 34:17 39:19
54:12 63:8
**personal**
20:12 21:14 22:5,24
32:10 33:22 60:21
**personally**
22:3 36:1 86:13,15
89:4
**perspective**
72:4
**Peterson**
4:3 9:5 11:5,20 18:20
19:6,21 22:11 28:12
28:25 30:11 31:2,16
32:23 33:16 34:13,22
35:22 36:7 37:10
38:5 39:9 40:2,11,16
42:7,21 44:13 45:4,18
46:2,12,18,24 47:7,25
48:15,22 51:4,6,21
53:9,15 55:21 56:8,21
57:1,7 58:4 59:3,20
60:1,16,25 61:3,13
63:21 64:5,13,24 65:6
65:19 66:7,13,21 67:2
67:8 69:7 70:8 71:2

Case 2:15-cv-00269-MAK   Document 62-2   Filed 11/06/15   Page 42 of 49
Confidential Deposition of Dwight Castro-Lobrooks
Conducted on October 14, 2015

106

72:11 73:7,12,23 74:4
74:11 75:11,15,23
76:8,19 77:1,3,9,14
77:24 78:5,13,19
79:17 81:5,15 82:22
82:25 84:2 85:3,7
86:25 87:10,15,24
90:8,14,16 91:7
**Philadelphia**
3:11
**picked**
72:20
**pinging**
51:25
**place**
33:14
**placement**
74:7
**Plaintiff**
1:5 3:2
**plan**
41:25
**platform**
67:17
**platforms**
68:7
**play**
89:15
**played**
15:1
**please**
7:14 28:23 29:18 45:16
59:22 67:20 82:10
90:8
**plus**
80:20
**point**
13:2 19:1 21:7 22:14
32:6 34:10 48:13
54:25 55:25 56:13
58:9,11 71:23 79:12
83:22 89:10
**policies**
54:1,8 78:15,21,23
79:2
**policy**
78:10,12,16,16,17 87:3

**poor**
40:20,21
**poorer**
86:7
**pops**
68:2
**position**
8:10 12:12 17:2
**positions**
12:19 21:21
**possible**
18:11 19:16 24:24
**potential**
26:9 35:16 47:5,16,22
48:21 55:16 58:16
62:5 75:7 80:7,9
83:18 85:15,18
**potentially**
41:24 73:17 75:10 82:8
82:17 85:10
**practical**
72:4
**practically**
68:15
**preamble**
16:13
**precise**
74:22
**preparation**
18:25 19:4,5 42:20
44:4
**prepare**
39:4,7,12 44:6
**prepared**
19:7 39:6 42:13 77:16
**prepping**
20:16 21:10
**president**
9:14
**press**
76:2
**pressing**
76:6
**Presumably**
71:14
**presume**
35:11 66:2

**pretty**
22:25 29:14 43:3 54:3
**primary**
9:2 11:22 18:2 27:14
**principal**
9:17
**printed**
20:11
**privilege**
19:22
**privileged**
19:10
**probably**
7:8 18:6 31:4
**problematic**
77:23
**process**
14:19
**processes**
17:20
**produced**
67:6
**produces**
68:16
**product**
17:7,7,8
**production**
30:17,17 81:19,21,23
88:4
**program**
67:15
**prohibited**
32:9
**project**
63:13
**proper**
37:5
**properly**
9:7
**proprietary**
17:12 44:17 49:4 52:22
66:16 68:5 89:20
**provide**
6:20 27:20 54:16 84:22
84:24
**provided**
55:24 79:7

**providers**
66:5
**Public**
2:13 92:1,3
**pull**
30:20 55:8 71:15 84:17
84:19
**pulled**
55:7,9 69:17,19
**pulling**
30:8 52:9 72:17
**purchases**
18:11,12
**purportedly**
50:25
**purpose**
32:17 33:4,6 45:2,8
52:25 59:19 82:21
83:7,10 89:11,13
**purposes**
8:23 18:16 32:21 34:20
35:16 37:6,7 44:23,25
46:6,15 49:4 51:18
52:22 55:3 79:16
87:3
**pursuant**
2:12 29:9
**put**
39:24 42:17 51:16
63:17
**putting**
47:20 57:24
**pyramid**
10:2
**P-a-n-a-s**
24:6
**P.C**
2:5 4:4,11
**p.m**
91:10

