IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | : CIVIL ACTION : |
| v. | : : NO. 15-269 |
| BONAN HUANG, et al. | : : |

FINAL JUDGMENT AGAINST DEFENDANT BONAN HUANG

AND NOW, this 3rd day of December 2015, the Securities and Exchange Commission ("Commission") having filed a Complaint and Defendant Bonan Huang ("Defendant") having entered a general appearance; consented to the Court's jurisdiction over him and the subject matter of this action; consented to entry of this Final Judgment against him without admitting or denying the allegations of the Complaint (except as to jurisdiction and except as otherwise provided in his consent); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment, it is **ORDERED JUDGMENT IS ENTERED AGAINST BONAN HUANG IN FAVOR OF THE COMMISSION:**

1. Defendant is permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 [15 U.S.C. § 78j(b)] (the "Exchange Act"), and Rule 10b-5 [17 C.F.R. § 240.10b-5] promulgated thereunder, by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

    (a)    to employ any device, scheme, or artifice to defraud;

    (b)    to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

(c) to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person.

2. Under Fed. R. Civ. P. 65(d)(2), paragraph 1 of this Final Judgment also binds those who receive actual notice of this Final Judgment who are: (a) Defendant's officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Defendant or with anyone described in (a).

3. Defendant is liable for **disgorgement of $2,294,696**, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $139,557, and a **civil penalty in the amount of $2,294,696** under 15 U.S.C. § 78u-1. Defendant may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Defendant may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, delivered or mailed to:

Enterprise Services Center
Accounts Receivable Branch
6500 South MacArthur Boulevard
Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Bonan Huang as a defendant in this action; and specifying that payment is made under this Final Judgment. Defendant shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action. By making this payment, Defendant relinquishes all legal and equitable right, title, and interest in

2

such funds and no part of the funds shall be returned to Defendant. The Commission shall send the funds paid under this Final Judgment to the United States Treasury.

4. The Commission may enforce this Final Judgment for disgorgement and prejudgment interest by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after **December 17, 2015** under 28 U.S.C. § 1961.

5. On or before **December 17, 2015,** the following entities shall transmit electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions to such entities, all funds held in the following accounts owned or controlled, in whole or in part, by Defendant frozen under this Court's January 21, 2015 and March 2, 2015 Orders:

   (a) OptionsHouse, LLC: Account Numbers ▇9435, ▇9674, and ▇1874;

   (b) Scottrade, Inc.: Account Number ▇6941;

   (c) TradeStation Securities: Account Number ▇233;

   (d) Bank of America, N.A.: Account Numbers ▇5331 and ▇8784;

   (e) Capital One, N.A: Account Number ▇5212; and

   (f) M&T Bank Corporation: Account Number ▇3365.

All ACH transfer/Fedwire shall contain instructions identifying the case title, civil action number, name of this Court, and Bonan Huang as a defendant in this action. All funds transferred under this Final Judgment shall be credited toward the amount Defendant is ordered to pay under paragraph 2 of this Final Judgment.

6. Defendant's Consent (ECF Doc. No. 82) is incorporated herein with the same force and effect as if fully set forth herein, and Defendant shall comply with all of the undertakings and agreements in the Court.

7. Solely for purposes of exceptions to discharge in 11 U.S.C. §523, the allegations in the complaint are true and admitted by Defendant, and, any debt for disgorgement, prejudgment interest, civil penalty or other amounts due by Defendant under this Final Judgment or any other judgment, order, consent order, decree or settlement agreement entered in connection with this proceeding, is a debt for the violation by Defendant of the federal securities laws or any regulation or order issued under such laws, as set forth in 11 U.S.C. §523(a)(19).

8. We retain jurisdiction to enforce this Final Judgment.

9. The Clerk of this Court shall enter this Final Judgment forthwith. Fed. R. Civ. P. 54(b).

_____
KEARNEY, J.