IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | : : | CIVIL ACTION |
| v. | : : | |
| NAN HUANG | : : | NO. 15-269 |

FILED
DEC - 4 2015
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

**AND NOW**, this 4th day of December 2015, following today's Final Pretrial Conference and upon consent of the parties, it is **ORDERED** Paragraph 10 of this Court's September 9, 2015 Order (ECF Doc. No. 44) is **amended** to provide: Counsel and the parties are attached for jury selection on **January 11, 2016 at 9:00 a.m.** followed by a four (4) day jury trial.

No other aspects of this Court's September 9, 2015 Order (ECF Doc. No. 44) are otherwise altered by this extension.

KEARNEY, J.