IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION** | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 15-269** |
| **NAN HUANG** | : | |

## ORDER

**AND NOW**, this 4th day of December 2015, upon consideration of Defendant Nan Huang's Motion *in limine* to preclude Plaintiff from referring to his return to China and request to strike a jury instruction on this issue (ECF Doc. No. 71), Plaintiff's Opposition (ECF Doc. No. 79), and following today's oral argument, it is **ORDERED** Defendants' Motion (ECF Doc. No. 71) is **GRANTED in part and DENIED in part:**

1. The Court will not instruct the jury on this "flight" issue but will allow each party to argue facts and reasons for the January 17, 2015 flight to China.

2. The parties stipulated to three facts to be presented to the jury at the beginning of the evidence on this issue.

3. Paragraph 2 of this Court's June 15, 2015 (ECF Doc. No. 27) and September 9, 2015 (ECF Doc. No. 44) Orders are **amended** only to provide Defendant may amend his pretrial memorandum (ECF Doc. No. 77) to specifically identify a witness after presenting complete expert disclosures in accordance with Fed. R. Civ. P. 26 on any factual defense relating, on a practical basis, to the manner in which work visas for Chinese Nationals operated in January 2015 no later than **December 21, 2015** and such disclosed proffered witness may be deposed, either in person or by telephone, on or before **December 29, 2015**. Any motion *in limine*

regarding this person's testimony shall be made on or before **January 4, 2016** for the Court's ruling on or before trial on **January 11, 2016.**

                                                    **KEARNEY, J.**