IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | : CIVIL ACTION :  : |
| v. | : : NO. 15-269 |
| NAN HUANG | : |

# ORDER

**AND NOW**, this 4th day of December 2015, following today's Final Pretrial Conference and agreement upon stipulated facts to be presented to the jury at the beginning of the evidence, it is **ORDERED** the parties shall review the following stipulated facts and jointly provide any objection no later than **December 21, 2015:**

1. As a Capital One employee, Nan Huang had access to a large searchable database maintained by Capital One containing the confidential credit card activity of its customers, known as the Teradata Database Management System.

2. Nan Huang conducted thousands of searches of Teradata for the confidential credit card revenue data of over 100 publicly traded consumer retail companies.

3. Nan Huang downloaded the results of these thousands of searches of Teradata.

4. As Capital One employees, Bonan Huang and Nan Huang performed, shared, and discussed their searches of Teradata and the results of the searches with each other.

5. Nan Huang lacked a business reason to conduct the searches of Teradata or to download the results.

6. Nan Huang accessed and used Capital One's confidential credit card revenue data.

7. Nan Huang understood the information he accessed and used from Teradata was nonpublic information.

8. Huang personally traded in the stock of consumer retail companies on the basis of the nonpublic credit card revenue data from Teradata.

9. Nan Huang understood he was violating Capital One's policies and procedures regarding confidentiality including, "End User Responsibilities and Acceptable Use Standard," "Code of Business Conduct" dated July 13, and Teradata warning screens, when he ran searches of Teradata and used the results for his own personal stock trading.

10. Capital One terminated Nan Huang's employment on January 16, 2015.

11. On January 17, 2015, Nan Huang boarded a flight from Washington Dulles International Airport with the ultimate destination of his permanent home in China.

12. Nan Huang flew to China on January 17, 2015 fearing repercussions from his violation of Capital One policies and procedures.

_____
KEARNEY, J.