**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE** | : | **CIVIL ACTION** |
| **COMMISSION** | : | |
| | : | |
| **v.** | : | |
| | : | **NO.  15-269** |
| **NAN HUANG** | : | |

## ORDER

**AND NOW**, this 9th day of May 2016, upon consideration of Defendant's Motion for Judgment as a matter of law or, alternatively for a new trial (ECF Doc. No. 105), the Securities and Exchange Commission's Opposition (ECF. Doc. No. 109), and for reasons in the accompanying memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 105) is **DENIED.**

_____

KEARNEY, J.