---

**Q**

**quarter**
40:7
**queries**
34:9 35:15 43:7 52:17
52:19 55:6 68:24,25
69:4,11,14,22,23 70:6

70:12,14,17 71:11,14
71:19,21,24 72:2,5
79:14
**query**
34:5 35:7,8 62:16 63:4
63:6,13 68:20,23 69:3
69:8,9,10,18,21 83:23
**question**
6:20,22,25 7:5 18:19
26:5 28:23,25 29:18
30:10 31:12 32:2,12
32:25 33:17,19,20
35:14 36:12 38:20
39:10 46:2,12 52:23
54:21 56:3 59:22
60:15 62:1 63:21
64:6,16 67:19 71:1
72:1 73:6 76:4 77:15
87:10,21 88:24 90:7
90:18
**questioning**
48:1
**questions**
6:17 9:6 22:17 27:8
38:17 42:12 54:6,9,22
60:5 91:4
**quick**
8:13 85:3,5
**quickly**
9:7 57:17
**quoted**
69:25

---

**R**

**R**
3:1,4 4:1 6:1
**raised**
70:19
**ran**
68:13 69:10
**ranks**
64:3 73:20
**rate**
38:23 83:19 84:22
**rather**
22:7 71:7 81:20
**rating**
39:18 41:6,17,19 43:12

43:19,20 85:11,16,17
85:19
**ratings**
40:20,22,24 43:10,14
**reading**
92:8
**reads**
9:7
**real**
42:12
**really**
7:10 26:10 52:8
**reason**
17:16 29:8,17 52:19,20
56:9 83:9 86:6
**reasons**
55:2
**recall**
23:23 39:22 62:8 73:18
86:4,9 90:11,22
**received**
55:14 69:13
**recent**
24:8 25:20 88:6
**recently**
26:20
**recess**
42:9 73:13 85:8
**recommendations**
12:6
**record**
7:13 8:5 16:1 31:5 42:7
61:8 65:12 91:10
92:5
**recoveries**
8:18,24 13:8,9
**reduced**
92:7
**refer**
36:22
**reference**
59:13
**referenced**
78:9
**referencing**
17:4
**reflected**

50:2 81:4
**regard**
19:24
**regarding**
8:24 20:2 45:10 61:16
62:2 80:17
**regardless**
9:24
**Registered**
92:2
**Registration**
92:20
**regulatory**
63:13,14 79:9
**related**
11:18 12:24 61:9 70:7
70:7 92:9
**relates**
31:8 74:10
**relationship**
38:11
**relative**
64:4
**relevant**
31:18
**remember**
40:21,23 41:2 54:9,22
70:1 79:9
**reminds**
27:8
**repeat**
59:22 67:19,19 71:17
76:4 82:10 88:24
90:18
**rephrase**
29:18 32:12 39:10 46:3
46:12 47:13
**report**
9:14,16,19,20 10:3,4,6
21:22 23:9 83:24
**reported**
1:24 21:23 23:22 24:2
24:8,11 26:20,22,24
**reporter**
6:17 24:4 92:1,2
**reporting**
8:20 10:5 13:7 23:23

24:15 27:15,16,20,21
29:3
**reports**
23:10,11 26:25 27:16
39:15
**represent**
6:11 16:1 22:16 76:1
**representative**
1:14 53:17,18
**request**
56:18 59:24 91:7
**requested**
57:5 92:9
**requesting**
71:16
**requests**
59:16
**require**
32:3
**requirements**
37:15
**research**
27:24 58:8 79:4
**respect**
18:10,11 19:16,19
22:20 23:24 25:11
28:20 31:1,10 38:3,11
38:18 41:3 47:2
59:18 60:23 65:13
82:7
**respond**
54:5,20
**response**
54:7 79:9
**responsibilities**
8:14 11:17 25:12 30:3
30:7 31:9,13,14 32:3
32:13 70:23
**responsibility**
11:22
**rest**
86:6
**restricted**
17:21 18:1 36:10
**restriction**
32:14
**restrictions**

32:8,16
**result**
68:17 69:21
**results**
71:21,24 72:3,16,25
86:11,13,15
**retail**
10:23 13:17 69:14
**retention**
12:25 78:17
**reveal**
45:19
**review**
39:8 42:19 60:12 61:9
62:1,6 86:13,15
**reviewed**
39:15 42:22,24 43:2,3
52:17 62:3
**reviewing**
38:12,15
**reviews**
38:21,22,25 39:1,2,5,6
39:7,8,12,22 40:8
43:13
**reword**
28:24
**Richmond**
1:16 4:21 7:24 13:10
13:12
**Ricker**
26:22,23
**right**
7:12 20:9 29:21 35:4,8
35:9 43:18 52:3 56:1
56:11,23 60:19 65:5
65:25 67:15,22,22
71:15 72:6 81:2
**RMR**
1:24 2:12 92:19
**Road**
2:6 4:12 7:21
**role**
11:23 12:1 13:2,6
14:22 15:2 17:3 23:8
25:14,25 27:1 28:9,19
29:4 70:13
**roles**

13:3,15 25:19 33:24
36:2,3,16
**routine**
71:7
**rows**
49:25
**run**
28:1 29:24 43:7 52:19
55:6 60:20 68:14,16
68:20,24 69:3,9 71:23
72:2 82:7 83:24
**running**
27:11 29:25 62:17 63:9
63:12 65:1
**R-i-c-k-e-r**
26:24

---

## S

**S**
3:1 4:1 5:1,8 6:1
**Sadler**
2:6 4:12
**sales/purchases**
16:15 20:12,22
**same**
18:20 22:25 23:1,4,5
23:13 29:2 30:11
33:3 34:22 35:19
40:11,16,17 43:4 45:6
46:18,23,24 47:9
49:19 54:7,11,14,16
60:1,16 61:13 63:20
65:20 66:22 71:2
72:12 75:17 81:16
**Samuel**
24:3
**SAS**
84:18,19
**sat**
38:22
**save**
32:15 33:11,12,21
**saved**
20:11 30:25,25 31:23
60:13,18,19 88:11
**saving**
32:10
**saw**

28:2 83:14,14
**say**
6:18 11:15 12:3,5
17:22 18:24 22:8,24
25:8,19 27:15,25 28:4
31:21 37:21 38:2
49:14 52:12 53:2,24
54:19 57:21 72:19
74:12,25 76:11 78:2
85:22 87:13 90:3
**saying**
11:3 77:20
**says**
16:12 18:9 19:16 20:9
20:20 85:15
**schedule**
15:20 16:5 18:8
**scope**
16:18 48:15,23 49:14
50:16 59:20 63:22
77:1,15 82:13 83:14
86:21
**Scott**
61:20
**screen**
68:1
**seal**
92:14
**search**
68:2,16
**searched**
69:11,16
**searches**
82:7 86:24
**SEC**
6:11 8:3 15:22,23 44:3
46:7 48:10,14,17,19
55:20,24 56:14,16,19
59:5,7,12,16,23 60:6
60:23 61:5,7 66:25
67:7 75:13 79:24
**second**
16:5 21:12 45:16 52:7
**section**
16:13,22
**sector**
10:7,17 11:1

**SECURITIES**
1:4 3:2,6
**see**
16:1,22 18:14 28:9
30:20 33:8 45:14
52:18 68:4,6,10 71:24
72:2,20 73:11 88:12
**seeing**
68:3 71:11,19
**seen**
45:10 83:20
**select**
68:9 72:15
**selected**
20:23
**sells**
20:21
**send**
72:23
**senior**
8:11 9:13,15,18 12:13
17:2
**sense**
6:23 7:6,7 10:19 22:21
33:19,20 35:21,24
65:6 86:23
**sent**
48:24 61:4 73:4,9
**separate**
22:13,19 31:12 50:8,9
78:12,13,15 81:21
**separately**
23:24
**September**
12:16,21
**series**
6:17 37:20
**served**
15:20
**service**
66:5
**SERVICES**
4:19
**servicing**
8:18 13:5,9
**sessions**
38:23

Case 2:15-cv-00269-MAK   Document 62-2   Filed 11/06/15   Page 45 of 49
Confidential Deposition of Dwight Custis-Brooks
Conducted on October 14, 2015

109

set
15:11 72:15,22 92:13
sets
65:24 84:15 89:14,15
setting
77:5
settled
50:13
several
21:21 57:3 74:12
Shady
7:21
shall
16:14
share
18:9 19:15,19 20:4
63:23,25 64:11,14,19
64:25 65:4,13 73:16
89:21 90:12,23
shared
89:17
shares
66:18
shifted
13:5
short
42:9 73:13 81:23,24
85:8
shorthand
17:14 92:1
should
21:2 31:4 32:17 33:4
36:22 41:1 50:17
52:8 70:13 89:18
show
72:25
shows
83:21
side
13:5 25:6
significant
86:12
significantly
36:6
signing
92:8
similar

similarly
6:21
simple
15:11
simplistic
49:24
since
12:15 15:9 56:14 63:19
sir
10:5 43:16 44:2,8
sit
9:11 22:25 38:21,22
sitting
67:16
size
12:9
skill
15:11
skills
15:4 85:22
slides
37:20
slightly
81:7
soft
85:22
software
68:5
sold
20:25 21:3,4
solid
40:12,19 86:19
solutions
27:25 29:3
some
8:3 9:1 13:16,16 14:24
19:1 31:1 32:6 36:12
37:9 40:6 45:1,22
46:5 47:5 48:13
55:24,25 67:17 68:4
68:16 71:15 72:6
77:22 78:21 81:21
83:12,22,25 84:22
85:22 86:12 89:9
somebody
10:4 27:19 56:24 57:13

67:15 68:13 83:11,16
84:8,11 87:6
Somensatto
3:15 5:2 6:8,10 7:11,12
9:9 11:7 15:13,17
18:21 19:25 20:1
22:13,15 28:7 29:7
30:12 31:6,19 32:24
33:18 34:23 35:1,3,23
37:11 39:11 40:3
42:5,10,23 44:14 45:5
45:9,21,24 46:19
47:10 48:8 49:1 51:7
51:23 55:22 60:3
65:3,21 70:9 73:10,14
74:1,5 75:18 77:5,11
77:19 79:19 83:5
84:3 85:1,9 87:12
88:2 90:5 91:2,4
someone
28:8 30:18 48:20 56:5
60:7 63:3 77:16
89:11
something
33:14 34:14 43:12
57:13 64:17 68:2
83:20
somewhere
29:21 67:24 81:13,17
84:17
sorry
35:24 36:20 41:14,20
47:12,13 49:12,22
67:19 68:21 78:8
84:4 88:24
sort
83:12
sorts
68:11
source
81:11
sources
30:17,17 72:18
space
84:13
speak
11:16 18:23,25

specialized
26:1
specialty
14:17
specific
12:22 14:24 24:22
37:13 41:2,5 56:9
58:13 62:5 64:8
67:15 69:11 83:10
85:25 86:1 87:1
specifically
52:2 69:10 82:4
specify
73:25
spell
24:4,17 26:23 88:8
spend
64:22
spent
72:24
spit
29:23
spoke
38:8
spreadsheet
50:1 62:4 72:8,18,23
spreadsheets
43:3,6,9
SQL
15:11 28:14 29:12 34:6
68:9,20 72:14
staff
12:9
start
6:22 22:22 23:21 25:16
31:22 53:8,19
started
12:21,25 13:5,17 15:9
24:14 56:9
starting
14:22
State
2:13
stated
35:18 37:15 52:18
statement
34:6 61:20

**STATES**
1:1
**station**
81:2
**stenographically**
92:7
**step**
49:20
**Steven**
26:22,24
**stick**
28:8 31:4 70:19
**still**
11:24 26:16 84:11
88:25 89:2
**stop**
63:5,6
**stopping**
63:7
**storage**
81:25
**store**
84:15
**stored**
16:20 49:23 81:13 84:1
87:19
**stores**
29:21
**strategic**
89:15
**Street**
3:18 4:5
**stress**
63:16 79:9
**strike**
44:10 47:21 51:1 82:5
**strong**
43:21
**structure**
24:1,15 48:6
**structured**
11:11
**stuff**
8:25 33:11
**subject**
10:11
**submitting**

71:5
**subpoena**
5:10 15:15,19 16:2
**substance**
42:11,12
**sued**
48:10
**Suite**
2:7 3:10,19 4:6,13
**summated**
83:15
**summations**
71:8
**summing**
70:15
**support**
8:16 24:25 27:15 52:12
**supporting**
10:18 26:11 27:19
**supports**
25:8 26:6
**sure**
6:15 9:8 26:11 34:16
37:2 57:22 61:21
77:12 90:20
**surrounding**
21:14
**suspected**
57:13
**suspend**
28:4
**suspicious**
56:14,17 62:15
**swipe**
50:11
**sworn**
6:4
**system**
17:11 28:10 30:16 31:1
33:2 34:2,3,9,15 35:5
35:6 55:6,6 68:19,20
69:5 71:12 72:16
81:21 88:13
**systems**
30:18,18 62:18 81:19
81:23 87:22

———————
**T**

**T**
5:1,1,8
**table**
49:8,8,11,21,22,24
50:2,7,8,9 52:14
68:18 69:18 82:4
**tables**
30:22 33:3 36:15,17
49:7,13,16,16,19,23
50:16 52:2 55:1
68:10 69:19
**tabular**
72:25
**take**
7:3,5,8 15:3,10 37:14
37:18 38:20 49:20
73:10 85:3,5
**taken**
37:3 42:9 73:13 85:8
92:4,6
**talk**
17:25 18:6 36:9,10
39:25 48:6 73:11
77:17,18
**talked**
19:10 47:20 52:24 56:4
62:11
**talking**
22:12 30:5 35:24 36:9
45:1 62:21 80:23
87:21
**tax**
34:9
**team**
8:15 9:15 12:9 60:22
85:23,24 86:6,12,19
**teams**
11:23 89:8
**tech**
18:2,4,4
**technical**
15:3,4 35:25 37:2,3
**technically**
84:19
**technology**
18:5 34:8 63:4
**tell**

9:25 12:19 19:9 22:20
25:18 27:12 29:23
33:9 39:21 44:19
64:9
**ten**
64:9 71:8 73:17,21
74:3,13
**tense**
90:15,16
**tenure**
23:19
**Teradata**
17:7,9,11 28:15 29:9
30:15 33:1,24 34:1,3
34:18 35:4,9,12 36:4
36:22 49:23 55:5
60:19,20 62:13 63:5
65:17,24 66:9 67:4,6
68:7,8,19,20 72:14
78:8 80:16,19 81:4,14
81:18,22 82:1,2,20
84:12,13 87:18 88:5
88:14,20 89:1,2,10,12
90:12,24
**term**
81:25
**terminated**
24:2 26:21 49:2,3
52:21 54:1,24 61:23
61:25 62:23 75:4,8,20
75:20 78:24
**termination**
21:15 54:14 60:11,12
62:8 76:13
**terminology**
58:25
**terms**
10:18 11:13 21:3 24:23
29:23 33:2 87:25
**test**
37:18,21 79:9
**testified**
6:6 8:8 61:15 64:14
65:7 74:18 77:9
**testify**
6:4 16:2,10 78:1 79:25
80:8,10,13

Case 2:15-cv-00269-MAK   Document 62-2   Filed 11/06/15   Page 47 of 49
Confidential Deposition of Dwight Custis - LoanBrooks
Conducted on October 14, 2015

111

testimony
21:1 51:6,8,22 59:11
61:12 62:11 91:8
92:6,6
tests
63:16
Thank
14:1 36:20 91:6
Thanks
91:5
thing
7:4 51:11 53:2 54:11
62:3
things
27:14 28:3 33:21 50:5
77:17 85:25
think
11:9 28:5 31:4 45:16
49:24 57:9,10 65:11
69:25 77:5,14 79:24
83:21 85:1,23 88:13
90:4
thinking
14:20
third
17:8 20:21,25 21:3
65:16 66:5,8,19 76:23
77:6,8,9,21,22,25
78:8 84:22,24 89:17
89:21,23 90:13,24
thirteen
55:7
thousands
34:3
thread
19:22
three
27:14
throughout
23:13,17
time
7:3 8:3,3 13:4 14:12
16:9 24:15 25:19
32:12 33:4 40:2,6
45:25 47:4,14,15 53:3
57:22 58:6 62:25
69:5,11 70:3 71:9,23

72:24 75:6 82:10
86:23 87:2 88:7
90:19
times
11:23 49:17,17,19
52:14 81:23
timing
21:4 81:7
TIMOTHY
4:3
title
27:2
today
15:21 16:4 18:25 19:4
20:17 21:10 42:13,20
44:4,6 59:5,8 91:5
told
56:13 77:25 80:5 87:6
ton
85:20
tons
88:18,18
top
10:2 53:22 64:9 73:17
73:20 74:3,13
topic
16:11,24 18:7,16,17
19:3,12,14 20:14 21:1
21:6,16 28:20 37:9
64:25,25 65:2
topics
15:21 16:6,9,15 19:24
20:3 31:6 48:24
59:21 63:22 77:4
total
9:25 49:19 64:21 65:4
tracks
64:10
trade
45:12,23 61:20
traded
15:24
trades
51:14,16 52:24 62:5
trading
44:24 45:1,11 46:6,15
47:2 61:8,10,16 62:2

62:4 78:16,16
trained
15:7,9
training
14:17,20,24 15:2,10
36:21,25 37:2,3,4,5,8
37:9,14,16,19,24 38:3
78:21
transaction
25:21 27:20 30:18 49:8
49:11,13 50:2,5,13
52:9,14 62:16 67:10
67:12 69:15,18 80:17
80:19,20 82:3,4 83:7
87:18,25 88:4,16,19
88:20,23,25 89:5,12
transactions
10:8,10 25:2,5,22,23
27:10,23 50:3,4,10
52:13 56:15,17 64:21
67:10 68:14 70:15
71:5 82:18,21 83:9
transcript
6:22 9:6,8 92:5
treatment
91:8
trial
8:8 78:1 79:21,25 80:1
80:5,8,14
trigger
28:2,4
true
74:1 92:5
truth
6:5,5,5
try
28:24 29:19 64:16 70:5
83:8 88:12
trying
31:8 32:11 46:4,9 51:8
57:12 64:18 77:12,21
turn
50:10
twice
38:20
two
12:13 17:16 22:19,19

54:21 62:22,23 75:1,2
75:3
two-minute
73:10
type
8:25
types
15:8 25:4
typewriting
92:7
typical
11:17 55:2
typically
50:10,14 84:11,15

___

**U**

ultimate
12:7
under
8:22 9:1 21:25 63:17
78:18 92:8
undergraduate
14:4
underneath
9:23 58:1
understand
15:23 27:9 28:22,23,25
30:13,14 31:8 32:25
35:25 37:16 46:2,4
48:11 49:5 51:20
56:23 67:12,14 72:19
77:11,19 80:16 84:5
understanding
29:20 31:20 44:11,16
44:19 45:3 46:5,10,11
61:14 73:16
understood
52:23
Underwriting
26:2
UNITED
1:1
University
14:3
upper
46:25 47:19 55:15
usage
33:1 37:4,5 51:12

Case 2:15-cv-00269-MAK   Document 62-2   Filed 11/06/15   Page 48 of 49
Confidential Deposition of Dwight Custis L.G. Brooks
Conducted on October 14, 2015

112

use
17:13 20:12 21:18
29:13 32:18 36:22
37:1,6 59:19 66:2
67:22 81:3 82:17
83:3,6
user
17:18 18:2 34:4,7 68:8
69:4,14 84:13
users
17:19,22 34:3,3,10,11
36:10 49:18 58:13
82:8,18 89:8
uses
67:16
using
10:16 20:22 28:6,14
33:6 34:4,19 45:7
49:3,7 50:17 51:13,18
52:21 53:2,3 63:4
82:12 87:3
U.S
3:6 18:10 63:23 64:3
73:18

**V**

v
1:6
VA
4:14,21
vague
11:5 22:11 34:25 36:7
36:14 46:17 47:8
55:21 56:8 59:3 64:5
66:7 69:7 70:8 81:5
81:15 82:22 84:2
90:14
vagueness
33:16 35:22
validate
44:24
variety
14:13 72:13
various
9:1 13:4,15,16
vendor
81:12
verbal

76:21
verge
41:16,18
version
18:3 84:23
versus
78:21
vice
9:14
video
37:17,20
View
17:15,18,24 36:22
65:17
violated
78:23 79:1
Virginia
1:16 2:8,13 7:21 14:3
Visa
66:10

**W**

wait
6:19,21 9:5 82:25
87:10
walk
68:15
Wal-Mart
83:10,11,13,18 84:9,21
want
9:5,8 16:9 18:7 19:9
24:4 38:10 42:17,18
42:25 47:3 48:5,9
51:9 52:16 56:4 57:8
57:9 61:2 62:10
68:21 77:6,15 80:22
85:3
wanted
27:8
Washington
3:20 4:7
wasn't
58:20 70:17
watched
37:17
way
12:17 23:4 53:3 62:11
65:3 66:3,18 77:16

ways
72:13
web
88:17,18
Wednesday
1:17
week
22:10 42:16,16 79:24
weeks
57:21 75:1,2,3
went
15:4 55:18 56:17 58:12
62:14 85:12
weren't
87:8
West
4:6
we'll
23:24 39:25
we're
16:4 17:4 30:4 36:8
41:13 80:23
we've
52:23 74:12 82:6
whatever
12:17 71:16 83:24
WHEREOF
92:13
Whereupon
6:2
whichever
23:23
whole
6:5 27:7
witness
11:22 16:7 21:2 29:1
31:14 39:10 45:7,22
67:9 73:8 75:16
79:18 90:18 91:6
92:13
witnesses
59:10 80:8
wondering
59:23 68:3 70:10
word
60:19
worded

19:14
words
21:22
work
7:18 8:19,22 11:19
13:14 17:3 21:13
23:2 84:14 86:14,23
87:2
worked
21:20 24:21 33:9
worker
86:20
working
11:8,13 13:4 31:17
59:7 63:12 87:8
works
16:18 31:7 69:1
world
68:3
wouldn't
42:4 82:13
write
29:12,15 68:23
writes
28:14
writing
6:18 8:19,23 9:4 11:19
15:8
written
34:6 39:5,6,7,8,12,15
43:13 76:17
wrong
57:14

**X**

X
5:8

**Y**

Yeah
10:15,22 61:4 68:6
71:18 85:5 88:9,25
year
13:1 25:20 62:22 64:23
70:4 73:25 74:2,9
75:1
years
12:13 74:12

year's
49:17
Yep
33:1 68:18
yesterday
19:8
York
16:3
yourself
58:1

_____

**1**

1
1:23 5:10 15:14,15,19
  74:14
1st
75:1
1:40
91:10
11th
79:23
11:00
1:18
1101
3:18
12,000
49:16 52:14 70:2
13th
4:5
14
1:17
15
5:10 41:23
15000
4:20 7:19
1617
3:9
17th
3:18
19103
3:11
1992
14:10,11
1996
12:16,21 14:12

_____

**2**

2

18:9 74:16
2,000
49:18 83:3
2,500
49:18
2:15-cv-00269-MAK
1:6
20th
92:14
2000
13:1 14:22
20004
4:7
20036
3:20
2011
24:14
2013
1:17 47:12 63:1 69:12
2014
25:20 40:7 47:13 55:17
  56:2 57:20 70:4
  74:20
2015
13:24 46:21 53:23
  92:15
2016
92:17
202)661-7027
4:8
202)803-5859
3:21
203748
92:20
215)597-3741
3:12
23059
7:22
23060
2:8 4:14
23238
4:21

_____

**3**

3
20:9
3,000
83:3

3,200
49:17
3,800
49:19
301
2:7 4:13
31
92:17

_____

**4**

4
20:20
410
4:6
45
7:17
4870
2:6 4:12

_____

**5**

5
21:12
520
3:10
555
4:5
5724
7:21

_____

**6**

6
5:2

_____

**7**

705
3:19

_____

**8**

804)284-8928
4:22
804)762-5369
4:15
85
10:1,3,5 21:24

_____

**9**

90
5:3
92

1:23
94420
1:22